IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. CHRISTOPHER CRAIG and KYLE KOZA, | ) ) ) ) | |
| Plaintiff–Relators, | ) ) | Civil Action No. 1:22-cv-02698-JPB |
| v. | ) ) | |
| GEORGIA TECH RESEARCH CORPORATION et al., | ) ) ) | FILED *EX PARTE* |
| Defendants. | ) | |

## THE UNITED STATES OF AMERICA'S
## NOTICE OF ELECTION TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States of America (the "United States") notifies the Court that it hereby intervenes and intends to proceed with this action. The United States intends to file its Complaint in Intervention within 120 days.

The United States requests that the Relator's Complaint, this Notice, and the proposed Order submitted herewith be unsealed. The United States requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States's investigation, those papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. The United States

further requests that all associated docket entries (including the corresponding electronic CM/ECF entries) remain under seal and not be made public or served on Defendants. The United States reserves the right to seek the dismissal of the relator's action or any claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

A proposed Order accompanies this notice.

This 19th day of February, 2024.

                                  Respectfully submitted,

                                  BRIAN M. BOYNTON
                                PRINCIPAL DEPUTY ASSISTANT
                                ATTORNEY GENERAL
                                CIVIL DIVISION

                                /s/ Adam Nugent
                                ADAM NUGENT
                                ASSISTANT U.S. ATTORNEY
                                Georgia Bar No. 381008
                                AKASH DESAI
                                ASSISTANT U.S. ATTORNEY
                                Georgia Bar No. 338124
                                600 Richard B. Russell Federal Bldg.
                                75 Ted Turner Drive, SW
                                Atlanta, Georgia 30303
                                Telephone: (404) 581-6000
                                Facsimile: (404) 581-6181

                                JAMIE ANN YAVELBERG
                                SARA MCLEAN
                                JAKE M. SHIELDS
                                ATTORNEYS
                                U.S. Department of Justice

175 N Street N.E., Room 10.222
Washington, D.C. 20002
Telephone: (202) 514-0401

*Counsel for United States of America*