IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>CHRISTOPHER CRAIG and<br>KYLE KOZA,<br><br>      Plaintiff–Relators,<br><br>v.<br><br>GEORGIA TECH RESEARCH<br>CORPORATION et al.,<br><br>      Defendants. | Civil Action No.<br>1:22-cv-02698-JPB<br><br><br><br>FILED *EX PARTE* |

## **ORDER**

The United States of America (the "United States"), having intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4),

IT IS HEREBY ORDERED that,

1. The Relator's Complaint, the United States's Notice Of Election to Intervene, and this Order shall be unsealed;

2. The United States shall serve its Complaint in Intervention upon Defendants, together with this Order, within 120 days;

3. All other contents of the Court's file and associated docket entries (including the electronic CM/ECF docket report) in this action shall remain under seal; and

4.  The seal shall be lifted on all other matters occurring in this action after the date of this Order.

SO ORDERED this _____ day of_____, 2024.

_____
HON. J.P. BOULEE
UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ Adam Nugent
Adam Nugent
Assistant U.S. Attorney