IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. CHRISTOPHER CRAIG and KYLE KOZA, | ) ) ) ) | |
| Plaintiff–Relators, | ) ) | Civil Action No. 1:22-cv-02698-JPB |
| v. | ) ) | |
| GEORGIA TECH RESEARCH CORPORATION et al., | ) ) ) | FILED *EX PARTE* |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that the United States's Notice of Election to Intervene and proposed Order were served by e-mail after receiving written consent to:

    Julie Bracker
    Julie@fcacounsel.com
    Jason Marcus
    Jason@fcacounsel.com
    Bracker & Marcus LLC
    3355 Lenox Road, Suite 660
    Atlanta, GA 30326

This 19th day of February, 2024.

                                            /s/ Adam Nugent
                                            Adam Nugent
                                            Assistant United States Attorney

THESE DOCUMENTS HAVE NOT BEEN SERVED UPON THE DEFENDANTS BECAUSE THIS CASE REMAINS UNDER SEAL.