IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. )<br>CHRISTOPHER CRAIG and )<br>KYLE KOZA, )<br>)<br>      Plaintiff–Relators, )<br>)<br>v. )<br>)<br>GEORGIA TECH RESEARCH )<br>CORPORATION et al., )<br>)<br>      Defendants. ) | Civil Action No.<br>1:22-cv-02698-JPB<br><br><br><br>**FILED *EX PARTE*<br>UNDER SEAL** |

## **ORDER**

The United States of America (the "United States"), having intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4),

IT IS HEREBY ORDERED that,

    1.    The Relator's Complaint, the United States's Notice Of Election to Intervene, and this Order shall be unsealed;

    2.    The United States shall serve its Complaint in Intervention upon Defendants, together with this Order, within 120 days;

    3.    All other contents of the Court's file and associated docket entries (including the electronic CM/ECF docket report) in this action shall remain under seal; and

4.      The seal shall be lifted on all other matters occurring in this action after the date of this Order.

SO ORDERED this 23rd day of February, 2024.

_____
HON. J. P. BOULEE
UNITED STATES DISTRICT JUDGE