IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. CHRISTOPHER CRAIG AND KYLE KOZA,<br><br>PLAINTIFF-RELATORS,<br><br>*v.*<br><br>GEORGIA TECH RESEARCH CORPORATION et al.,<br><br>DEFENDANTS. | Case No.<br><br>1:22-cv-02698- JPB |

## NOTICE OF ENTRY OF APPEARANCE

Attorney Jake M. Shields herein files notice of his appearance in the above-styled case, and respectfully requests that he be entered as attorney of record for the Plaintiff United States of America.

Respectfully submitted,

BRIAN M. BOYNTON
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL
CIVIL DIVISION

/s/ Jake M. Shields

JAKE M. SHIELDS
TRIAL ATTORNEY

DC Bar No. 493460
U.S. Department of Justice
Civil Division, Fraud Section
175 N Street N.E., Room 10.222
Washington, D.C. 20002
Telephone: (202) 514-0401
Jake.M.Shields@usdoj.gov


RYAN K. BUCHANAN
UNITED STATES ATTORNEY

ADAM D. NUGENT
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 381008
600 Richard B. Russell Federal Bldg.
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
Telephone: (404) 581-6000
Facsimile: (404) 581-4667
Adam.Nugent@usdoj.gov

## **CERTIFICATE OF COMPLIANCE**

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

/s/ Jake M. Shields
JAKE M. SHIELDS

## CERTIFICATE OF SERVICE

I this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

This 26th day of February, 2024.

/s/ Jake M. Shields
JAKE M. SHIELDS