IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. CHRISTOPHER CRAIG AND KYLE KOZA, <br><br> PLAINTIFF-RELATORS, <br><br> v. <br><br> GEORGIA TECH RESEARCH CORPORATION et al., <br><br> DEFENDANTS. | Case No. <br><br> 1:22-cv-02698- JPB |

### NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS

The undersigned Assistant United States Attorney hereby makes his appearance in the above captioned action and notifies the Court of his substitution for Assistant United States Attorney Akash Desai as counsel for the plaintiff the United States of America, in this action.

Please provide the undersigned attorney with all notices, pleadings, and Orders that are to be served in this action.

RYAN K. BUCHANAN
UNITED STATES ATTORNEY

/s/ Adam D. Nugent
ADAM D. NUGENT

ASSISTANT U.S. ATTORNEY
Georgia Bar No. 381008
600 Richard B. Russell Federal Bldg.
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
Telephone: (404) 581-6000
Facsimile: (404) 581-4667
Adam.Nugent@usdoj.gov

BRIAN M. BOYNTON
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL
CIVIL DIVISION

JAMIE ANN YAVELBERG
SARA MCLEAN
JAKE M. SHIELDS
ATTORNEYS
U.S. Department of Justice
175 N Street N.E., Room 10.222
Washington, D.C. 20002
Telephone: (202) 514-0401

*Counsel for United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. CHRISTOPHER CRAIG AND KYLE KOZA,<br><br>PLAINTIFF-RELATORS,<br><br>v.<br><br>GEORGIA TECH RESEARCH CORPORATION et al.,<br><br>DEFENDANTS. | Case No.<br><br>1:22-cv-02698- JPB |

**CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing brief has been prepared using Book Antiqua, 13-point font.

/s/ Adam D. Nugent
ASSISTANT U.S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. CHRISTOPHER CRAIG AND KYLE KOZA, <br><br> PLAINTIFF-RELATORS, <br><br> v. <br><br> GEORGIA TECH RESEARCH CORPORATION et al., <br><br> DEFENDANTS. | Case No. <br><br> 1:22-cv-02698- JPB |

## CERTIFICATE OF SERVICE

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

This 26th day of February, 2024.

/s/ Adam D. Nugent
ASSISTANT U.S. ATTORNEY