IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. CHRISTOPHER CRAIG and KYLE KOZA, | ) ) ) ) | |
| Plaintiff- Relators, | ) ) | Civil Action No. 1:22-cv-02698-JPB |
| v. | ) ) | |
| GEORGIA TECH RESEARCH CORPORATION and GEORGIA INSTITUTE OF TECHNOLOGY, | ) ) ) ) | |
| Defendants. | ) | |

**THE UNITED STATES' UNOPPOSED MOTION ON BEHALF OF DEFENDANTS FOR AN EXTENSION OF TIME TO SERVE COMPAINT-IN-INTERVENTION WITH INCORPORATED MEMORANDUM OF LAW**

The United States of America (the "United States" or the "Government"), at the request of Defendants Georgia Tech Research Corporation and Georgia Institute of Technology ("Georgia Tech" or "Defendants"), respectfully petitions this Court for an extension of time until August 22, 2024 to serve its Complaint-in-Intervention to allow Defendants additional time to seek resolution of this matter with the United States. Relators consent to this extension.

Relators filed their *qui tam* complaint on July 21, 2022. The United States intervened in this action on February 20, 2024. On February 23, 2024, the Court issued an order lifting the seal and giving the United States 120 days to file its

1

Complaint-in-Intervention. *See* Dkt. No. 18. The 120-day period expires on Saturday, June 22, 2024.

The United States is prepared to file and serve its Complaint-in-Intervention. However, Defendants have requested that the United States petition the Court for a 60-day extension of the date by which the United States must serve its Complaint-in-Intervention for the purpose of seeking a resolution of the matter.

In the interest of avoiding unnecessary litigation, the United States has agreed to make this request for an extension of the time that the United States must serve its Complaint-in-Intervention.

Accordingly, the United States respectfully requests that the Court grant its application for an extension of time until August 22, 2024, to serve its Complaint-in-Intervention.

This 21st day of June 2024.

                                  Respectfully submitted,

                                  BRIAN M. BOYNTON
                                  Principal Deputy Assistant Attorney General

                                  RYAN K. BUCHANAN
                                  United States Attorney
                                  Northern District of Georgia

                                  By: s/ Jake Shields
                                  JAMIE ANN YAVELBERG
                                  SARA MCLEAN
                                  JAKE M. SHIELDS

DC Bar No. 493460
U.S. Department of Justice
Civil Division, Fraud Section
175 N. Street N.E.
Washington, DC 20002
Tel: (202) 514-9401
Fax: (202) 514-0280
jake.m.shields@usdoj.gov

By: <u>s/ Adam D. Nugent</u>
ADAM D. NUGENT
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 381008
MELANIE D. HENDRY
New York Bar No. 4275186
600 Richard B. Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
Telephone: (404) 581-6000
Facsimile: (404) 581-6181
adam.nugent@usdoj.gov
melanie.hendry@usdoj.gov

*Counsel for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. )<br>CHRISTOPHER CRAIG and )<br>KYLE KOZA, )<br>   )<br>   Plaintiff- Relators, )<br>   )<br>v. )<br>   )<br>GEORGIA TECH RESEARCH )<br>CORPORATION and GEORGIA )<br>INSTITUTE OF TECHNOLOGY, )<br>   )<br>   Defendants. ) | Civil Action No.<br>1:22-cv-02698-JPB |

## **ORDER**

Upon consideration of the United States' Unopposed Motion for Extension of Time to File Its Complaint-in-Intervention, the Court finds that good cause exists for the requested extension; and

IT IS HEREBY ORDERED that the United States shall have until and including August 22, 2024, to file its complaint in intervention in the above-captioned action.

SO ORDERED this _____ day of_____, 2024.

_____
HON. J.P. BOULEE
UNITED STATES DISTRICT JUDGE

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. CHRISTOPHER CRAIG and KYLE KOZA, | ) ) ) ) | |
| Plaintiff- Relators, | ) ) | Civil Action No. 1:22-cv-02698-JPB |
| v. | ) ) | |
| GEORGIA TECH RESEARCH CORPORATION and GEORGIA INSTITUTE OF TECHNOLOGY, | ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing document has been prepared using Book Antiqua, 13-point font.

/s/ Adam D. Nugent
ASSISTANT U.S. ATTORNEY

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. )<br>CHRISTOPHER CRAIG and )<br>KYLE KOZA, )<br>   )<br>   Plaintiff- Relators, )<br>   )<br>v. )<br>   )<br>GEORGIA TECH RESEARCH )<br>CORPORATION and GEORGIA )<br>INSTITUTE OF TECHNOLOGY, )<br>   )<br>   Defendants. ) | Civil Action No.<br>1:22-cv-02698-JPB |

## **CERTIFICATE OF SERVICE**

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

This 21st day of June, 2024.

/s/ Adam D. Nugent
ASSISTANT U.S. ATTORNEY

3