IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CHRISTOPHER CRAIG and KYLE KOZA, <br><br> Plaintiff- Relators, <br><br> v. <br><br> GEORGIA TECH RESEARCH CORPORATION et al., <br><br> Defendants. | Civil Action No. <br> 1:22-cv-02698-JPB |

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Melanie D. Hendry herein files notice of her appearance in the above-styled case, and respectfully requests that she be entered as counsel for the Plaintiff United States. Please provide the undersigned attorney with all notices, pleadings, and Orders that are to be served in this action.

Respectfully submitted,

RYAN K. BUCHANAN
UNITED STATES ATTORNEY


/s/Melanie D. Hendry
MELANIE D. HENDRY

ASSISTANT U.S. ATTORNEY
New York Bar No. 4275186
600 Richard B. Russell Federal Bldg.
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
Telephone: (404) 581-6060
Facsimile: (404) 581-6181
Melanie.hendry@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. )<br>CHRISTOPHER CRAIG and )<br>KYLE KOZA, )<br>  )<br>  Plaintiff- Relators, )<br>  )<br>v. )<br>  )<br>GEORGIA TECH RESEARCH )<br>CORPORATION et al., )<br>  )<br>  Defendants. ) | Civil Action No.<br>1:22-cv-02698-JPB |

**CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to LR 7.1.D., NDGA, that the foregoing Notice of Entry of Appearance was prepared in 13-point Book Antiqua font.

This 24th day of June, 2024.

/s/ Melanie D. Hendry
ASSISTANT U.S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. )<br>CHRISTOPHER CRAIG and )<br>KYLE KOZA, )<br>)<br>     Plaintiff- Relators, )<br>)<br>v. )<br>)<br>GEORGIA TECH RESEARCH )<br>CORPORATION et al., )<br>)<br>     Defendants. ) | Civil Action No.<br>1:22-cv-02698-JPB |

## **CERTIFICATE OF SERVICE**

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

This 24th day of June, 2024.

/s/Melanie D. Hendry
ASSISTANT U.S. ATTORNEY
