# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHRISTOPHER CRAIG and KYLE KOZA, <br><br> Plaintiff, <br><br> v. <br><br> GEORGIA TECH RESEARCH CORP. and BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA (d/b/a THE GEORGIA INSTITUTE OF TECHNOLOGY), <br><br> Defendants. | Civil Case No.: 1:22-cv-02698-JPB <br><br> **JURY TRIAL DEMAND** |

## CERTIFICATE OF SERVICE

I certify that I served the United States' Complaint-in-Intervention on all Defendants pursuant to the agreement of the parties by sending an e-mail copy of the complaint to the following counsel for Defendants:

>Ronald C. Machen
>ronald.machen@wilmerhale.com
>Matt Jones
>matt.jones@wilmerhale.com
>George Varghese
>george.varghese@wilmerhale.com
>Doug Gilfillan
>dgilfillan@ktslaw.com

This 22nd day of August, 2024.

<u>/s/ Adam D. Nugent</u>
ASSISTANT U.S. ATTORNEY