# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CHRISTOPHER CRAIG and KYLE KOZA, <br><br> Plaintiff-Relators, <br><br> v. <br><br> GEORGIA TECH RESEARCH CORPORATION and GEORGIA INSTITUTE OF TECHNOLOGY, <br><br> Defendants. | Case No. 1:22-CV-02698-JPB |

## RELATORS' MOTION FOR PERMISSION TO SERVE COMPLAINT

This is a False Claims Act case. On February 19, 2024, the United States filed a notice of election to intervene. Doc. 17. On February 23, 2024, this Court entered an Order unsealing the Complaint and ordering that the United States serve its Complaint in Intervention upon Defendants within 120 days. Doc. 18.

On June 24, 2024, this Court granted the United States' unopposed motion for extension to serve defendants, which extended the time to serve the Complaint in Intervention through August 22, 2024.

On August 22, 2024, the United States filed its Complaint in Intervention. Doc. 23.

1

The False Claims Act instructs that the Complaint "shall not be served on the defendant until the court so orders." 31 U.S.C. § 3730(b)(2). Relators' original complaint (Doc. 1) contains two Counts that are not part of the Complaint in Intervention, specifically Counts II (Violation of 31 U.S.C. § 3730(h) - Retaliation Against Relator Craig) and III (Violation of 31 U.S.C. § 3730(h) - Retaliation Against Relator Koza). Relators are ready to proceed with these Counts and therefore move the Court for an order permitting them to serve Defendants with their original Complaint. A proposed order is provided herewith.

DATED this 22nd day of August, 2024.[1]

                                         */s/ Julie Bracker*
                                         Julie Bracker
                                         Georgia Bar No. 073803
                                         Jason Marcus
                                         Georgia Bar No. 949698
                                         **Bracker & Marcus LLC**
                                         3355 Lenox Road, Suite 660
                                         Atlanta, GA 30326
                                         Telephone: (770) 988-5035
                                         Facsimile: (678) 648-5544
                                         Julie@fcacounsel.com
                                         Jason@fcacounsel.com

---

[1] Pursuant to Local Rules 7(d)(1) and 5.1(B), counsel certifies this filing was prepared using double-spaced Times Roman 14-point font with no more than 10 characters per inch.

## **CERTIFICATE OF SERVICE**

I hereby certify that this pleading was electronically filed this 22nd day of August, 2024 with the Clerk of Court using the CM/ECF system and provided to all attorneys of record.

/s/ Julie Bracker_____
Julie Bracker
