# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CHRISTOPHER CRAIG and KYLE KOZA,<br><br>    Plaintiff-Relators,<br><br>v.<br><br>GEORGIA TECH RESEARCH CORPORATION and GEORGIA INSTITUTE OF TECHNOLOGY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:22-CV-02698-JPB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PROPOSED ORDER**

It is HEREBY ORDERED that Relators' original Complaint be served upon the Defendants by the Relators within 90 days of the date of this Order.

IT IS SO ORDERED, this _____ day of August, 2024.

_____
THE HONORABLE J.P. BOULEE
UNITED STATES DISTRICT JUDGE