AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:22-cv-02698-JPB |
| Georgia Tech Research Corporation, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Georgia Tech Research Corporation and Defendant Georgia Institute of Technology.

Date:    08/26/2024

/s/Doug Gilfillan
*Attorney's signature*

Doug Gilfillan GA Bar 294713
*Printed name and bar number*

Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

*Address*

dgilfillan@ktslaw.com
*E-mail address*

(404) 815-6019
*Telephone number*

*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to all counsel for record.

/s/ Doug Gilfillan
Doug Gilfillan