IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. CHRISTOPHER CRAIG and KYLE KOZA, | ) ) ) ) | |
| Plaintiff–Relators, | ) ) | Civil Action No. 1:22-cv-02698-JPB |
| v. | ) ) | |
| GEORGIA TECH RESEARCH CORPORATION and GEORGIA INSTITUTE OF TECHNOLOGY, | ) ) ) ) | |
| Defendants. | | |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

   a. United States of America
   b. Christopher Craig
   c. Kyle Koza
   d. Georgia Tech Research Corporation
   e. Georgia Institute of Technology

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 3.3(A)(1), Defendant Georgia Tech Research Corporation states that it does not have a parent corporation and there is no publicly held corporation owning 10% or more of its stock.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having

either a financial interest in or other interest which could be substantially affected by the outcome of this case:

Defendant Georgia Tech Research Corporation is not aware of any other persons, associations, firms, partnerships, or corporations that have either a financial interest in or other interest which could be substantially affected by the outcome of this case.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

  a. Jake Marvin Shields
  b. Adam D. Nugent
  c. Melanie D. Hendry
  d. Jason Marcus
  e. Julie K. Bracker
  f. Douglas W. Gilfillan
  g. Ronald C. Machen
  h. Matt Jones
  i. George P. Varghese
  j. Peter A. Kurtz

Respectfully submitted this 26th day of August, 2024.

/s/Douglas W. Gilfillan
Douglas W. Gilfillan
Georgia Bar No. 294713
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA 30309
Phone: (404) 815-6500
Email: dgilfillan@ktslaw.com

Counsel for Georgia Tech Research Corporation and Georgia Institute of Technology

## LOCAL RULE 7.1D CERTIFICATE

The undersigned hereby certifies that the foregoing has been formatted in Times New Roman font, 14 point type, which complies with the font size and point requirements of Local Rule 5.1C.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 26th day of August, 2024.

*/s/ Douglas W. Gilfillan*
Douglas W. Gilfillan
Georgia Bar No. 294713
dgilfillan@ktslaw.com