IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. CHRISTOPHER CRAIG and KYLE KOZA, | ) ) ) ) | |
| Plaintiff–Relators, | ) ) | Civil Action No. 1:22-cv-02698-JPB |
| v. | ) ) | |
| GEORGIA TECH RESEARCH CORPORATION and GEORGIA INSTITUTE OF TECHNOLOGY, | ) ) ) ) | |
| Defendants. | | |

**JOINT MOTION FOR ORDER SETTING MOTION TO DISMISS BRIEFING SCHEDULE AND UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITS**

Plaintiff United States of America and Defendants Georgia Tech Research Corporation and Georgia Institute of Technology (collectively, "the Parties"), by and through their undersigned counsel, respectfully request that the Court enter an order setting a briefing schedule for Defendants' motions to dismiss the Complaint-in-Intervention filed by the United States. Georgia Tech Research Corporation also seeks an extension of page limits for its briefs, and the United States seeks a commensurate extension if that motion is granted. These motions are made subject to and without waiver of any of Defendants' defenses. The Parties state as follows:

1

1.      On August 22, 2024, in accordance with this Court's prior order (*see* ECF, minute entry dated June 24, 2024), the United States filed and served a Complaint-in-Intervention in the above-captioned action against Georgia Tech Research Corporation and Georgia Institute of Technology.  *See* ECF No. 23.

2.      Defendants intend to move to dismiss the Complaint-in-Intervention.

3.      The Complaint-In-Intervention spans 99 pages and contains eight counts.

4.      The Parties have conferred and submit that in order to best present the issues in the anticipated motions to dismiss to the Court, they would benefit from a stipulated briefing schedule that provides more time than is provided for under the default rules in this district.

5.      Accordingly, the Parties respectfully request that the Court set a briefing schedule for the motions to dismiss along the following lines:

        a.      Defendants shall file and serve their motions to dismiss and briefs in support thereof on or before Monday, October 21, 2024.

        b.      Plaintiff shall file and serve its briefs in response to Defendants' motions to dismiss on or before December 20, 2024.

        c.      Defendants shall file and serve their reply briefs in support of their motions to dismiss on or before January 21, 2025.

6.     Defendants contend that the case involves complex issues and several counts, and so Georgia Tech Research Corporation respectfully requests an extension of page limits, and the United States does not oppose that request but requests a commensurate extension if that motion is granted, along the following lines, with the page limits for Georgia Institute of Technology to remain unchanged:

a.     Fifty (50) pages for Defendant Georgia Tech Research Corporation's brief in support of its motion to dismiss;

b.     Fifty (50) pages for the United States' brief in response to Defendant Georgia Tech Research Corporation's motion to dismiss;

c.     Twenty-five (25) pages for Defendant Georgia Tech Research Corporation's reply brief in support of its motion to dismiss.

A proposed Order is attached.

Dated: August 28, 2024                    Respectfully submitted,


BRIAN M. BOYNTON                         /s/Douglas W. Gilfillan
Principal Deputy Assistant Attorney       Douglas W. Gilfillan
General                                   Georgia Bar No. 294713
                                          Kilpatrick Townsend & Stockton LLP
RYAN K. BUCHANAN                          1100 Peachtree Street NE Suite 2800
United States Attorney                    Atlanta, GA 30309
Northern District of Georgia              Telephone: (404) 815-6019
                                          Fax:  (404) 795-9047
/s/Jake M. Shields                        DGilfillan@ktslaw.com
Jamie Ann Yavelberg                       *Counsel for Georgia Tech Research
Sara McLean                               Corp. and Georgia Institute of
Jake M. Shields                           Technology*
DC Bar No. 493460
U.S. Department of Justice                /s/Ronald Machen
Civil Division, Fraud Section             Ronald Machen*
175 N St. NE                              DC Bar No. 447889
Washington, DC 20002                      Matthew Jones*
Telephone:  (202) 514-9401                DC Bar No. 502943
Fax:  (202) 514-0280                      Wilmer Cutler Pickering
Jake.M.Shields@usdoj.gov                    Hale and Dorr, LLP
                                          2100 Pennsylvania Avenue NW
                                          Washington, D.C. 20037
                                          Telephone: (202) 663-6000
/s/Adam D. Nugent                         Fax:  (202) 663-6363
Adam D. Nugent                            Ronald.Machen@wilmerhale.com
Assistant U.S. Attorney                   Matt.Jones@wilmerhale.com
Georgia Bar No. 381008
Melanie D. Hendry                         George Varghese*
Assistant U.S. Attorney                   Massachusetts Bar No. 706861
Georgia Bar No. 867550                    Wilmer Cutler Pickering
600 Richard B. Russell Federal Bldg.        Hale and Dorr, LLP
75 Ted Turner Dr. SW                      60 State Street
Atlanta, GA 30303                         Boston, MA 02109
Telephone:  (404) 581-6000                Telephone:  (617) 526-6000
Fax:  (404) 581-6181                      Fax:  (617) 526-5000
Adam.Nugent@usdoj.gov                     George.Varghese@wilmerhale.com

Melanie.Hendry@usdoj.gov

*Counsel for the United States*

Peter Kurtz*
Colorado Bar No. 54305
Wilmer Cutler Pickering
 Hale and Dorr, LLP
1225 17th Street, Suite 2600
Denver, CO 80202
Telephone:  (720) 274-3135
Fax:  (720) 274-3133
Peter.Kurtz@wilmerhale.com

*Counsel for Georgia Tech Research Corp.*

*Admitted pro hac vice

5

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

*/s/ Douglas W. Gilfillan*
Douglas W. Gilfillan

## CERTIFICATE OF SERVICE

**I hereby certify** that on August 28, 2024, I electronically filed the foregoing Joint Motion For Order Setting Motion To Dismiss Briefing Schedule And Unopposed Motion For Extension Of Page Limits with the Clerk of the Court using the CM/ECF system, which will send Notices of Electronic Filing to all counsel of record.

*/s/ Douglas W. Gilfillan*
Douglas W. Gilfillan