IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CHRISTOPHER CRAIG and KYLE KOZA, <br><br> Plaintiff–Relators, <br><br> v. <br><br> GEORGIA TECH RESEARCH CORPORATION and GEORGIA INSTITUTE OF TECHNOLOGY, <br><br> Defendants. | Civil Action No. 1:22-cv-02698-JPB |

## ORDER SETTING MOTION TO DISMISS BRIEFING SCHEDULE AND EXTENDING PAGE LIMITS

Having considered the Joint Motion for Order Setting Motion to Dismiss Briefing Schedule and Unopposed Motion for Extension of Page Limits, it is **HEREBY ORDERED** that the Motion is **GRANTED**. The Parties shall adhere to the following deadlines and page limits:

1. Defendants shall file and serve their motions to dismiss and briefs in support thereof on or before Monday, October 21, 2024.

2. Plaintiff shall file and serve its briefs in response to Defendants' motions to dismiss on or before December 20, 2024.

1

3. Defendants shall file and serve their reply briefs in support of their motions to dismiss on or before January 21, 2025.

4. Defendant Georgia Tech Research Corporation's brief in support of its motion to dismiss shall not exceed fifty (50) pages.

5. The United States' brief in response to Defendant Georgia Tech Research Corporation's motion to dismiss shall not exceed fifty (50) pages.

6. Defendant Georgia Tech Research Corporation's reply brief in support of its motion to dismiss shall not exceed twenty-five (25) pages.

**IT IS SO ORDERED** this 29th day of August, 2024.

_____
J. P. BOULEE
United States District Judge