UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., CHRISTOPHER CRAIG and KYLE KOZA,<br><br>    Plaintiff-Relators,<br><br>v.<br><br>GEORGIA TECH RESEARCH CORPORATION, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 1:22-CV-02698-JPB |

## **ORDER**

It is hereby **ORDERED** that Relators' original Complaint be served upon Defendants by the Relators within ninety days of the date of this Order.

**SO ORDERED** this 19th day of September, 2024.

_____
J. P. BOULEE
United States District Judge