IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CHRISTOPHER CRAIG and KYLE KOZA, <br><br> Plaintiff–Relators, <br><br> v. <br><br> GEORGIA TECH RESEARCH CORP. and BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA (d/b/a THE GEORGIA INSTITUTE OF TECHNOLOGY), <br><br> Defendants. | Civil Action No. 1:22-cv-02698-JPB <br><br> **ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to F.R.C.P. 12(b)(6) and 9(b), Defendants Georgia Tech Research Corp. ("GTRC") and the Board of Regents of the University System of Georgia, doing business as the Georgia Institute of Technology ("Georgia Tech," together "Defendants"), by and through their counsel, respectfully submit this Motion to Dismiss the United States' Complaint-in-Intervention. For the reasons set forth in the accompanying Brief in Support of Defendants' Motion to Dismiss, the Complaint does not plead facts with particularity sufficient to satisfy the elements of the government's claims under the False Claims Act (brought against GTRC only) or its

1

derivative common-law claims (brought against GTRC and Georgia Tech). Accordingly, Defendants request that the Court enter an order granting Defendants' Motion to Dismiss.

Dated: October 21, 2024                             Respectfully submitted,

*/s/ Douglas W. Gilfillan*
Douglas W. Gilfillan Georgia Bar No. 294713
Gilfillan Law LLC
One Atlantic Center
1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
Telephone: (404) 795-5016
Doug@gilfillanlawllc.com

*Counsel for Georgia Tech Research Corp. and Georgia Institute of Technology*
*/s/ Ronald Machen*
Ronald Machen* DC Bar No. 447889
Matthew Jones* DC Bar No. 502943
Wilmer Cutler Pickering
  Hale and Dorr, LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone: (202) 663-6000
Fax: (202) 663-6363
Ronald.Machen@wilmerhale.com
Matt.Jones@wilmerhale.com

George P. Varghese\* Massachusetts Bar No. 706861  
Wilmer Cutler Pickering  
  Hale and Dorr, LLP  
60 State Street  
Boston, MA 02109  
Telephone:  (617) 526-6000  
Fax:  (617) 526-5000  
George.Varghese@wilmerhale.com

Peter Kurtz\*  
Colorado Bar No. 54305  
Wilmer Cutler Pickering  
  Hale and Dorr, LLP  
1225 17th Street, Suite 2600  
Denver, CO 80202  
Telephone: (720) 274-3135  
Fax: (720) 274-3133  
Peter.Kurtz@wilmerhale.com  
Counsel for Georgia Tech Research Corp.  
\*Admitted pro hac vice

3

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

>                                    */s/ Ronald Machen*
>                                    Ronald Machen

## CERTIFICATE OF SERVICE

**I hereby certify** that on October 21, 2024, I electronically filed the foregoing Motion to Dismiss Government's Complaint-in-Intervention with the Clerk of the Court using the CM/ECF system, which will send Notices of Electronic Filing to all counsel of record.

*/s/ Ronald Machen*
Ronald Machen
