# EXHIBIT 5

**From:** **McLaughlin, Kelly (contr-i2o)** Kelly.McLaughlin.ctr@darpa.mil
**Subject:** RE: Clarifications about pre pub review of unclassified work
**Date:** November 16, 2016 at 2:09 PM
**To:** Manos Antonakakis  manos@gatech.edu, Williams, Ashley  Ashley.Williams@osp.gatech.edu
**Cc:** Keromytis, Angelos  angelos.keromytis@darpa.mil, GAMBINO, DANIELLE M CIV USAF AFMC AFRL/RIGB  danielle.gambino@us.af.mil, Patel, Tejas (contr-i2o)  tejas.patel.ctr@darpa.mil

Manos/Ashley,

I misspoke, I meant to write all subs under GTRC (Georgia Tech (Not GTRI), UNC, UGA) are considered fundamental research as they are funded with 6.2 funds.

Thanks,
Kelly

-----Original Message-----
From: McLaughlin, Kelly (contr-i2o)
Sent: Wednesday, November 16, 2016 1:42 PM
To: 'Manos Antonakakis' <manos@gatech.edu>; Williams, Ashley <Ashley.Williams@osp.gatech.edu>
Cc: Keromytis, Angelos <angelos.keromytis@darpa.mil>; GAMBINO, DANIELLE M CIV USAF AFMC AFRL/RIGB <danielle.gambino@us.af.mil>; Patel, Tejas (contr-i2o) <tejas.patel.ctr@darpa.mil>
Subject: RE: Clarifications about pre pub review of unclassified work

Manos/Ashley,

All subs under GTRC (GTRI, UNC, UGA) are considered fundamental research as they are funded with 6.2 funds. Fundamental research has no publication restrictions. See the attached DoD Memo and text below.

Please note that GTRC is not considered fundamental research as it is not a university. The DD254 only applies to GTRC and does not flow down to any of the subs.

The definition of "contracted fundamental research" in a DoD grant or contractual context is established by References (a) and (b) and is defined as follows: "'Contracted Fundamental Research' includes research performed under grants and contracts that are (a) funded by budget Category 6.1 ("Research"), whether performed by universities or industry or (b) funded by budget Category 6.2 ("Exploratory Development") and performed on-campus at a university. The research shall not be considered fundamental in those rare and exceptional circumstances where the 6.2- funded effort presents a high likelihood of disclosing performance characteristics of military systems or manufacturing technologies that are unique and critical to defense, and where agreement on restrictions have been recorded in the contract or grant."

Please let me know if you have any questions. Feel free to give me a call - 571-218-4450.

Thanks,
Kelly


Kelly McLaughlin
SETA support for DARPA/I2O
XPD Analytics
(571) 218-4450 (o)
(571) 218-7116 (c)

-----Original Message-----
From: antonakakis@gmail.com [mailto:antonakakis@gmail.com] On Behalf Of Manos Antonakakis
Sent: Wednesday, November 16, 2016 1:31 PM
To: McLaughlin, Kelly (contr-i2o) <Kelly.McLaughlin.ctr@darpa.mil>; Williams, Ashley <Ashley.Williams@osp.gatech.edu>
Cc: Keromytis, Angelos <angelos.keromytis@darpa.mil>
Subject: Clarifications about pre pub review of unclassified work

Hey Kelly,

Can you please verify to Ashley that the unclassified work GT is planning to do is not subject of a pre pub rule? Ashley, you can call Ashley up on the following numbers and resolve the issue with the DD 254 form.
Kelly McLaughlin
SETA support for DARPA/I2O
XPD Analytics
(571) 218-4450 (o)
(571) 218-7116 (c)

Thanks,

Manos