# EXHIBIT 14

AIR FORCE RESEARCH LABORATORY

ROME RESEARCH SITE

ROME, NEW YORK

STATEMENT OF WORK

FOR

RHAMNOUSIA: ATTRIBUTING CYBER ACTORS THROUGH TENSOR

DECOMPOSITION AND NOVEL DATA ACQUISITION

PCSN: G-7-2227

8 NOVEMBER 2016

(Contract Number FA8750-17-C-0016)

G-7-2227

# TABLE OF CONTENTS

| Paragraph | Subject | Page |
|---|---|---|
| 1.0 | Objective | 3 |
| 2.0 | Scope | 3 |
| 3.0 | Background | 3 |
| 4.0 | Technical Requirements | 3 |

G-7-2227

1.0   OBJECTIVE.

1.1   The Enhanced Attribution (EA) program seeks to develop technologies for generating operationally and tactically relevant information about multiple concurrent independent malicious cyber campaigns, each involving several operators; and the means to share such information without putting at risk the sources and methods used for collection. This technical effort focuses on Technical Area 1 (TA1) and Technical Area 3 (TA3), which seek to develop technologies for network behavior and activity tracking and summarization, and the validation and enrichment of TA1-collected, and TA2-fused data with non- sensitive information (TA3). The developed capabilities will allow for multi-source data fusion, predict malicious cyber operator activities and serve as the architect and integrator of the experimental software prototype.

2.0   SCOPE.

2.1   The scope of this effort is to execute in a vector space; develop the means to treat cyber as a language; use recurrent neural networks for deep learning; expand the vector space through the use of publicly available data; and then use this data to provide a user-friendly explanation of malicious cyber operators activities. Research, develop, enhance, and document the assembly, storage and exposure of the key datasets permitting for the re-architecture and assignment of honeypot(s) in order to establish a process that will assist in the monitoring and assessment of the security posture of the research and operational networks.

3.0   BACKGROUND.

3.1   Malicious actors in cyberspace currently operate with little fear of being caught due to the fact that it is extremely difficult, in some cases perhaps even impossible, to reliably and confidently attribute actions in cyberspace to individuals. The reason cyber attribution is difficult stems at least in part from a lack of end-to-end accountability in the current Internet infrastructure. Cyber campaigns spanning jurisdictions, networks, and devices are only partially observable from the point of view of a defender that operates entirely in friendly cyber territory. The lack of detailed information about the actions and identities of the adversary cyber operators inhibits policymaker considerations and decisions for both cyber and non-cyber response.  The goal of DARPA's Enhanced Attribution program is to make currently opaque malicious cyber adversary actions and individual cyber operator attribution transparent by providing high-fidelity

G-7-2227

visibility into all aspects of malicious cyber operator actions and to increase the Government's ability to publicly reveal the actions of individual malicious cyber operators without damaging sources and methods.

4.0   TECHNICAL REQUIREMENTS. The contractor shall accomplish the following:

4.1   Technical Area (TA) 1 (Phase 1)

4.1.1   Research, develop, and document the assembly, storage and exposure of the key datasets permitting for the re-architecture and assignment of honeypot(s) and the creation of a process that will assist in observing and evaluating the security posture of the research and operational networks.

4.1.2   Setup and configure the initial data cluster required for the data pulls/pushes/operations.

4.1.3   Establish the initial data collection framework and tuning of the framework for security.

4.1.4   Research and develop algorithms focusing on network attack attribution. Investigate the class of statistical learning methods that will aid in attribution reasoning and baseline/measure the signal quality in the network and software system datasets often yields in an attack attribution context. Investigate the use of forensic analysis in order to efficiently reconstruct attack paths in a post mortem environment.

4.1.4.1   Initiate research and document findings on the taxonomy edge, tensor analysis and statistical learning algorithm analysis, statistical feature analysis and information gain on ground truth, and initial data reduction and signals enrichment.

4.1.5   Perform attribution analysis of historic attacks capturing the means to prove or disprove shared beliefs associated with malicious actors and the attacks against large organizations. Utilize this research to aid in the development of causality reasoning algorithms to be used to digest large diverse dataset and reconstruct attribution graphs. Research and develop processes allowing for the "fingerprinting" of a network environment based on the Internet of Things (IoT) devices in a remote network.

