# EXHIBIT 15

| AWARD / CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | | RATING DO-A7 | | PAGE 1 | of PAGES 33 |
|---|---|---|---|---|---|---|

| 2. CONTRACT (PROC. INST. IDENT.) NO. FA8750-17-C-0016 | 3. EFFECTIVE DATE 17NOV2016 | 4. REQUISITION / PURCHASE REQUEST / PROJECT NO. See Section G |
|---|---|---|

| 5. ISSUED BY AFRL/RIKE | CODE | FA8750 | 6. ADMINISTERED BY (IF OTHER THAN ITEM 5) | CODE | N66020 |
|---|---|---|---|---|---|

USAF, AFMC
AIR FORCE RESEARCH LABORATORY
26 ELECTRONIC PARKWAY
ROME NY 13441-4514
KARA JARMULA   315-330-4174
Kara.Jarmula@us.af.mil

OFC OF NAVAL RSCH (ONRRO) ATLANTA
ATLANTA REGIONAL OFFICE
100 ALABAMA ST., SW, SUITE 4R15
ATLANTA GA 30303-3104
ONR_ATLANTA@ONR.NAVY.MIL

SCD: C   PAS: (NONE)

| 7. NAME AND ADDRESS OF CONTRACTOR (NO., STREET, CITY, COUNTY, STATE AND ZIP CODE) | 8. DELIVERY |
|---|---|
| GEORGIA TECH RESEARCH CORPORATION 505 10TH ST NW ATLANTA GA 30318-5775 (404) 894-6934 | ☐ FOB Origin ☒ Other (see below) 9. DISCOUNT FOR PROMPT PAYMENT N |

| | 10. SUBMIT INVOICES (4 COPIES UNLESS OTHERWISE SPECIFIED) TO THE ADDRESS SHOWN IN ➡ | ITEM See Block 12 |
|---|---|---|
| CAGE CODE 1G474 | FACILITY CODE | |

| 11. SHIP TO / MARK FOR | CODE | 12. PAYMENT WILL BE MADE BY | CODE | F03000 |
|---|---|---|---|---|
| See Section F | | DFAS-BVFD/DY PO BOX 369024 COLUMBUS OH 43218-9024 EFT: T | | |

| 13. AUTHORITY FOR OTHER THAN FULL AND OPEN COMPETITION | 14. ACCOUNTING AND APPROPRIATION DATA See Section G |
|---|---|

| 15A. ITEM NO See Section B | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | | 15G. TOTAL AMOUNT OF CONTRACT ➡ | | | $16,681,988.00 |

### 16. Table of Contents

| | SEC | DESCRIPTION | PAGE(S) | | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| ✓ | A | SOLICITATION/CONTRACT FORM | 1 | ✓ | I | CONTRACT CLAUSES | 13 |
| ✓ | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS & ATTACHMENTS | |
| ✓ | C | DESCRIPTION/SPECS./WORK STATEMENT | 4 | ✓ | J | LIST OF ATTACHMENTS | 33 |
| ✓ | D | PACKAGING AND MARKING | 5 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| ✓ | E | INSPECTION AND ACCEPTANCE | 6 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| ✓ | F | DELIVERIES OR PERFORMANCE | 7 | | | | |
| ✓ | G | CONTRACT ADMINISTRATION DATA | 9 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| ✓ | H | SPECIAL CONTRACT REQUIREMENTS | 12 | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

| 17. ☒ Contractor's Negotiated Agreement | 18. ☐ Award (Contractor is not required to sign this document.) |
|---|---|
| (Contractor is required to sign this document and return 1 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.) | Your offer on solicitation number , including the additions or changes made by you which additions or changes set forth in full above, is hereby accepted as to items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |

| 19A. NAME AND TITLE OF SIGNER (TYPE OR PRINT) Ashley Williams, Ast. to Gen. Mgr. | 20A. NAME OF CONTRACTING OFFICER MICHELE A. MARTINELLI |
|---|---|

| 19B. Name of Contractor | 19C. Date Signed | 20B. United States of America | 20C. Date Signed |
|---|---|---|---|
| GEORGIA TECH RESEARCH CORPORATION by _(signature)_ (signature of person authorized to sign) | 11/15/16 | by _(signature)_ (signature of Contracting Officer) | 17NOV2016 |

NSN 7540-01-152-8069
Previous Editions unusable
ConWrite Version 6.15.2

STANDARD FORM 26 (Rev 4-85)
Prescribed by GSA FAR (48 CFR) 53.214(a)
Created 14 Nov 2016  12:03 PM

PART I - THE SCHEDULE
SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS

| ITEM | SUPPLIES OR SERVICES | Qty<br>Purch Unit | Unit Price<br>Total Item Amount |
|------|---------------------|-------------------|--------------------------------|
| **0001** | | 1<br>Lot | EST $16,881,988.00<br>EST $16,881,988.00 |

| | | |
|---|---|---|
| *Noun:* | SOFTWARE | |
| *PSC:* | AD92 | |
| *NSN:* | N - Not Applicable | |
| *Contract type:* | S - COST | |
| *Inspection:* | DESTINATION | |
| *Acceptance:* | DESTINATION | |
| *FOB:* | DESTINATION | |
| *Descriptive Data:* | | |

**A.** SOFTWARE in accordance with paragraph 4.0 of Attachment No. 2, Statement of Work entitled "RHAMNOUSIA: Attributing Cyber Actors Through Tensor Decomposition and Novel Data Acquisition" dated 08NOV2016, and Attachment No. 3, AFRL/RI SOW Supplemental Requirements dated 25OCT2016.

**B. Implementation of Limitation of Funds is as follows:**

(a) The sum allotted to this contract and available for payment of costs under CLINs 0001 and 0002 through 18FEB2017 in accordance with the clause in Section I entitled "Limitation of Funds" is $1,381,302.00.

**C.  Payment instructions for the subline items shown below are contained in Section G.**

**000101**

| | | | |
|---|---|---|---|
| *Noun:* | Funding Info Only | | |
| *ACRN:* | AA | $1,381,302.00 | |
| *PR/MIPR:* | HR0011623749 | | $1,381,302.00 |
| *Descriptive Data:* | | | |
| **AA: $1,381,302.00** | | | |

**0002**

| | |
|---|---|
| *Noun:* | DATA |
| *Exhibit:* | A |
| *PSC:* | |
| *NSN:* | N - Not Applicable |
| *DD1423 is Exhibit:* | A |
| *Descriptive Data:* | |

Data in accordance with Exhibit A, Contract Data Requirements List dated 08NOV2016. Quantity and delivery schedule shall be as specified on Exhibit A.

PART I - THE SCHEDULE
SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS

NO CLAUSES OR PROVISIONS IN THIS SECTION

PART I - THE SCHEDULE
SECTION C - DESCRIPTION/SPECS./WORK STATEMENT

NO CLAUSES OR PROVISIONS IN THIS SECTION

PART I - THE SCHEDULE
SECTION D - PACKAGING AND MARKING

NO CLAUSES OR PROVISIONS IN THIS SECTION

PART I - THE SCHEDULE
SECTION E - INSPECTION AND ACCEPTANCE

**NOTICE:**  The following contract clauses pertinent to this section are hereby incorporated by reference:

## A.  FEDERAL ACQUISITION REGULATION CONTRACT CLAUSES

52.246-08        INSPECTION OF RESEARCH AND DEVELOPMENT -- COST-REIMBURSEMENT
(MAY 2001) - ALTERNATE I (APR 1984)

## B.  DEFENSE FEDERAL ACQUISITION REGULATION SUPPLEMENT CONTRACT CLAUSES

252.246-7000   MATERIAL INSPECTION AND RECEIVING REPORT  (MAR 2008)

PART I - THE SCHEDULE
SECTION F - DELIVERIES OR PERFORMANCE

| ITEM | SUPPLIES SCHEDULE DATA | QTY | SHIP TO | MARK FOR | TRANS PRI | DATE |
|------|------------------------|-----|---------|----------|-----------|------|
| **0001** | | 1 | FA8750 | | | 17 May 2021 |

*Noun:*           SOFTWARE
*ACRN:*           9
*Descriptive Data:*
A Kickoff Meeting shall be held at a time and location TBD by the DARPA PM, as coordinated with the Air Force Research Laboratory (AFRL) Contracting Officer's Technical Representative (COTR).

Quarterly Program Reviews, with the DARPA Technical Team, including 2 site visits, and 2 PI Meetings, shall be held annually.

The location of the program reviews is TBD by the AFRL COTR, as coordinated with DARPA, but is anticipated to be held in the Washington, DC metro area.

