# EXHIBIT 17

GEORGIA INSTITUTE OF TECHNOLOGY
GEORGIA TECH RESEARCH CORPORATION
Office of Sponsored Programs
Atlanta, Georgia 30332-0420
SUBCONTRACTING PLAN
SUBMITTED IN ACCORDANCE WITH PL 95-507
AND AS ATTACHMENT 1 TO MASTER SUBCONTRACTING PLAN APPROVED 8/23/13
REVISED-3

1. **CONTRACT IDENTIFICATION:**                                   Ref: 132837
   Sponsor: DARPA
   Title: Rhamnousia: Attributing Cyber Actors Through Tensor Decomposition and Novel Data Acquisition
   GIT Technical Contact: Manos Antonakakis

2. **CONTRACTOR:**
   Georgia Tech Research Corporation/Georgia Institute of Technology, Atlanta, Georgia 30332
   (herein referred to as GEORGIA TECH).

3. **GOALS:**
   The total estimated cost of the contract is $16,881,988 proposed over 54 months. The goals for subcontracting with small business concerns (SBs) including Alaska Native Corporations (ANC's) and Indian Tribes, small disadvantaged business concerns (SDBs), including Alaska Native Corporations (ANC's) and Indian Tribes, historically black colleges and universities (HBCUs) and minority institutions (MIs), women-owned small business concerns (WOSBs), HUBZone small business concerns and veteran-owned small business concerns (VOSBs), including service-disabled veteran-owned small businesses are estimated to be as follows:

   |   |   | Total Potential Subcontracting | % of Total Contract | % of Total Potential Subcontracting |
   |---|---|---|---|---|
   | a. | Total Potential Subcontracting | $ 9,331,285 | 55.27% | 100.00% |
   | b. | Small Business Goals (% of a; includes SDB/WOSB/HBCUs/MIs/HUBZone/VOSB/SDVOSB) | $ 2,472,403 | 14.65% | 26.50% |
   | c. | Small Disadvantaged Business Goals (% of a; includes HBCUs/MIs) | $ 51,757 | 0.31% | 0.55% |
   | d. | Women-Owned Small Business | $ 51,402 | 0.30% | 0.55% |
   | e. | HUBZone Business | $ 12,960 | 0.08% | 0.14% |
   | f. | Veteran-Owned Small Business | $ 12,960 | 0.08% | 0.14% |
   | g. | Service-Disabled Veteran-Owned Small Business | $ 12,960 | 0.08% | 0.14% |
   | h. | Other Than Small Business | $ 6,858,883 | 40.63% | 73.50% |
   |    | Total Direct Dollars | $ 8,145,370 | 48.25% | 87.29% |
   |    | Total Indirect Dollars | $ 1,185,915 | 7.02% | 12.71% |

4. **DESCRIPTION OF SUPPLIES AND SERVICES:**  This proposal is for research and development. M&S includes conference registrations, scanner, workstations & laptops, software, network interface cards, memory for PC's and miscellaneous supplies. Equipment includes 1U servers and data node clusters. One known WOSB (Ace Computers) is the vendor to provide the data nodes clusters. Six subcontractors, one of which is a small business (Klondike Data Technologies) are included in this proposal. **See Attachment A** for the descriptions of the principle types of services and supplies being proposed, and the size of the providers). As noted in our Master Subcontracting Plan (Section 5) the goals included in this subcontracting plan include indirect costs. These costs are calculated by analyzing historical procurement activity of purchases made to SBs, SDBs, WOSBs, HUBZone small businesses, VOSBs, SDVOSBs, HBCUs and MIs utilizing a percentage of those indirect dollars that are used for purchases not directly allocable to the contract.

5. **Other than small business:** In-house labor (includes Georgia Tech Research Institute).

Signed: *[signature]*
Bruce Henry
Division Manager
Date: November 11, 2016

Approved: *[signature]*
Jilda D. Garton
Vice President for Research
Date: November 11, 2016

Attachment A                                    GT Reference No. 132837
                                                Proposal No. DARPA BAA-16-34

NOTE: For dollars awarded to a subcontractor that belongs to more than one socio-economic sub-class (i.e. WOSB/SDB), the FAR allows the dollars to be counted for each appropriate socio-economic sub-class and as a result, the adding of all the socio-economic sub-classes will NOT equal the total Small Business dollars awarded.

Below are the descriptions of the principle types of services and supplies being proposed, and the size of the providers:

| Subcontracted Product/Service | LARGE | SMALL | SDB | WOSB | HUBZONE | VOSB | SDVOSB | ANC / TRIBAL |
|---|---|---|---|---|---|---|---|---|
| Subcontractors | X | X | | | | | | |
| M&S | X | X | X | X | X | X | X | |
| Equipment | X | X | | X | | | | |
| Travel | X | | | | | | | |
| | | | | | | | | |

In accordance with FAR 52.219-9 Section 6, we provide a statement in Section 5 of our government approved Master Subcontracting Plan that states, "the goals included in this subcontracting plan include indirect costs. These costs are calculated by analyzing historical procurement activity of purchases made to SBs, SDBs, WOSBs, HUBZone SBs, VOSBs, SDVOSBs, HBCUs & MIs utilizing a percentage of those indirect dollars that are used for purchases not directly allocable to the contract." Therefore, specific small businesses in the other socio-economic categories in the M&S row (above) are not named.