4.1.5.1   Initiate research attribution analysis of historic attacks and event-based reasoning.

4.1.5.2   Initiate research on network infrastructures and attack causality analysis.

4.1.5.3   Initiate research on network infrastructure and IoT network profiling.

G-7-2227

4.1.6   Develop processes allowing for intelligence and modeling results to be shared with Government stakeholders. Include the development of processes and infrastructure allowing for the systematic open source intelligence collection. Enhance these processes based on stakeholder feedback.

4.1.6.1   Initiate research the feedback loop and cross team process integration.

4.1.6.2   Initiate software prototype of the active Domain Name System (DNS) interrogation system.

4.1.7   Translate Proof Of Concept (POC) code into Debian packages. Include in this "tech-transfer" process testing, code coverage and continues integration efforts throughout the project minimizing the risk of potential code portability issues.

4.1.7.1   Initiate research and development of cluster-centric algorithms.

4.1.7.2   Initiate research tensor methods and forecasting engines.

4.1.7.3   Initiate research link causality analysis stems.

4.1.7.4   Initiate research on signal analysis and cross protocol enrichment software systems.

4.2   TA1 (Phase 2)

4.2.1   Enhance the collection and pushing of data as well as the maintaining and monitoring the framework's operational security based on the tasking from Paragraph 4.1.1.-4.1.3

4.2.2   Enhance the tasking from Paragraph 4.1.4 to include alpha-level research on edge flavor taxonomy, tensor analysis and statistical learning algorithm analysis, statistical feature analysis and information gain on ground truth and data reduction and signal enrichment.

4.2.3   Fine-tune the attribution analysis from 4.1.5 to include enhancements to the analysis of historic attacks, network infrastructure and attacks, and device identification and IoT network profiling.

4.2.4   Fine-tune the information feedback loop and cross team process from Paragraph 4.1.6 tasking as well as the active DNS interrogation system.

G-7-2227

4.2.5   Enhance the development of cluster-centric algorithms, tensor methods, forecasting engines, causality analysis and signal and cross protocol enrichment software systems identified from the POC capabilities developed in Paragraph 4.1.7.

4.3   TA1 (Phase 3)

4.3.1   Further enhance the collection and pushing of data as well as the maintaining and monitoring the framework's operational security based on the tasking from Paragraphs 4.1.1 and 4.2.1.

4.3.2   Complete research on the tasking from Paragraphs 4.1.4 and 4.2.2 to include edge flavor taxonomy, tensor analysis and statistical learning algorithm analysis, statistical feature analysis and information gain on ground truth and data reduction and signal enrichment.

4.3.3   Finalize the attribution analysis from Paragraphs 4.1.4 and 4.2.3 to include historic attacks and event-based link reasoning, network infrastructure and attack causality analysis, and device identification and IoT network profiling.

4.4   TA3 (Phase 1)

4.4.1   Perform the methodical collection, storage and exposure of key datasets in order to perform against all deliverables of this project. Re-architect, place honeypot/decoys and establish process(es) to aid in the monitoring and assessment of the research's and operational networks' security posture.

4.4.1.1   Develop and document application program interfaces (APIs) code.

4.4.2   Perform a basic security analysis of current events in Government stakeholders' networks allowing for the potential discovery of unknown attacks. Examine means to publicly attribute attacks without revealing means or methods used to detect the activities.

4.4.2.1   Perform the initial operational ground truth validation of public attacks.

4.4.2.2   Document findings associated with public attack attribution of historic attack reports.

4.4.2.3   Perform an analysis and software prototype DNS and WHOIS enrichment.

4.4.2.4   Perform an initial attribution analysis of the extension mechanism for DNS.

G-7-2227

4.4.3    Research and develop processes to aid in the sharing of intelligence and modeling results with Government stakeholders. Develop processes and infrastructure to enable systematic open source intelligence collection.