SHIP SOFTWARE TO:

    ATTN:  DANIELLE GAMBINO
    AFRL/RIGB
    Contract Number:  FA8750-17-C-0016
    525 Brooks Road
    Rome NY 13441-4505

PART I - THE SCHEDULE
SECTION F - DELIVERIES OR PERFORMANCE

**NOTICE:**  The following contract clauses pertinent to this section are hereby incorporated by reference:

**<u>FEDERAL ACQUISITION REGULATION CONTRACT CLAUSES</u>**

52.242-15        STOP-WORK ORDER  (AUG 1989) - ALTERNATE I (APR 1984)

| ACRN | Appropriation/Lmt Subhead/Supplemental Accounting Data | Obligation Amount |
|------|--------------------------------------------------------|-------------------|
| **AA** | | $1,381,302.00 |

        97  60400 1320 CEAPMM2016IT03
        *Funding breakdown:*   On CLIN 000101:   $1,381,302.00
        *PR/MIPR:*             HR0011623749      $1,381,302.00
        *ARPA Order Number:*  0011623749   dated  07 Aug 2016
        *Descriptive data:*
        PR Number: F4HBGB6217B705
        PCSN:     G72227
        JON:       EAGT0007
        Funding Doc No.:  HR0011623749

        The fund line shown above reflects the required format for the type of funds obligated (e.g., Air Force, Army, Navy, etc.). Below is the fund line exactly as shown on the funding document:

        097 201620170400D 1320 CEAPMM 2016 IT 03 CORE A DARPA 255 HR0011623749 02 000 20602303E00 012199

**NOTICE:**  The following contract clauses pertinent to this section are hereby incorporated in full text:

## A.  DEFENSE FAR SUPP CONTRACT CLAUSES IN FULL TEXT

### 252.232-7006  WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS (DEVIATION)  (JAN 2013)

       (a) Definitions. As used in this clause-

"Department of Defense Activity Address Code (DoDAAC)" is a six position code that uniquely identifies a unit, activity, or organization.

"Document type" means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

"Local processing office (LPO)" is the office responsible for payment certification when payment certification is done external to the entitlement system.

       (b) Electronic invoicing. The WAWF system is the method to electronically process vendor payment requests and receiving reports, as authorized by DFARS 252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

       (c) WAWF access. To access WAWF, the Contractor shall-

           (1) Have a designated electronic business point of contact in the Central Contractor Registration at https://www.acquisition.gov; and

(2) Be registered to use WAWF at https://wawf.eb.mil/ following the step-by-step procedures for self-registration available at this web site.

(d) WAWF training. The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through WAWF. Both can be accessed by selecting the "Web Based Training" link on the WAWF home page at https://wawf.eb.mil/

(e) WAWF methods of document submission. Document submissions may be via web entry, Electronic Data Interchange, File Transfer Protocol, or PayWeb.

(1) To access PayWeb, the vendor may go to the following site: https://onronline.onr.navy.mil/payweb/

(2) For instructions on PayWeb payment request submission, please contact the office identified below:  ONR_ATLANTA@ONR.NAVY.MIL

(f) WAWF payment instructions. The Contractor must use the following information when submitting payment requests and receiving reports in WAWF for this contract/order:

(1) Document type. The Contractor shall use the following document type(s).
(i)  Use "Cost Voucher" to submit a payment request.  DO NOT SUBMIT A FINAL COST VOUCHER AT THE TIME OF DELIVERY OF THE FINAL TECHNICAL REPORT.  Reference FAR 52.216-7 for final voucher submission.

(ii)  Use "Receiving Report" to submit a receiving report in accordance with DFARS 252.246-7000, Material Inspection and Receiving Report..

Note: If a "Combo" document type is identified but not supportable by the Contractor's business systems, an "Invoice" (stand-alone) and "Receiving Report" (stand-alone) document type may be used instead.)

(2) Inspection/acceptance location. The Contractor shall select the following inspection/acceptance location(s) in WAWF, as specified by the contracting officer. Destination

(3) Document routing. The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF when creating payment requests and receiving reports in the system.

Routing Data Table*
Field Name in WAWF              Data to be entered in WAWF

Pay Official DoDAAC  (Insert Code From Block 12 of SF26)
Issue By DoDAAC  FA8750
Admin DoDAAC  (Insert Code From Block 6 of SF26)
Inspect By DoDAAC  FA8750
Ship To Code  FA8750
Ship From Code  N/A
Mark For Code  FA8750
Service Approver (DoDAAC)  (Insert Code From Block 6 of SF26)
Service Acceptor (DoDAAC)  FA8750
Accept at Other DoDAAC  N/A
LPO DoDAAC  N/A
DCAA Auditor DoDAAC  (Use Toolbar on WAWF Screen Titled "Find DoDAAC in Audit Office Locator" to find applicable code)
Other DoDAAC(s)  N/A

PART I - THE SCHEDULE
SECTION G - CONTRACT ADMINISTRATION DATA

(*Contracting Officer: Insert applicable DoDAAC information or "See schedule"
if multiple ship to/acceptance locations apply, or "Not applicable.")

(4) Payment request and supporting documentation. The Contractor shall ensure a
payment request includes appropriate contract line item and subline item descriptions of the work
performed or supplies delivered, unit price/cost per unit, fee (if applicable), and all relevant back-up
documentation, as defined in DFARS Appendix F, (e.g. timesheets) in support of each payment request.

(5) WAWF email notifications. The Contractor shall enter the e-mail address identified
below in the "Send Additional Email Notifications" field of WAWF once a document is submitted in the
system.
Please add the following email addresses of the AFRL Contracting Officer's Technical Representative
(COTR) and Technical Division Business Office for processing documents created in WAWF:
danielle.gambino@us.af.mil and afrl.rigm@us.af.mil. These are email addresses of persons who need to
see or record information.

(g) WAWF point of contact.

(1) The Contractor may obtain clarification regarding invoicing in WAWF from the
following contracting activity's WAWF point of contact.
David Fiorini, Email; david.fiorini@us.af.mil, Phone 315-330-4395

(i) CONCURRENT WITH OR SUBSEQUENT TO THE DELIVERY OF THE FINAL UPDATED
TECHNICAL REPORT the FINAL Receiving Report may be submitted to WAWF.

(ii) DO NOT ATTACH TECHNICAL REPORTS TO WAWF DOCUMENTS. However, you may attach
financial information supporting your voucher or documents supporting inspection and acceptance.

(iii) Payment information may be accessed using the DFAS website at http://www.dod.mil/dfas under
MyInvoice. Your contract number or invoice will be required to check status of your payment.

(2) For technical WAWF help, contact the WAWF helpdesk at 866-618-5988.

**B.  OTHER CONTRACT CLAUSES IN FULL TEXT**

**252.204-0003  LINE ITEM SPECIFIC:  CONTRACTING OFFICER SPECIFIED ACRN ORDER  (SEP 2009)**

The payment office shall make payment within the line item in the sequence ACRN order specified below,
exhausting all funds in the previous ACRN before paying from the next ACRN.

Line Item ACRN Order
000101  AA

PART I - THE SCHEDULE
SECTION H - SPECIAL CONTRACT REQUIREMENTS

NO CLAUSES OR PROVISIONS IN THIS SECTION

PART II - CONTRACT CLAUSES
SECTION I - CONTRACT CLAUSES

**Contract Clauses in this section are from the FAR, Defense FAR Sup, Air Force FAR Sup, and the Air Force Materiel Command FAR Sup, and are current through the following updates:**

**Database_Version: 6.15 x 300;  Issued: 8/26/2016;  FAR: FAC 2005-89;  DFAR: DPM20160802;  DL.: SL 98-021; Class Deviations: CD 2016-O0008;  AFFAR: 2002 Edition;  AFAC: AFAC 2016-0603;  IPN: 98-009**

I. **NOTICE:** The following contract clauses pertinent to this section are hereby incorporated by reference:

## A.  FEDERAL ACQUISITION REGULATION CONTRACT CLAUSES

| | |
|---|---|
| 52.202-01 | DEFINITIONS  (NOV 2013) |
| 52.203-03 | GRATUITIES  (APR 1984) |
| 52.203-05 | COVENANT AGAINST CONTINGENT FEES  (MAY 2014) |
| 52.203-06 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT  (SEP 2006) |
| 52.203-07 | ANTI-KICKBACK PROCEDURES  (MAY 2014) |
| 52.203-08 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY  (MAY 2014) |
| 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY  (MAY 2014) |
| 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (OCT 2010) |
| 52.203-13 | CONTRACTOR CODE OF BUSINESS ETHICS AND CONDUCT  (OCT 2015) |
| 52.203-17 | CONTRACTOR EMPLOYEE WHISTLEBLOWER RIGHTS AND REQUIREMENT TO INFORM EMPLOYEES OF WHISTLEBLOWER RIGHTS  (APR 2014) |
| 52.204-02 | SECURITY REQUIREMENTS  (AUG 1996) - ALTERNATE I (APR 1984) |
| 52.204-04 | PRINTED OR COPIED DOUBLE-SIDED ON POSTCONSUMER FIBER CONTENT PAPER  (MAY 2011) |
| 52.204-10 | REPORTING EXECUTIVE COMPENSATION AND FIRST-TIER SUBCONTRACT AWARDS  (OCT 2015) |
| 52.204-13 | SYSTEM FOR AWARD MANAGEMENT MAINTENANCE  (JUL 2013) |
| 52.204-18 | COMMERCIAL AND GOVERNMENT ENTITY CODE MAINTENANCE  (JUL 2016) |
| 52.204-19 | INCORPORATION BY REFERENCE OF REPRESENTATIONS AND CERTIFICATIONS (DEC 2014) |
| 52.204-21 | BASIC SAFEGUARDING OF COVERED CONTRACTOR INFORMATION SYSTEMS (JUN 2016) |
| 52.209-06 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (OCT 2015) |
| 52.209-09 | UPDATES OF PUBLICLY AVAILABLE INFORMATION REGARDING RESPONSIBILITY MATTERS  (JUL 2013) |
| 52.209-10 | PROHIBITION ON CONTRACTING WITH INVERTED DOMESTIC CORPORATIONS (NOV 2015) |
| 52.210-01 | MARKET RESEARCH  (APR 2011) |
| 52.215-02 | AUDIT AND RECORDS -- NEGOTIATION  (OCT 2010) - ALTERNATE II (AUG 2016) |
| 52.215-08 | ORDER OF PRECEDENCE--UNIFORM CONTRACT FORMAT  (OCT 1997) |
| 52.215-11 | PRICE REDUCTION FOR DEFECTIVE CERTIFIED COST OR PRICING DATA--MODIFICATIONS  (AUG 2011) |
| 52.215-13 | SUBCONTRACTOR CERTIFIED COST OR PRICING DATA--MODIFICATIONS  (OCT 2010) |
| 52.215-14 | INTEGRITY OF UNIT PRICES  (OCT 2010) |
| 52.215-15 | PENSION ADJUSTMENTS AND ASSET REVERSIONS  (OCT 2010) |
| 52.215-17 | WAIVER OF FACILITIES CAPITAL COST OF MONEY  (OCT 1997) |