4.4.3.1    Perform initial research on information signal normalization.

4.4.3.2    Perform initial research and design of open threat intelligence data repository.

4.4.4    Translate the POC code into Debian packages to include testing, code coverage and continuous integration.  Document how risk is minimized throughout the process in the appropriate monthly progress report. (See CDRL A003)

4.4.4.1    Perform initial development of data reduction and enrichment algorithms.

4.4.4.2    Perform initial open source intelligence data collection.

4.5    TA3 (Phase 2)

4.5.1    Enhance and fine-tune the APIs developed in the tasking identified in Paragraph 4.4.

4.5.2    Enhance the operational ground truth validation of public attacks, historic attack reports, DNS, WHOIS identified and attribution analysis of DNS extensions identified in Paragraph 4.4.2.

4.5.3    Enhance the information signal normalization and research and design of open threat intelligence repository developed in Paragraph 4.4.3.

4.5.4    Enhance the development of data reduction and enrichment algorithms as well as the source intelligence data collection developed in paragraphs 4.4.4.1 and 4.4.4.2.

4.6    TA3 (Phase 3)

4.6.1    Finalize code development and APIs initiated in Paragraph 4.4.1.

4.6.2    Finalize tasking performed in paragraph 4.4.2 including the operational ground truth validation of public attacks, the attack attribution of historic attack reports, domain name and WHOIS enrichment analysis and extension mechanisms for DNS.

4.6.3    Finalize tasking identified in paragraph 4.4.3 to include information signal normalization, and research and design of threat repository.

G-7-2227

4.6.4   Finalize Software Version 1.0 of the data reduction and enrichment algorithms and Software Version 1.0 of the open source intelligence data collection software system.

4.7   Reports and Documentation.

4.7.1   Continually determine the status of the effort and report progress toward accomplishment of contract requirements. (See CDRLs, A001 & A003)

4.7.2   Continually determine the status of funding required for contract performance.  (See CDRLs, A002 & A004)

4.7.3   Conduct oral presentations at such times and places designated in the contract schedule. Provide status of technical progress made to date in performance of the contract during presentation.   (See CDRL, A005)

4.7.3.1   Attend and document the Institute of Electrical and Electronics Engineers (IEEE), Research in Attacks, Intrusions and Defenses (RAID), Association for Computing Machinery (ACM) Conference for Computer and Communications Security (CCS), and USENIX, Security Symposium.  Provide a conference agenda that provides a clear understanding of the conference's purpose. Summarize in the appropriate monthly report how the Contractor and the EA program benefited from their attendance to the conference. (See CDRL, A003 & A006)

4.7.4   Document the results of TA1 and TA3 for each Phase detailing: Data Engineering, Data Reduction and Modeling, Data Enrichment, Threat Reports, Public Attribution, Development, Quality Assurance and Packaging. (See CDRL A007)

4.7.5   Document all technical work accomplished and information gained during performance of this acquisition.  Include all pertinent observations, nature of problems, positive and negative results, and design criteria established where applicable.  Document procedures followed, processes developed, "Lessons Learned", etc.  Document the details of all technical work to permit full understanding of the techniques and procedures used in evolving technology or processes developed.  Cross-reference separate design, engineering, or process specifications delivered to permit a full understanding of the total acquisition.  (See CDRL, A011)

4.7.6   Collaborate and cooperate with the other Enhanced Attribution participants on the planning, design, implementation, and demonstration of new technologies, applications, and software services.  Participate in Enhanced Attribution program meetings conducted by the

G-7-2227

integration contractor, if there is one, and other meetings, including program reviews and technical information seminars, as specified in the contract schedule. Provide the integration contractor and others with information about technical developments under this effort that enables the integration contractor and others to evaluate results for technology integration and transition activities.