| | |
|---|---|
| 52.215-21 | REQUIREMENTS FOR CERTIFIED COST OR PRICING DATA AND DATA OTHER THAN CERTIFIED COST OR PRICING DATA--MODIFICATIONS  (OCT 2010) |
| 52.215-23 | LIMITATIONS ON PASS-THROUGH CHARGES  (OCT 2009) |
| 52.216-07 | ALLOWABLE COST AND PAYMENT  (JUN 2013) - ALTERNATE II (AUG 2012) |
| | Para (a) (3), Day prescribed by agency head, or "30th". '30th' |
| 52.216-11 | COST CONTRACT -- NO FEE  (APR 1984) - ALTERNATE I (APR 1984) |
| 52.219-08 | UTILIZATION OF SMALL BUSINESS CONCERNS  (OCT 2014) |
| 52.219-16 | LIQUIDATED DAMAGES --  SUBCONTRACTING PLAN  (JAN 1999) |
| 52.219-28 | POST-AWARD SMALL BUSINESS PROGRAM REREPRESENTATION  (JUL 2013) |
| 52.222-02 | PAYMENT FOR OVERTIME PREMIUMS  (JUL 1990) |
| | Para (a), Dollar amount is 'zero' |
| 52.222-03 | CONVICT LABOR  (JUN 2003) |
| 52.222-21 | PROHIBITION OF SEGREGATED FACILITIES  (APR 2015) |
| 52.222-26 | EQUAL OPPORTUNITY  (APR 2015) |
| 52.222-35 | EQUAL OPPORTUNITY FOR VETERANS  (OCT 2015) |
| 52.222-36 | EQUAL OPPORTUNITY FOR WORKERS WITH DISABILITIES  (JUL 2014) |
| 52.222-37 | EMPLOYMENT REPORTS ON VETERANS  (FEB 2016) |
| 52.222-40 | NOTIFICATION OF EMPLOYEE RIGHTS UNDER THE NATIONAL LABOR RELATIONS ACT  (DEC 2010) |
| 52.222-50 | COMBATING TRAFFICKING IN PERSONS  (MAR 2015) |
| 52.222-54 | EMPLOYMENT ELIGIBILITY VERIFICATION  (OCT 2015) |
| 52.223-06 | DRUG-FREE WORKPLACE  (MAY 2001) |
| 52.223-18 | ENCOURAGING CONTRACTOR POLICIES TO BAN TEXT MESSAGING WHILE DRIVING  (AUG 2011) |
| 52.225-13 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES  (JUN 2008) |
| 52.227-01 | AUTHORIZATION AND CONSENT  (DEC 2007) - ALTERNATE I (APR 1984) |
| 52.227-02 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT  (DEC 2007) |
| 52.227-10 | FILING OF PATENT APPLICATIONS -- CLASSIFIED  SUBJECT MATTER  (DEC 2007) |
| 52.227-11 | PATENT RIGHTS - OWNERSHIP BY THE CONTRACTOR  (MAY 2014) |
| | Para (j), Communications: "'See Attachment entitled, "AFRL/RI SOW Supplemental Requirements."' |
| 52.228-07 | INSURANCE -- LIABILITY TO THIRD PERSONS  (MAR 1996) |
| 52.230-05 | COST ACCOUNTING STANDARDS - EDUCATIONAL INSTITUTION  (AUG 2016) |
| 52.230-06 | ADMINISTRATION OF COST ACCOUNTING STANDARDS  (JUN 2010) |
| 52.232-09 | LIMITATION ON WITHHOLDING OF PAYMENTS  (APR 1984) |
| 52.232-22 | LIMITATION OF FUNDS  (APR 1984) |
| 52.232-23 | ASSIGNMENT OF CLAIMS  (MAY 2014) - ALTERNATE I (APR 1984) |
| 52.232-25 | PROMPT PAYMENT  (JUL 2013) |
| 52.232-33 | PAYMENT BY ELECTRONIC FUNDS TRANSFER - SYSTEM FOR AWARD MANAGEMENT  (JUL 2013) |
| 52.232-39 | UNENFORCEABILITY OF UNAUTHORIZED OBLIGATIONS  (JUN 2013) |
| 52.232-40 | PROVIDING ACCELERATED PAYMENTS TO SMALL BUSINESS SUBCONTRACTORS  (DEC 2013) |
| 52.233-01 | DISPUTES  (MAY 2014) |
| 52.233-03 | PROTEST AFTER AWARD  (AUG 1996) - ALTERNATE I (JUN 1985) |
| 52.233-04 | APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM  (OCT 2004) |
| 52.242-01 | NOTICE OF INTENT TO DISALLOW COSTS  (APR 1984) |
| 52.242-03 | PENALTIES FOR UNALLOWABLE COSTS  (MAY 2014) |
| 52.242-04 | CERTIFICATION OF FINAL INDIRECT COSTS  (JAN 1997) |
| 52.242-13 | BANKRUPTCY  (JUL 1995) |
| 52.243-02 | CHANGES -- COST-REIMBURSEMENT  (AUG 1987) - ALTERNATE V (APR 1984) |
| 52.243-06 | CHANGE ORDER ACCOUNTING  (APR 1984) |
| 52.243-07 | NOTIFICATION OF CHANGES  (APR 1984) |
| | Para (b), Number of calendar days is (insert 30 for RDSS/C) '30 days' |
| | Para (d), Number of calendar days is (insert 30 for RDSS/C) '30 days' |

PART II - CONTRACT CLAUSES
SECTION I - CONTRACT CLAUSES

| | |
|---|---|
| 52.244-02 | SUBCONTRACTS  (OCT 2010) |
| | Para (d), approval required on subcontracts: 'NONE' |
| | Para (j),  Insert subcontracts evaluated during negotiations. 'NONE' |
| 52.244-05 | COMPETITION IN SUBCONTRACTING  (DEC 1996) |
| 52.244-06 | SUBCONTRACTS FOR COMMERCIAL ITEMS  (JUN 2016) |
| 52.245-01 | GOVERNMENT PROPERTY (APR 2012) - ALTERNATE II (APR 2012) |
| 52.245-09 | USE AND CHARGES  (APR 2012) |
| 52.246-23 | LIMITATION OF LIABILITY  (FEB 1997) |
| 52.247-01 | COMMERCIAL BILL OF LADING NOTATIONS  (FEB 2006) |
| 52.247-67 | SUBMISSION OF TRANSPORTATION DOCUMENTS FOR AUDIT  (FEB 2006) |
| | Para (c).  Insert address. 'See Block 6 of the cover page of this contract (Standard Form 26).' |
| 52.249-05 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (EDUCATIONAL AND OTHER NONPROFIT INSTITUTIONS)  (AUG 2016) |
| 52.249-14 | EXCUSABLE DELAYS  (APR 1984) |
| 52.253-01 | COMPUTER GENERATED FORMS  (JAN 1991) |