4.8   Software.

4.8.1.1   Deliver all software developed, assembled, or acquired to the Government in accordance with the contract schedule and the following:

4.8.1.2   Provide a software repository for all software developed under this effort, to include all source code and binaries (executable) code. All software developed or delivered under the program must be delivered as source (including entire version control history) and as object (executable) code. Include the source listings and source code for the target computer systems. Provide the Government weekly snapshots of the full project code repository. (See CDRL, A009)

4.8.1.3   Evaluate the planning performed for the use of non-developmental software (i.e., commercial off-the-shelf (COTS), reusable, or Government furnished) to ensure that all SOW requirements are met. Evaluate the software to determine whether the software performs as documented prior to incorporating acquired software into software being developed under this effort. Certify that the non-developmental software performs as documented and is adequately documented for the intended purpose.

4.8.1.4   All delivered software under this effort is to be completely maintainable and modified with no reliance on any non-delivered computer programs or documentation.

4.8.1.5   Develop sufficient Software Documentation including a Software Design Document. The delivery is to include sufficient documentation so as to be completely operable, maintainable and modifiable with no reliance on any non-delivered hardware or hardware documentation developed or procured under the program. (See CDRL, A008)

4.8.1.6   Transfer all purchased or licensed software used during development or as a component for this effort upon completion; include licensing and maintenance agreements and original media software and documentation. (See CDRL, A010)

**Statement of Work (SOW)**
**AFRL/RI Supplemental Requirements**
**25 OCT 2016**
**Attachment No. 3**

**1. INTRODUCTION.** The following paragraphs are also considered be a part of the requirements and the Contractor is responsible for compliance to the same extent as the rest of the SOW.

**2. PACKAGING AND MARKING.**

(a) The Contractor shall comply with following packaging and marking requirements. Shipment(s) overseas or via Government Bill of Lading (GBL) shall comply with the below packaging and marking requirements and additional requirements specified in the Statement of Work (SOW).

(1) Hardware deliverables, if applicable, shall comply with the following **Specification Commercial Packaging** requirement:

(a) Items shall be packaged in accordance with established commercial practices. Individual shipments exceeding 150 pounds, 108 inches in length, or 130 inches in girth plus length shall be packaged on skidded crates or palletized to allow handling by forklift.

(b) The exterior container shall be marked (readable from 24 inches): "NOT FOR OUTSIDE STORAGE."

(2) Software and report deliverables, if applicable, shall comply with the following **Contractor Commercial Packaging** requirement:

(a) Items shall be packaged in accordance with the Contractor's commercial best practice to ensure undamaged arrival at destination. Individual shipments exceeding 150 pounds, 108 inches in length, or 130 inches in girth plus length shall be packaged on skidded crates or palletized to allow handling by forklift.

(b) The exterior container shall be marked (readable from 24 inches): "NOT FOR OUTSIDE STORAGE."

**3. VISIT REQUESTS.**

**VISIT REQUESTS**

All requests for Government certification of Contractor employees' need-to-know and visit authorizations to other Government installations or Contractor facilities shall be forwarded for approval to the Contracting Officer's Technical Representative (COTR), whose mailing address is:

ATTN: Danielle Gambino
Air Force Research Laboratory/RIGB
525 Brooks Rd
Rome NY 13441-4505

**4. ACKNOWLEDGMENT OF SPONSORSHIP.**

**ACKNOWLEDGMENT OF SPONSORSHIP**

(a) The Contractor agrees that in the release of information relating to this contract such release shall include a statement to the effect that the project or effort depicted was or is sponsored by the Air Force Research Laboratory (AFRL) and Defense Advanced Research Projects Agency (DARPA).

(b) For the purpose of the clause at DFARS 252.235-7010, "information" includes but is not limited to material presented in news releases articles manuscripts brochures advertisements still and motion pictures speeches presentations meetings conferences symposia etc.

(c) Nothing in the foregoing shall affect compliance with the requirements of the clause (if applicable) of this contract entitled "Security Requirements".

(d) The Contractor further agrees to include this requirement in any subcontracts awarded as a result of this contract.