## B.  DEFENSE FEDERAL ACQUISITION REGULATION SUPPLEMENT CONTRACT CLAUSES

| | |
|---|---|
| 252.203-7000 | REQUIREMENTS RELATING TO COMPENSATION OF FORMER DOD OFFICIALS (SEP 2011) |
| 252.203-7001 | PROHIBITION ON PERSONS CONVICTED OF FRAUD OR OTHER DEFENSE-CONTRACT-RELATED FELONIES  (DEC 2008) |
| 252.203-7002 | REQUIREMENT TO INFORM EMPLOYEES OF WHISTLEBLOWER RIGHTS  (SEP 2013) |
| 252.203-7003 | AGENCY OFFICE OF THE INSPECTOR GENERAL  (DEC 2012) |
| 252.203-7004 | DISPLAY OF HOTLINE POSTERS  (OCT 2015) |
| | Para (b)(2).  C.O. enters contact information. 'N/A' |
| 252.204-7003 | CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT  (APR 1992) |
| 252.204-7005 | ORAL ATTESTATION OF SECURITY RESPONSIBILITIES  (NOV 2001) |
| 252.204-7006 | BILLING INSTRUCTIONS  (OCT 2005) |
| 252.204-7015 | NOTICE OF AUTHORIZED DISCLOSURE OF INFORMATION TO LITIGATION SUPPORT  (MAY 2016) |
| 252.205-7000 | PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS  (DEC 1991) |
| 252.209-7004 | SUBCONTRACTING WITH FIRMS THAT ARE OWNED OR CONTROLLED BY THE GOVERNMENT OF A COUNTRY THAT IS A STATE SPONSOR OF TERRORISM (OCT 2015) |
| 252.209-7005 | RESERVE OFFICER TRAINING CORPS AND MILITARY RECRUITING ON CAMPUS (MAR 2012) |
| 252.211-7003 | ITEM UNIQUE IDENTIFICATION AND VALUATION  (MAR 2016) |
| | Para (c)(1)(i).  Insert Contract Line, Subline, or Exhibit Line Item Number and Item Description or n/a. 'N/A' |
| | Para (c)(1)(ii).  Identify Contract Line, Subline, or Exhibit Line Item Nr and Item Description. If items are identified in the Schedule, insert "See Schedule" 'NONE' |
| | Para (c)(1)(iii).  Attachment Nr. 'N/A' |
| | Para (c)(1)(iv).  Attachment Nr. 'N/A' |
| | Para (f)(2)(iii).  Line item number or n/a. 'N/A' |
| 252.211-7007 | REPORTING OF GOVERNMENT-FURNISHED PROPERTY  (AUG 2012) |
| 252.215-7000 | PRICING ADJUSTMENTS  (DEC 2012) |
| 252.222-7006 | RESTRICTIONS ON THE USE OF MANDATORY ARBITRATION AGREEMENTS  (DEC 2010) |
| 252.223-7004 | DRUG-FREE WORK FORCE  (SEP 1988) |
| 252.225-7004 | REPORT OF INTENDED PERFORMANCE OUTSIDE THE UNITED STATES AND CANADA--SUBMISSION AFTER AWARD  (OCT 2015) |
| 252.225-7012 | PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES  (AUG 2016) |

PART II - CONTRACT CLAUSES
SECTION I - CONTRACT CLAUSES

| | |
|---|---|
| 252.225-7048 | EXPORT-CONTROLLED ITEMS  (JUN 2013) |
| 252.226-7001 | UTILIZATION OF INDIAN ORGANIZATIONS, INDIAN-OWNED ECONOMIC ENTERPRISES, AND NATIVE HAWAIIAN SMALL BUSINESS CONCERNS  (SEP 2004) |
| 252.227-7013 | RIGHTS IN TECHNICAL DATA--NONCOMMERCIAL ITEMS  (FEB 2014) |
| 252.227-7014 | RIGHTS IN NONCOMMERCIAL COMPUTER SOFTWARE AND NONCOMMERCIAL COMPUTER SOFTWARE DOCUMENTATION  (FEB 2014) |
| 252.227-7015 | TECHNICAL DATA--COMMERCIAL ITEMS  (FEB 2014) |
| 252.227-7016 | RIGHTS IN BID OR PROPOSAL INFORMATION  (JAN 2011) |
| 252.227-7019 | VALIDATION OF ASSERTED RESTRICTIONS--COMPUTER SOFTWARE  (SEP 2011) |
| 252.227-7030 | TECHNICAL DATA--WITHHOLDING OF PAYMENT  (MAR 2000) |
| 252.227-7037 | VALIDATION OF RESTRICTIVE MARKINGS ON TECHNICAL DATA  (JUN 2013) |
| 252.227-7039 | PATENTS--REPORTING OF SUBJECT INVENTIONS  (APR 1990) |
| 252.232-7003 | ELECTRONIC SUBMISSION OF PAYMENT REQUESTS AND RECEIVING REPORTS  (JUN 2012) |
| 252.232-7010 | LEVIES ON CONTRACT PAYMENTS  (DEC 2006) |
| 252.235-7010 | ACKNOWLEDGMENT OF SUPPORT AND DISCLAIMER  (MAY 1995) |
| | Para (a), name of contracting agency(ies): 'United States Air Force and DARPA' |
| | Para (a), contract number(s): 'FA8750-17-C-0016' |
| | Para (b), name of contracting agency(ies): 'United States Air Force and DARPA' |
| 252.235-7011 | FINAL SCIENTIFIC OR TECHNICAL REPORT  (JAN 2015) |
| 252.239-7018 | SUPPLY CHAIN RISK  (OCT 2015) |
| 252.242-7006 | ACCOUNTING SYSTEM ADMINISTRATION  (FEB 2012) |
| 252.243-7002 | REQUESTS FOR EQUITABLE ADJUSTMENT  (DEC 2012) |
| 252.244-7000 | SUBCONTRACTS FOR COMMERCIAL ITEMS  (JUN 2013) |
| 252.244-7001 | CONTRACTOR PURCHASING SYSTEM ADMINISTRATION - BASIC  (MAY 2014) |
| 252.245-7001 | TAGGING, LABELING, AND MARKING OF GOVERNMENT-FURNISHED PROPERTY  (APR 2012) |
| 252.245-7002 | REPORTING LOSS OF GOVERNMENT PROPERTY  (APR 2012) |
| 252.245-7003 | CONTRACTOR PROPERTY MANAGEMENT SYSTEM ADMINISTRATION  (APR 2012) |
| 252.245-7004 | REPORTING, REUTILIZATION, AND DISPOSAL  (MAR 2015) |
| | Insert Item(s) 'NONE' |
| | Insert Item(s) 'NONE' |
| 252.247-7023 | TRANSPORTATION OF SUPPLIES BY SEA - BASIC  (APR 2014) |
| 252.247-7024 | NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA  (MAR 2000) |

## C.  AIR FORCE FEDERAL ACQUISITION REGULATION SUPPLEMENT CONTRACT CLAUSES

| | |
|---|---|
| 5352.201-9101 | OMBUDSMAN  (JUN 2016) |
| | Para (c).  Ombudsmen names, addresses, phone numbers, fax, and email addresses. 'Barbara Gehrs, Building 15, RM225, 1864 4th Street, Wright-Patterson AFB OH 45433-7130 FAX: 937-656-7321 COM: 937-904-4407 EMAIL: barbara.gehrs@us.af.mil' |
| 5352.223-9000 | ELIMINATION OF USE OF CLASS I OZONE DEPLETING SUBSTANCES (ODS)  (NOV 2012) |

**II.  NOTICE:** The following contract clauses pertinent to this section are hereby incorporated in full text:

## A.  FEDERAL ACQUISITION REGULATION CONTRACT CLAUSES IN FULL TEXT

## 52.211-15 DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS  (APR 2008)

This is a rated order certified for national defense, emergency preparedness, and energy program use, and the Contractor shall follow all the requirements of the Defense Priorities and Allocations System regulation (15 CFR 700).

**52.252-02  CLAUSES INCORPORATED BY REFERENCE  (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):  http://farsite.hill.af.mil/

**52.252-06  AUTHORIZED DEVIATIONS IN CLAUSES  (APR 1984)**

      (a)  The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

      (b)  The use in this solicitation or contract of any Defense Federal Acquisition Regulation Supplement (48 CFR  Chapter 2) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

**B.  DEFENSE FAR SUPP CONTRACT CLAUSES IN FULL TEXT**

**252.203-7997  PROHIBITION ON CONTRACTING WITH ENTITIES THAT REQUIRE CERTAIN INTERNAL CONFIDENTIALITY AGREEMENTS (DEVIATION 2016-O0003)**
      **(OCT 2015)**

      (a) The Contractor shall not require employees or subcontractors seeking to report fraud, waste, or abuse to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or contactors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.
      (b)  The Contractor shall notify employees that the prohibitions and restrictions of any internal confidentiality agreements covered by this clause are no longer in effect.
      (c)  The prohibition in paragraph (a) of this clause does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

      (d)(1)  Use of funds appropriated (or otherwise made available) by the Continuing Appropriations Act, 2016 (Pub. L. 114-53) or any other FY 2016 appropriations act that extends to FY 2016 funds the same prohibitions as contained in sections 743 of division E, title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) may be prohibited, if the Government determines that the Contractor is not in compliance with the provisions of this clause.
        (2)  The Government may seek any available remedies in the event the Contractor fails to perform in accordance with the terms and conditions of the contract as a result of Government action under this clause.

**252.204-7012  SAFEGUARDING COVERED DEFENSE INFORMATION AND CYBER INCIDENT REPORTING  (DEC 2015)**

      (a) Definitions. As used in this clause—

"Adequate security" means protective measures that are commensurate with the consequences and probability of loss, misuse, or unauthorized access to, or modification of information.

"Compromise" means disclosure of information to unauthorized persons, or a violation of the security policy of a system, in which unauthorized intentional or unintentional disclosure, modification, destruction, or loss of an object, or the copying of information to unauthorized media may have occurred.

"Contractor attributional/proprietary information" means information that identifies the contractor(s), whether directly or indirectly, by the grouping of information that can be traced back to the contractor(s)

(e.g., program description, facility locations), personally identifiable information, as well as trade secrets, commercial or financial information, or other commercially sensitive information that is not customarily shared outside of the company.