**5. REGARDING EXPORT CONTROL.**

**REGARDING EXPORT CONTROL**

**The items to be delivered under this contract are being developed for both civil and military applications (reference ITAR, 22 CFR Part 121, Category XI (Military Electronics), Note 1(c)). As stated in DFARS 252.225-7048, the Contractor's responsibility to comply with all applicable laws and regulations regarding export-controlled items exists independent of, and is not or limited by, the information provided by this requirement.**

**6. GUARANTEED FINAL REPORT.**

**GUARANTEED FINAL REPORT**

If this contract is terminated prior to completion, the Contractor agrees to provide a final report in accordance with Exhibit A, DI-MISC-80711A, Scientific and Technical Reports. During the life of the contract, the Contractor shall continuously reserve sufficient funds from the amount allotted to guarantee the preparation and delivery of said final report.

**7. TITLE TO EQUIPMENT.**

## TITLE TO EQUIPMENT (CONTRACTOR)

(a) Title to equipment having an acquisition cost of $5,000 or more shall vest in the Contractor upon acquisition without further obligation to the Government.

(b) Subject to the provisions of the Government Property clause of this contract, the Contractor is authorized to acquire the following listed property:

## PROPERTY

Georgia Tech Research Corporation (GTRC)
(4) Laptops
(1) High Efficiency Scanner
(5) Desktops
(94) 1U Servers
(4)  Data Node Clusters

University of North Carolina (UNC)
(1) Dell Laptop
(1) MacBook
(3) Dell Monitors
(4) Node Cluster
(1) Dell R730 Server

University of Georgia Research Foundation
(2) Server-grade multi-core Machines

## 8. IMPLEMENTATION OF PATENT RIGHTS CLAUSE.

## IMPLEMENTATION OF PATENT RIGHTS CLAUSE

(a)  Interim or final Invention Reports (1) listing subject invention(s) and stating that all subject inventions have been disclosed, or (2) stating that there are no such inventions, shall be sent to both the Administrative Contracting Officer at the address located on the face of the contract, and to the patent administrator  at email:  Judith.Decker@us.af.mil. The AFRL/RIJ patent administrator can be reached at Area Code (315) 330-2087 or DSN 587-2087, with a courtesy copy (cc:) to the Contracting Officer Technical Representative (COTR), within the timeframes specified in the Patent Rights clause of this contract. Please include in the subject line of the e-mail the contract number followed by the words "Invention Reporting."  Also include in the body of the e-mail the names of the COTR and his/her office symbol.  Contractors are highly encouraged to use DD Form 882, Report of Invention and Subcontracts to submit these reports.  The DD Form 882 may also be used for the notification of an award of any subcontract(s) for experimental, developmental or research work which contain a "Patent Rights" clause.

(b)  All other notifications (e.g., disclosure of each subject invention to the Contracting Officer within 2 months after the inventor discloses it) shall also be sent to the e-mail address in paragraph (a), with a courtesy copy (cc:) to the COTR.

(c)  This requirement also constitutes the request for the following information for any subject invention for which the contractor has retained ownership, (1) the filing date, (2) serial number and title, (3) a copy of the patent application and (4) patent number and issue date. Submittal shall be to the Patent Administrator e-mail address listed above, with a courtesy copy (cc:) to the COTR.

9. **INSURANCE CLAUSE IMPLEMENTATION.**

**INSURANCE CLAUSE IMPLEMENTATION**

The Contractor shall obtain and maintain the minimum kinds and amounts of insurance during performance of this contract as specified by FAR 28.307-2, Liability, and contemplated by FAR 52.228-5, Insurance--Work on a Government Installation, and/or 52.228-7, Insurance--Liability to Third Persons.

10. **KEY POSITIONS AND MINIMUM QUALIFICATIONS.**

**KEY POSITIONS AND MINIMUM QUALIFICATIONS**

(a) Contractor personnel holding the position titles and having the qualifications listed below are considered essential to the work being performed under this contract:

| Key Positions: | Minimum Qualifications: |
| --- | --- |
| Research Scientist | Bachelor's Degree |
| Professor | Ph.D. and 6 years of experience |
| Associate Professor | Ph.D. and 3-4 years of experience |
| Chief Scientist | Ph.D. and 6 years of experience |

(b) The Contractor shall notify the Contracting Officer before the departure of any individual in a key position and identify the proposed substitution. Any proposed personnel substitution that does not meet the minimum qualification requirements described above requires the prior written approval of the contracting officer.