"Contractor information system" means an information system belonging to, or operated by or for, the Contractor.

"Controlled technical information" means technical information with military or space application that is subject to controls on the access, use, reproduction, modification, performance, display, release, disclosure, or dissemination. Controlled technical information would meet the criteria, if disseminated, for distribution statements B through F using the criteria set forth in DoD Instruction 5230.24, Distribution Statements on Technical Documents. The term does not include information that is lawfully publicly available without restrictions.

"Covered contractor information system" means an information system that is owned, or operated by or for, a contractor and that processes, stores, or transmits covered defense information.

"Covered defense information" means unclassified information that—

        (i) Is—

                (A) Provided to the contractor by or on behalf of DoD in connection with the performance of the contract; or

                (B) Collected, developed, received, transmitted, used, or stored by or on behalf of the contractor in support of the        performance of the contract; and

        (ii) Falls in any of the following categories:

                (A) Controlled technical information.

                (B) Critical information (operations security). Specific facts identified through the Operations Security process about friendly intentions, capabilities, and activities vitally needed by adversaries for them to plan and act effectively so as to guarantee failure or unacceptable consequences for friendly mission accomplishment (part of Operations Security process).

                (C) Export control. Unclassified information concerning certain    items, commodities, technology, software, or other information whose export could reasonably be expected to adversely affect the United States national security and nonproliferation objectives. To include dual use items; items identified in export administration regulations, international traffic in arms regulations and munitions list; license applications; and sensitive nuclear technology information.

                (D) Any other information, marked or otherwise identified in the contract, that requires safeguarding or dissemination   controls pursuant to and consistent with law, regulations, and Governmentwide policies (e.g., privacy, proprietary business information).

"Cyber incident" means actions taken through the use of computer networks that result in a compromise or an actual or potentially adverse effect on an information system and/or the information residing therein.

"Forensic analysis" means the practice of gathering, retaining, and analyzing computer-related data for investigative purposes in a manner that maintains the integrity of the data.

"Malicious software" means computer software or firmware intended to perform an unauthorized process that will have adverse impact on the confidentiality, integrity, or availability of an information system. This definition includes a virus, worm, Trojan horse, or other code-based entity that infects a host, as well as spyware and some forms of adware.

"Media" means physical devices or writing surfaces including, but is not limited to, magnetic tapes, optical disks, magnetic disks, large-scale integration memory chips, and printouts onto which information is recorded, stored, or printed within an information system.

"Operationally critical support" means supplies or services designated by the Government as critical for airlift, sealift, intermodal transportation services, or logistical support that is essential to the mobilization, deployment, or sustainment of the Armed Forces in a contingency operation.

"Rapid(ly) report(ing)" means within 72 hours of discovery of any cyber incident.

"Technical information" means technical data or computer software, as those terms are defined in the clause at DFARS 252.227-7013, Rights in Technical Data-Non Commercial Items, regardless of whether or not the clause is incorporated in this solicitation or contract. Examples of technical information include research and engineering data, engineering drawings, and associated lists, specifications, standards, process sheets, manuals, technical reports, technical orders, catalog-item identifications, data sets, studies and analyses and related information, and computer software executable code and source code.

(b) Adequate security. The Contractor shall provide adequate security for all covered defense information on all covered contractor information systems that     support the performance of work under this contract. To provide adequate security, the Contractor shall—

(1) Implement information systems security protections on all covered contractor information systems including, at a minimum—

(i) For covered contractor information systems that are part of an Information Technology (IT) service or system operated on behalf of the Government—

(A) Cloud computing services shall be subject to the security requirements specified in the clause 252.239-    7010, Cloud Computing Services, of this contract; and

(B) Any other such IT service or system (i.e., other than cloud computing) shall be subject to the security requirements specified elsewhere in this contract; or

(ii) For covered contractor information systems that are not part of an IT service of system operated on behalf of the Government and therefore are not subject to the security requirement specified at paragraph (b)(1)(i) of this clause—

(A) The security requirements in National Institute of Standards and Technology (NIST) Special Publication (SP) 800-171, "Protecting Controlled Unclassified Information in Nonfederal Information Systems and Organizations," http://dx.doi.org/10.6028/NIST.SP.800-171 that is in effect at the time the solicitation is issued or as authorized by the Contracting Officer, as soon as practical, but not later than December 31, 2017. The Contractor shall notify the DoD CIO, via email at osd.dibcsia@mail.mil, within 30 days of contract award, of any security requirements specified by NIST SP 800-171 not implemented at the time of contract award; or

(B) Alternative but equally effective security measures used to compensate for the inability to satisfy a particular requirement and achieve equivalent protection accepted in writing by an authorized representative of the DoD CIO; and

(2) Apply other information systems security measures when the Contractor reasonably determines that information systems security measures, in addition to those identified in paragraph (b)(1) of this clause, may be required to provide adequate security in a dynamic environment based on an assessed risk or vulnerability.

(c) Cyber incident reporting requirement.

(1) When the Contractor discovers a cyber incident that affects a covered contractor information system or the covered defense information residing therein, or that affects the contractor's ability to perform the requirements of the contract that are designated as operationally critical support, the Contractor shall—

(i) Conduct a review for evidence of compromise of covered defense information, including, but not limited to, identifying compromised computers, servers, specific data, and user accounts. This review shall also include analyzing covered contractor information system(s) that were part of the cyber incident, as well as other information systems on the Contractor's network(s), that may have been accessed as a result of the incident in order to identify compromised covered defense information, or that affect the Contractor's ability to provide operationally critical support; and

(ii) Rapidly report cyber incidents to DoD at <http://dibnet.dod.mil>.

(2) Cyber incident report. The cyber incident report shall be treated as information created by or for DoD and shall include, at a minimum, the required elements at <http://dibnet.dod.mil>.

(3) Medium assurance certificate requirement. In order to report cyber incidents in accordance with this clause, the Contractor or subcontractor shall have or acquire a DoD-approved medium assurance certificate to report cyber incidents.  For information on obtaining a DoD-approved medium assurance certificate, see <http://iase.disa.mil/pki/eca/Pages/index.aspx>.

(d) Malicious software. The Contractor or subcontractors that discover and isolate malicious software in connection with a reported cyber incident shall submit the malicious software in accordance with instructions provided by the Contracting Officer.

(e) Media preservation and protection. When a Contractor discovers a cyber incident has occurred, the Contractor shall preserve and protect images of all known affected information systems identified in paragraph (c)(1)(i) of this clause and all relevant monitoring/packet capture data for at least 90 days from the submission of the cyber incident report to allow DoD to request the media or decline interest.

(f) Access to additional information or equipment necessary for forensic analysis. Upon request by DoD, the Contractor shall provide DoD with access to additional information or equipment that is necessary to conduct a forensic analysis.

(g) Cyber incident damage assessment activities. If DoD elects to conduct a damage assessment, the Contracting Officer will request that the Contractor provide all of the damage assessment information gathered in accordance with      paragraph (e) of this clause.

(h) DoD safeguarding and use of contractor attributional/proprietary information. The Government shall protect against the unauthorized use or release of information obtained from the contractor (or derived from information obtained from the contractor) under this clause that includes contractor attributional/proprietary information, including such information submitted in accordance with paragraph (c). To the maximum extent practicable, the Contractor shall identify and mark attributional/proprietary information. In making an authorized release of such information, the Government will implement appropriate procedures to minimize the contractor attributional/proprietary information that is included in such authorized release, seeking to include only that information that is necessary for the authorized purpose(s) for which the information is being released.

(i) Use and release of contractor attributional/proprietary information not created by or for DoD. Information that is obtained from the contractor (or derived from information obtained from the contractor) under this clause that is not created by or for DoD is authorized to be released outside of DoD—

(1) To entities with missions that may be affected by such information;

(2) To entities that may be called upon to assist in the diagnosis, detection, or mitigation of cyber incidents;

(3) To Government entities that conduct counterintelligence or law enforcement investigations;

(4) For national security purposes, including cyber situational awareness and defense purposes (including with Defense Industrial Base (DIB) participants in the program at 32 CFR part 236); or

(5) To a support services contractor ("recipient") that is directly supporting Government activities under a contract that includes the clause at 252.204-7009, Limitations on the Use or Disclosure of Third-Party Contractor Reported Cyber Incident Information.

(j) Use and release of contractor attributional/proprietary information created by or for DoD. Information that is obtained from the contractor (or derived from information obtained from the contractor) under this clause that is created by or for DoD (including the information submitted pursuant to paragraph (c) of this clause) is authorized to be used and released outside of DoD for purposes and activities authorized by paragraph (i) of this clause, and for any other lawful Government purpose or activity, subject to all applicable statutory, regulatory, and policy based restrictions on the Government's use and release of such information.

(k) The Contractor shall conduct activities under this clause in accordance with applicable laws and regulations on the interception, monitoring, access, use, and disclosure of electronic communications and data.

(l) Other safeguarding or reporting requirements. The safeguarding and cyber incident reporting required by this clause in no way abrogates the Contractor's responsibility for other safeguarding or cyber incident reporting pertaining to its unclassified information systems as required by other applicable clauses of this contract, or as a result of other applicable U.S. Government statutory or regulatory requirements.

(m) Subcontracts. The Contractor shall—

(1) Include this clause, including this paragraph (m), in subcontracts, or similar contractual instruments, for operationally critical support, or for which subcontract performance will involve a covered contractor information system, including subcontracts for commercial items, without alteration, except to identify the parties; and

(2) When this clause is included in a subcontract, require subcontractors to rapidly report cyber incidents directly to DoD at <http://dibnet.dod.mil> and the prime Contractor. This includes providing the incident report number, automatically assigned by DoD, to the prime Contractor (or next higher-tier subcontractor) as soon as practicable.

## 252.239-7010 CLOUD COMPUTING SERVICES (AUG 2015)

(a) Definitions. As used in this clause—

"Authorizing official," as described in DoD Instruction 8510.01, Risk Management Framework (RMF) for DoD Information Technology (IT), means the senior Federal official or executive with the authority to formally assume responsibility for operating an information system at an acceptable level of risk to organizational operations (including mission, functions, image, or reputation), organizational assets, individuals, other organizations, and the Nation.

"Cloud computing" means a model for enabling ubiquitous, convenient, on-demand network access to a shared pool of configurable computing resources (e.g., networks, servers, storage, applications, and services) that can be rapidly provisioned and released with minimal management effort or service provider interaction. This includes other commercial terms, such as on-demand self-service, broad network access, resource pooling, rapid elasticity, and measured service. It also includes commercial offerings for software-as-a-service, infrastructure-as-a-service, and platform-as-a-service.

"Cyber incident" means actions taken through the use of computer networks that result in a compromise or an actual or potentially adverse effect on an information system and/or the information residing therein.

"Government data" means any information, document, media, or machine readable material regardless of physical form or characteristics, that is created or obtained by the Government in the course of official Government business.

"Government-related data" means any information, document, media, or machine readable material regardless of physical form or characteristics that is created or obtained by a contractor through the storage, processing, or communication of Government data. This does not include contractor's business records e.g. financial records, legal records etc. or data such as operating procedures, software coding or algorithms that are not uniquely applied to the Government data.

"Media" means physical devices or writing surfaces including, but not limited to, magnetic tapes, optical disks, magnetic disks, large-scale integration memory chips, and printouts onto which covered defense information is recorded, stored, or printed within a covered contractor information system.

"Spillage" security incident that results in the transfer of classified or controlled unclassified information onto an information system not accredited (i.e., authorized) for the appropriate security level.

b) Cloud computing security requirements. The requirements of this clause are applicable when using cloud computing to provide information technology services in the performance of the contract.

(1) If the Contractor indicated in its offer that it "does not anticipate the use of cloud computing services in the performance of a resultant contract," in response to provision 252.239-7009, Representation of Use of Cloud Computing, and after the award of this contract, the Contractor proposes to use cloud computing services in the performance of the contract, the Contractor shall obtain approval from the Contracting Officer prior to utilizing cloud computing services in performance of the contract.

(2) The Contractor shall implement and maintain administrative, technical, and physical safeguards and controls with the security level and services required in accordance with the Cloud Computing Security Requirements Guide (SRG) (version in effect at the time the solicitation is issued or as authorized by the Contracting Officer) found   at <http://iase.disa.mil/cloud_security/Pages/index.aspx>;

(3) The Contractor shall maintain within the United States or outlying areas all Government data that is not physically located on DoD premises, unless the Contractor receives written notification from the Contracting Officer to use another location, in accordance with 239.7602-2 (a).

(c) Limitations on access to, and use and disclosure of Government data and Government-related data.

(1) The Contractor shall not access, use, or disclose Government data unless specifically authorized by the terms of this contract or a task order or delivery order issued hereunder.

(i) If authorized by the terms of this contract or a task order or delivery order issued hereunder, any access to, or use or disclosure of, Government data shall only be for purposes specified in this contract or task order or delivery order.

(ii) The Contractor shall ensure that its employees are subject to all such access, use, and disclosure prohibitions and obligations.

(iii) These access, use, and disclosure prohibitions and obligations shall survive the expiration or termination of this contract.

(2) The Contractor shall use Government-related data only to manage the operational environment that supports the Government data and for no other purpose unless otherwise permitted with the prior written approval of the Contracting Officer.

(d) Cloud computing services cyber incident reporting. The Contractor shall report all cyber incidents that are related to the cloud computing service provided under this contract. Reports shall be submitted to the Department of Defense via <http://dibnet.dod.mil/>.

(e) Malicious software. The Contractor or subcontractors that discover and isolate malicious software in connection with a reported cyber incident shall submit the malicious software in accordance with instructions provided by the Contracting Officer.

(f) Media preservation and protection. When a Contractor discovers a cyber incident has occurred, the Contractor shall preserve and protect images of all known affected information systems identified in paragraph (d) of this clause and all relevant monitoring/packet capture data for at least 90 days from the submission of the cyber incident report to allow DoD to request the media or decline interest.

(g) Access to additional information or equipment necessary for forensic analysis. Upon request by DoD, the Contractor shall provide DoD with access to additional information or equipment that is necessary to conduct a forensic analysis.

(h) Cyber incident damage assessment activities. If DoD elects to conduct a damage assessment, the Contracting Officer will request that the Contractor provide all of the damage assessment information gathered in accordance with     paragraph (f) of this clause.

(i) Records management and facility access.

(1) The Contractor shall provide the Contracting Officer all Government data and Government-related data in the format specified in the contract.

(2) The Contractor shall dispose of Government data and Government-related data in accordance with the terms of the contract and provide the confirmation of disposition to the Contracting Officer in accordance with contract closeout procedures.

(3) The Contractor shall provide the Government, or its authorized representatives, access to all Government data and Government-related data, access to contractor personnel involved in performance of the contract, and physical access to any Contractor facility with Government data, for the purpose of audits, investigations, inspections, or other similar activities, as authorized by law or regulation.

(j) Notification of third party access requests. The Contractor shall notify the Contracting Officer promptly of any requests from a third party for access to Government data or Government-related data, including any warrants, seizures, or subpoenas it receives, including those from another Federal, State, or Local agency. The Contractor shall cooperate with the Contracting Officer to take all measures to protect Government data and Government-related data from any unauthorized disclosure.

(k) Spillage. Upon notification by the Government of a spillage, or upon the Contractor's discovery of a spillage, the Contractor shall cooperate with the Contracting Officer to address the spillage in compliance with agency            procedures.

(l) Subcontracts. The Contractor shall include the substance of this clause, including this paragraph (l), in all subcontracts that involve or may involve cloud services, including subcontracts for commercial items.

## C.  OTHER CONTRACT CLAUSES IN FULL TEXT

## 252.219-7003.  SMALL BUSINESS SUBCONTRACTING PLAN (DOD CONTRACTS)-BASIC (DEVIATION 2016-O0009) (AUG 2016) - ALTERNATE I (DEVIATION 2016-O0009)  (AUG 2016)

This clause supplements the Federal Acquisition Regulation 52.219-9, Small Business Subcontracting Plan, clause of this contract.

(a) Definitions. "Summary Subcontract Report (SSR) Coordinator," as used in this clause, means the individual who is registered in the Electronic Subcontracting Reporting System (eSRS) at the Department of Defense (9700) and is responsible for acknowledging receipt or rejecting SSRs in eSRS for the Department of Defense.

(b) Subcontracts awarded to workshops approved by the Committee for Purchase from People Who are Blind or Severely Disabled (41 U.S.C. 8502-8504), may be counted toward the Contractor's small business subcontracting goal.

(c) A mentor firm, under the Pilot Mentor-Protege Program established under section 831 of Public Law 101-510, as amended, may count toward its small disadvantaged business goal, subcontracts awarded to-

(1) Protege firms which are qualified organizations employing the severely disabled; and

(2) Former protege firms that meet the criteria in section 831(g)(4) of Public Law 101-510.

(d) The master plan is approved by the Contractor's cognizant contract administration activity.

(e) In those subcontracting plans which specifically identify small businesses, the Contractor shall notify the Administrative Contracting Officer of any substitutions of firms that are not small business firms, for the small business firms specifically identified in the subcontracting plan. Notifications shall be in writing and shall occur within a   reasonable period of time after award of the subcontract. Contractor-specified formats shall be acceptable.

(f)(1) For DoD, the Contractor shall submit reports in eSRS as follows:

(i) The Individual Subcontract Report (ISR) shall be submitted to the contracting officer at the procuring contracting office, even when contract administration has been delegated to the Defense Contract Management Agency.

(ii) To submit the consolidated SSR for an individual subcontracting plan in eSRS, the contractor shall identify the Government agency in Block 7 ("Agency to which the report is being submitted") by selecting "Department of Defense (DoD) (9700)" from the top of the second dropdown menu. The contractor shall not select anything                lower.

(2) For DoD, the authority to acknowledge receipt or reject reports in eSRS is as follows:

(i) The authority to acknowledge receipt or reject the ISR resides with the contracting officer who receives it, as described in paragraph (f)(1)(i) of this clause.

(ii) The authority to acknowledge receipt or reject SSRs resides with the SSR Coordinator.

## 52.219-09.  SMALL BUSINESS SUBCONTRACTING PLAN (DEVIATION 2016-O0009) (AUG 2016) - ALTERNATE II (DEVIATION 2016-O0009)  (AUG 2016)

(a) This clause does not apply to small business concerns.

(b) Definitions. As used in this clause-

"Alaska Native Corporation (ANC)" means any Regional Corporation, Village Corporation, Urban Corporation, or Group Corporation organized under the laws of the State of Alaska in accordance with the Alaska Native Claims Settlement Act, as amended (43 U.S.C. 1601, et seq.) and which is considered a minority and economically disadvantaged concern under the criteria at 43 U.S.C. 1626(e)(1). This definition also includes ANC direct and indirect subsidiary corporations, joint ventures, and partnerships that meet the requirements of 43 U.S.C. 1626(e)(2).

"Commercial item" means a product or service that satisfies the definition of commercial item in section 2.101 of the Federal Acquisition Regulation.

"Commercial plan" means a subcontracting plan (including goals) that covers the offeror's fiscal year and that applies to the entire production of commercial items sold by either the entire company or a portion thereof (e.g., division, plant, or product line).

"Electronic Subcontracting Reporting System (eSRS)" means the Governmentwide, electronic, web-based system for small business subcontracting program reporting. The eSRS is located at http://www.esrs.gov.

"Indian tribe" means any Indian tribe, band, group, pueblo, or community, including native villages and native groups (including corporations organized by Kenai, Juneau, Sitka, and Kodiak) as defined in the Alaska Native Claims Settlement Act (43 U.S.C.A. 1601 et seq.), that is recognized by the Federal Government as eligible for services from the Bureau of Indian Affairs in accordance with 25 U.S.C. 1452(c). This definition also includes Indian-owned economic enterprises that meet the requirements of 25 U.S.C. 1452(e).

"Individual contract plan" means a subcontracting plan that covers the entire contract period (including option periods), applies to a specific contract, and has goals that are based on the offeror's planned subcontracting in support of the specific contract, except that indirect costs incurred for common or joint purposes may be allocated on a prorated basis to the contract.

"Master plan" means a subcontracting plan that contains all the required elements of an individual contract plan, except goals, and may be incorporated into individual contract plans, provided the master plan has been approved.

"Subcontract" means any agreement (other than one involving an employer-employee relationship) entered into by a Federal Government prime Contractor or subcontractor calling for supplies or services required for performance of the contract or subcontract.

(c) Proposals submitted in response to this solicitation shall include a subcontracting plan that separately addresses subcontracting with small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns. If the offeror is submitting an individual contract plan, the plan must separately address subcontracting with small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns, with a separate part for the basic contract and separate parts for each option (if

any). The plan shall be included in and made a part of the resultant contract. The subcontracting plan shall be negotiated within the time specified by the Contracting Officer. Failure to submit and negotiate a subcontracting plan shall make the offeror ineligible for award of a contract.

(d) The offeror's subcontracting plan shall include the following:

(1) Goals, expressed in terms of percentages of total planned subcontracting dollars, for the use of small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns as subcontractors. The offeror shall include all       sub-contracts that contribute to contract performance, and may include a proportionate share of products and services that are normally allocated as indirect costs. In accordance with 43 U.S.C. 1626:

(i) Subcontracts awarded to an ANC or Indian tribe shall be counted towards the subcontracting goals for small business and small disadvantaged business (SDB) concerns, regardless of the size or Small Business Administration certification status of the ANC or Indian tribe.

(ii) Where one or more subcontractors are in the subcontract tier between the prime contractor and the ANC or Indian tribe, the ANC or Indian tribe shall designate the appropriate contractor(s) to count the subcontract towards its small business and small disadvantaged business subcontracting goals.

(A) In most cases, the appropriate Contractor is the Contractor that awarded the subcontract to the ANC or Indian tribe.

(B) If the ANC or Indian tribe designates more than one Contractor to count the subcontract toward its goals, the ANC or Indian tribe shall designate only a portion of the total subcontract award to each Contractor. The sum of the amounts designated to various Contractors cannot exceed the total value of the subcontract.

(C) The ANC or Indian tribe shall give a copy of the written designation to the Contracting Officer, the prime Contractor, and the subcontractors in between the prime Contractor and the ANC or Indian tribe within 30 days of the date of the subcontract award.

(D) If the Contracting Officer does not receive a copy of the ANC's or the Indian tribe's written designation within 30 days of the subcontract award, the Contractor that awarded the subcontract to the ANC or Indian tribe will be considered the designated Contractor.

(2) A statement of-
(i) Total dollars planned to be subcontracted for an individual contract plan; or the offeror's total projected sales, expressed in dollars, and the total value of projected subcontracts to support the sales for a commercial plan;

(ii) Total dollars planned to be subcontracted to small business concerns (including ANC and Indian tribes);

(iii) Total dollars planned to be subcontracted to veteran-owned small business concerns;

(iv) Total dollars planned to be subcontracted to service-disabled veteran-owned small business;

(v) Total dollars planned to be subcontracted to HUBZone small business concerns;

(vi) Total dollars planned to be subcontracted to small disadvantaged business concerns (including ANCs and Indian tribes); and

(vii) Total dollars planned to be subcontracted to women-owned small business concerns.

(3) A description of the principal types of supplies and services to be subcontracted, and an identification of the types planned for subcontracting to-

(i) Small business concerns;

(ii) Veteran-owned small business concerns;

(iii) Service-disabled veteran-owned small business concerns;

(iv) HUBZone small business concerns;

(v) Small disadvantaged business concerns; and

(vi) Women-owned small business concerns.

(4) A description of the method used to develop the subcontracting goals in paragraph (d)(1) of this clause.

(5) A description of the method used to identify potential sources for solicitation purposes (e.g., existing company source lists, the System for Award Management (SAM), veterans service organizations, the National Minority Purchasing Council Vendor Information Service, the Research and Information Division of the Minority Business Development Agency in the Department of Commerce, or small, HUBZone, small disadvantaged, and women-owned small business trade associations). A firm may rely on the information contained in SAM as an accurate representation of a concern's size and ownership characteristics for the purposes of maintaining a small, veteran-owned small, service-disabled veteran-owned small, HUBZone small, small disadvantaged, and women-owned small business source list. Use of SAM as its source list does not relieve a firm of its responsibilities (e.g., outreach, assistance, counseling, or publicizing subcontracting opportunities) in this clause.

(6) A statement as to whether or not the offeror included indirect costs in establishing subcontracting goals, and a description of the method used to determine the proportionate share of indirect costs to be incurred with-

(i) Small business concerns (including ANC and Indian tribes);

(ii) Veteran-owned small business concerns;

(iv) Service-disabled veteran-owned small business concerns;

(iv) HUBZone small business concerns;

(v) Small disadvantaged business concerns (including ANC and Indian tribes); and

(vi) Women-owned small business concerns.

(7) The name of the individual employed by the offeror who will administer the offeror's subcontracting program, and a description of the duties of the individual.

(8) A description of the efforts the offeror will make to assure that small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns have an equitable opportunity to compete for subcontracts.

(9) Assurances that the offeror will include the clause of this contract entitled "Utilization of Small Business Concerns" in all subcontracts that offer further subcontracting opportunities, and that the offeror will require all subcontractors (except small business concerns) that receive subcontracts in excess of $700,000 ($1.5 million for        construction of any public facility) with further subcontracting possibilities to adopt a subcontracting plan that complies with the requirements of this clause.

(10) Assurances that the offeror will-

(i) Cooperate in any studies or surveys as may be required;

(ii) Submit periodic reports so that the Government can determine the extent of compliance by the offeror with the subcontracting plan;

(iii) Submit the Individual Subcontract Report (ISR) and/or the Summary Subcontract Report (SSR), in accordance with paragraph (l) of this clause using the Electronic Subcontracting Reporting System (eSRS) at http://www.esrs.gov. The reports shall provide information on subcontract awards to small business concerns (including          ANCs and Indian tribes that are not small businesses), veteran-owned small business concerns, service-disabled veteran-owned small business concerns, HUBZone small business concerns, small disadvantaged business concerns (including ANCs and Indian tribes that have not been certified by the Small Business Administration as     small disadvantaged businesses), women-owned small business concerns, and for NASA only, Historically Black Colleges and Universities and Minority Institutions. Reporting shall be in accordance with this clause;

(iv) Ensure that its subcontractors with subcontracting plans agree to submit the ISR and/or the SSR using eSRS;

(v) Provide its prime contract number, its DUNS number, and the e-mail address of the offeror's official responsible for acknowledging receipt of or rejecting the ISRs, to all first-tier subcontractors with subcontracting plans so they can enter this information into the eSRS when submitting their ISRs; and

(vi) Require that each subcontractor with a subcontracting plan provide the prime contract number, its own DUNS number, and the e-mail address of the subcontractor's official responsible for acknowledging receipt of or rejecting the ISRs, to its subcontractors with subcontracting plans.

(11) A description of the types of records that will be maintained concerning procedures that have been adopted to comply with the requirements and goals in the plan, including establishing source lists; and a description of the offeror's efforts to locate small business, veteran-owned small business, service-disabled veteran-owned small    business, HUBZone small business, small disadvantaged business, and women-owned small business concerns and award subcontracts to them. The records shall include at least the following (on a plant-wide or company-wide basis, unless otherwise indicated):

(i) Source lists (e.g., SAM), guides, and other data that identify small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns.

(ii) Organizations contacted in an attempt to locate sources that are small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, or women-owned small business concerns.

(iii) Records on each subcontract solicitation resulting in an award of more than $150,000, indicating-

(A) Whether small business concerns were solicited and, if not, why not;

(B) Whether veteran-owned small business concerns were solicited and, if not, why not;

(C) Whether service-disabled veteran-owned small business concerns were solicited and, if not, why not;

(D) Whether HUBZone small business concerns were solicited and, if not, why not;

(E) Whether small disadvantaged business concerns were solicited and, if not, why not;

(F) Whether women-owned small business concerns were solicited and, if not, why not; and

(G) If applicable, the reason award was not made to a small business concern.

(iv) Records of any outreach efforts to contact-

(A) Trade associations;

(B) Business development organizations;

(C) Conferences and trade fairs to locate small, HUBZone small, small disadvantaged, and women-owned small business sources; and

(D) Veterans service organizations.

(v) Records of internal guidance and encouragement provided to buyers through-

(A) Workshops, seminars, training, etc.; and

(B) Monitoring performance to evaluate compliance with the program's requirements.

(vi) On a contract-by-contract basis, records to support award data submitted by the offeror to the Government, including the name, address, and business size of each subcontractor. Contractors having commercial plans need not comply with this requirement.

(e) In order to effectively implement this plan to the extent consistent with efficient contract performance, the Contractor shall perform the following functions:

(1) Assist small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns by arranging solicitations, time for the preparation of bids, quantities, specifications, and delivery schedules so as to facilitate the participation by such concerns. Where the Contractor's lists of potential small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business subcontractors are excessively long, reasonable effort shall be made to give all    such small business concerns an opportunity to compete over a period of time.

(2) Provide adequate and timely consideration of the potentialities of small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns in all "make-or-buy" decisions.

(3) Counsel and discuss subcontracting opportunities with representatives of small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business firms.

(4) Confirm that a subcontractor representing itself as a HUBZone small business concern is identified as a certified HUBZone small business concern by accessing the SAM database or by contacting SBA.

(5) Provide notice to subcontractors concerning penalties and remedies for misrepresentations of business status as small, veteran-owned small business, HUBZone small, small disadvantaged, or women-owned small business for the purpose of obtaining a subcontract that is to be included as part or all of a goal contained in the Contractor's          subcontracting plan.

(6) For all competitive subcontracts over the simplified acquisition threshold in which a small business concern received a small business preference, upon determination of the successful subcontract offeror, the Contractor must inform each unsuccessful small business subcontract offeror in writing of the name and location of the apparent  successful offeror prior to award of the contract.

(f) A master plan on a plant or division-wide basis that contains all the elements required by paragraph (d) of this clause, except goals, may be incorporated by reference as a part of the subcontracting plan required of the offeror by this clause; provided-

(1) The master plan has been approved;

(2) The offeror ensures that the master plan is updated as necessary and provides copies of the approved master plan, including evidence of its approval, to the Contracting Officer; and

(3) Goals and any deviations from the master plan deemed necessary by the Contracting Officer to satisfy the requirements of this contract are set forth in the individual subcontracting plan.

(g) A commercial plan is the preferred type of subcontracting plan for contractors furnishing commercial items. The commercial plan shall relate to the offeror's planned subcontracting generally, for both commercial and Government business, rather than solely to the Government contract. Once the Contractor's commercial plan has been approved, the Government will not require another subcontracting plan from the same Contractor while the plan remains in effect, as long as the product or service being provided by the Contractor continues to meet the definition of a commercial item. A Contractor with a commercial plan shall comply with the reporting requirements stated in paragraph (d)(10) of this clause by submitting one SSR in eSRS for all contracts covered by its commercial plan. This report shall be acknowledged or rejected in eSRS by the Contracting Officer who approved the plan. This report shall be submitted within 30 days after the end of the Government's fiscal year.

(h) Prior compliance of the offeror with other such subcontracting plans under previous contracts will be considered by the Contracting Officer in determining the responsibility of the offeror for award of the contract.

(i) A contract may have no more than one plan. When a modification meets the criteria in 19.702 for a plan, or an option is exercised, the goals associated with the modification or option shall be added to those in the existing subcontract plan.

(j) Subcontracting plans are not required from subcontractors when the prime contract contains the clause at 52.212-5, Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items, or when the subcontractor provides a commercial item subject to the clause at 52.244-6, Subcontracts for Commercial Items, under a prime contract.

(k) The failure of the Contractor or subcontractor to comply in good faith with-

(1) The clause of this contract entitled "Utilization Of Small Business Concerns;" or

(2) An approved plan required by this clause, shall be a material breach of the contract.

(l) The Contractor shall submit ISRs and SSRs using the web-based eSRS at http://www.esrs.gov. Purchases from a corporation, company, or subdivision that is an affiliate of the prime Contractor or subcontractor are not included in these reports. Subcontract award data reported by prime Contractors and subcontractors shall be limited to awards made to their immediate next-tier subcontractors. Credit cannot be taken for awards made to lower tier subcontractors, unless the Contractor or subcontractor has been designated to receive a small business or small disadvantaged business credit from an ANC or Indian Tribe. Only subcontracts involving performance in the United States or its outlying areas should be included in these reports.

(1) ISR. This report is not required for commercial plans. The report is required for each contract containing an individual subcontract plan.

(i) The report shall be submitted semi-annually during contract performance for the periods ending March 31 and September 30. A report is also required for each contract within 30 days of contract completion. Reports are due 30 days after the close of each reporting period, unless otherwise directed by the Contracting Officer. Reports           are required when due, regardless of whether there has been any subcontracting activity since the inception of the contract or the previous reporting period.

(ii) When a subcontracting plan contains separate goals for the basic contract and each option, as prescribed by FAR 19.704(c), the dollar goal inserted on this report shall be the sum of the base period through the current option; for example, for a report submitted after the second option is exercised, the dollar goal would be the sum           of the goals for the basic contract, the first option, and the second option.

(iii) The authority to acknowledge receipt or reject the ISR resides-

(A) In the case of the prime Contractor, with the Contracting Officer; and

(B) In the case of a subcontract with a subcontracting plan, with the entity that awarded the subcontract.
(2) SSR.
(i) Reports submitted under individual contract plans-

(A) This report encompasses all subcontracting under prime contracts and subcontracts with the awarding agency, regardless of the dollar value of the subcontracts.

(B) The report may be submitted on a corporate, company or subdivision (e.g. plant or division operating as a separate profit center) basis.

(C) If a prime Contractor and/or subcontractor is performing work for more than one executive agency, a separate report shall be submitted to each executive agency covering only that agency's contracts, provided at least one of that agency's contracts is over $700,000 (over $1.5 million for construction of a public facility) and           contains a subcontracting plan. For DoD, a consolidated report shall be submitted for all contracts awarded by military departments/agencies and/or subcontracts awarded by DoD prime Contractors.

(D) The consolidated SSR shall be submitted annually for the twelve month period ending September 30. The report is due 30 days after the close of each reporting period.

(E) Subcontract awards that are related to work for more than one executive agency shall be appropriately allocated.

(F) The authority to acknowledge or reject SSRs in eSRS, including SSRs submitted by subcontractors with subcontracting plans, resides with the Government agency awarding the prime contracts unless stated otherwise in the contract.

(ii) Reports submitted under a commercial plan-

(A) The report shall include all subcontract awards under the commercial plan in effect during the Government's fiscal year.

(B) The report shall be submitted annually, within thirty days after the end of the Government's fiscal year.

(C) If a Contractor has a commercial plan and is performing work for more than one executive agency, the Contractor shall specify the percentage of dollars attributable to each agency from which contracts for commercial items were received.

(D) The authority to acknowledge or reject SSRs for commercial plans resides with the Contracting Officer who approved the commercial plan.

PART III - LIST OF DOCUMENTS, EXHIBITS & ATTACHMENTS
SECTION J - LIST OF ATTACHMENTS

| DOCUMENT | PGS | DATE | TITLE |
|----------|-----|------|-------|
| EXHIBIT A | 15 | 08 NOV 2016 | Contract Data Requirements List  (CDRL) |
| ATTACHMENT 1 | 3 | 22 SEP 2016 | DD Form 254, DOD Contract Security Classification Specification |
| ATTACHMENT 2 | 9 | 08 NOV 2016 | STATEMENT OF WORK ENTITLED "RHAMNOUSIA: ATTRIBUTING CYBER ACTORS THROUGH TENSOR DECOMPOSITION AND NOVEL DATA ACQUISITION" |
| ATTACHMENT 3 | 4 | 25 OCT 2016 | Statement of Work AFRL/RI Supplemental Requirements |
| ATTACHMENT 4 | 1 | 09 NOV 2016 | Identification and Assertion of Restrictions on the Government's Use, Release, or Disclosure of Technical Data or Computer Software |
| ATTACHMENT 5 | 1 | 11 NOV 2016 | INDIVIDUAL SUBCONTRACTING PLAN |