# EXHIBIT 18

# Broad Agency Announcement

Enhanced Attribution

DARPA-BAA-16-34

April 22, 2016



**Defense Advanced Research Projects Agency**
Information Innovation Office
675 North Randolph Street
Arlington, VA  22203-2114

# Table of Contents

I.    Funding Opportunity Description .................................................................................4

II.   Award Information ....................................................................................................11

  A.   Awards ...................................................................................................................11

III.  Eligibility Information ...............................................................................................14

  A.   Eligible Applicants ................................................................................................14

  C.   Cost Sharing/Matching.........................................................................................15

  D.   Other Eligibility Requirements .............................................................................15

IV.  Application and Submission Information ...................................................................16

  A.   Address to Request Application Package..............................................................16

  B.   Content and Form of Application Submission .......................................................16

  C.   Submission Dates and Times ...............................................................................26

  D.   Funding Restrictions .............................................................................................27

  E.   Other Submission Requirements..........................................................................27

V.   Application Review Information .................................................................................30

  A.   Evaluation Criteria ...............................................................................................30

  B.   Review and Selection Process...............................................................................30

VI.  Award Administration Information ...........................................................................32

  A.   Selection Notices...................................................................................................32

  B.   Administrative and National Policy Requirements ...............................................32

  C.   Reporting..............................................................................................................39

VII.  Agency Contacts......................................................................................................39

VIII.  Other Information ...................................................................................................41

  A.   Frequently Asked Questions (FAQs) ....................................................................41

  B.   Proposers Day ......................................................................................................41

  C.   Submission Checklist ............................................................................................41

  D.   Associate Contractor Agreement Clause (ACA).....................................................42

# PART I: OVERVIEW INFORMATION

- **Federal Agency Name:** Defense Advanced Research Projects Agency (DARPA), Information Innovation Office (I2O)

- **Funding Opportunity Title:** Enhanced Attribution

- **Announcement Type:** Initial Announcement

- **Funding Opportunity Number:** DARPA-BAA-16-34

- **Catalog of Federal Domestic Assistance Numbers (CFDA):** Not Applicable

- **Dates**
  - Posting Date:  April 22, 2016
  - Proposers' Day:  April 25, 2016
  - Proposal Due Date:  June 7, 2016, 12:00 noon (ET)
  - BAA Closing Date:  June 7, 2016, 12:00 noon (ET)

- **Anticipated Individual Awards:** There are multiple technical areas (TAs) for this solicitation.  Currently, DARPA anticipates multiple awards in TA1; one or more awards in TA2; and one or more awards in TA3.

- **Types of Instruments that May be Awarded:** Procurement contracts, Other Transactions

- **Agency Contacts**

  - **Technical POC**:  Dr. Angelos Keromytis, Program Manager, DARPA/I2O

  - **BAA Email**: enhanced-attribution@darpa.mil

  - **BAA Mailing Address**:
    DARPA/I2O
    ATTN: DARPA-BAA-16-34
    675 North Randolph Street
    Arlington, VA 22203-2114

  - **I2O Solicitation Website**: http://www.darpa.mil/work-with-us/opportunities

# PART II: FULL TEXT OF ANNOUNCEMENT

## I.    Funding Opportunity Description

DARPA is soliciting innovative research proposals in the area of cyber attribution. The goal of the Enhanced Attribution program is to develop technologies for generating operationally and tactically relevant information about multiple concurrent independent malicious cyber campaigns. The objective is to not only collect and validate this pertinent information, but to create the means to share such information with any of a number of interested parties without putting at risk the sources and methods used for collection. Proposed research should investigate innovative approaches that enable revolutionary advances in science, devices, or systems. Specifically excluded is research that primarily results in evolutionary improvements to the existing state of practice.

This Broad Agency Announcement (BAA) is being issued, and any resultant selection will be made, using procedures under Federal Acquisition Regulation (FAR) 35.016. Any negotiations and/or awards will use procedures under FAR 15.4. Proposals received as a result of this BAA shall be evaluated in accordance with evaluation criteria specified herein through a scientific review process.

DARPA BAAs are posted on the Federal Business Opportunities (FBO) website (https://www.fbo.gov/).

The following information is for those wishing to respond to this BAA.

### Background

Malicious actors in cyberspace currently operate with little fear of being caught due to the fact that it is extremely difficult, in some cases perhaps even impossible, to reliably and confidently attribute actions in cyberspace to individuals. The reason cyber attribution is difficult stems at least in part from a lack of end-to-end accountability in the current Internet infrastructure. Cyber campaigns spanning jurisdictions, networks, and devices are only partially observable from the point of view of a defender that operates entirely in friendly cyber territory (e.g., an organization's enterprise network). The identities of malicious cyber operators are largely obstructed by the use of multiple layers of indirection. The current characterization of malicious cyber campaigns based on indicators of compromise, such as file hashes and command-and-control infrastructure identifiers, allows malicious operators to evade the defenders and resume operations simply by superficially changing their tools, as well as aspects of their tactics, techniques, and procedures. The lack of detailed information about the actions and identities of the adversary cyber operators inhibits policymaker considerations and decisions for both cyber and non-cyber response options (e.g., economic sanctions under EO-13694).

### Program Scope

The Enhanced Attribution program aims to make currently opaque malicious cyber adversary actions and individual cyber operator attribution transparent by providing high-fidelity visibility into all aspects of malicious cyber operator actions and to increase the Government's ability to publicly reveal the actions of individual malicious cyber operators without damaging sources and methods.

The program will develop techniques and tools for generating operationally and tactically relevant information about multiple concurrent independent malicious cyber campaigns, each involving several operators, and the means to share such information with any of a number of interested parties (e.g., as part of a response option).  The program seeks to develop:

- technologies to extract behavioral and physical biometrics from a range of devices and vantage points to consistently identify virtual personas and individual malicious cyber operators over time and across different endpoint devices and C2 infrastructures;
- techniques to decompose the software tools and actions of malicious cyber operators into semantically rich and compressed knowledge representations;
- scalable techniques to fuse, manage, and project such ground-truth information over time, toward developing a full historical and current picture of malicious activity;
- algorithms for developing predictive behavioral profiles within the context of cyber campaigns; and
- technologies for validating and perhaps enriching this knowledge base with other sources of data, including public and commercial sources of information.

## Program Structure

The Enhanced Attribution program will produce basic technologies and an integrated experimental prototype comprising an end-to-end data collection, fusion, analysis, and validation and enrichment engine.  Proposers may only submit one proposal as lead institution to the Enhanced Attribution program.  Each proposal may cover one or more technical areas.  Proposers may include additional pages for each technical area addressed in the technical approach (See Section IV.B.1.a).

The program is divided into three technical areas (TA) that will be working in parallel, starting at program kickoff, and will span three 18-month Phases.  TA1 performers will develop technologies for network behavior and activity tracking and summarization.  TA2 performers will develop technologies for fusion of TA1-generated data and for predictive analysis of malicious cyber operator activities, and will serve as the architect and integrator of the experimental prototype.  TA3 performers will focus on validation and enrichment of TA1-collected and TA2-fused data with non-sensitive information (e.g., publicly available data feeds) with the goal of generating a description of the malicious activities using only such data that the Government can publicly reveal in order to expose the actions of individual malicious cyber operators without damaging sources and methods.

The selected Enhanced Attribution performers are required to collaborate with each other.  The Government may determine that an Associate Contractor Agreement (ACA) is necessary to help facilitate an open exchange of information and ensure complete compatibility between software components, the system architecture, equipment, data and other program elements to prevent unnecessary duplication of effort, and to maximize commonality to guarantee appropriate coordination and integration of work.  If the Government determines that ACAs are necessary, all selected performers will be required to have their ACAs in place prior to the program kick-off meeting.

The Government will assess performer progress using formal and informal technology evaluations and adversarial engagements driven by specific operational scenarios.  The

operational scenarios will incorporate red teams, US Government cyber operators, and other real world cyber operations. DARPA encourages technical efforts that allow for flexibility in testing and evaluation, to take advantage of opportunities to access data sets under time constraints, while permitting long-term research and development.

At the time of proposal submission, all proposers wishing to submit proposals under TA2 and TA3 must have some personnel with a Top Secret clearance that are eligible for Sensitive Compartmented Information (SCI). It is preferable (but not required) that the Principal Investigator in each TA2 and TA3 proposal be cleared at that level.

Proposers to TA1 are not required to hold or obtain security clearances. However, it is strongly encouraged that TA1 performers have personnel with a Top Secret clearance that are eligible for SCI. It is preferable (but not required) that the Principal Investigator in each TA1 proposal be cleared at that level.

The requirement for security clearance applies to all teams but does not apply to all personnel in a team. Academic and small company participation is explicitly encouraged, subject to the proposal- and project-wide requirement stated earlier in this section.

## Technical Areas

The three TAs within the Enhanced Attribution program are:

- Behavior and Activity Tracking and Summarization (TA1)
- Fusion and Predictive Analysis (TA2)
- Validation and Enrichment (TA3)

## Behavior and Activity Tracking and Summarization (TA1):

TA1 performers will explore techniques for tracking malicious cyber operators from various vantage points, toward characterizing the individual behavior and cyber-relevant actions taken by said operators, taking advantage of prior knowledge (e.g., software toolchain used in the campaign). Although behavioral biometrics and activity tracking are two distinct goals, DARPA encourages performers to pursue technical approaches that enable both.

Vantage points of interest include, but are not limited to:

- Internet-of-Things (IoT) devices
- Mobile phones
- Development (Dev) and Operations (Ops) desktops and laptops of malicious cyber operators
- Network infrastructure

Proposers need only focus on one vantage point, but may choose to pursue multiple vantage points. Proposers may specify a focus vantage point different from the ones listed above, as long as they make clear in their proposal its relevance to the goals of the program.

TA1 proposers should include the following topics among those discussed in their proposal:

1. Attribution has often focused on group or organization identification and rarely on the

individuals that comprise said groups and organizations. Proposers should discuss how their solutions would identify and consistently track personas, and how such personas may be linked to identities.

2. Behavioral biometrics extracted from endpoint systems must consider and minimize the negative impact to end-user experience due to technical footprint. Proposers should discuss how their solutions would minimize performance impact and minimize utilized bandwidth while providing sufficient information to allow reconstruction of malicious cyber operator activities by TA2.

3. Proposers should consider what, if any, Human Subjects Research (HSR) considerations their technical approach may raise, and consult their Institutional Review Board (IRB) as appropriate. Should such considerations apply, DARPA strongly encourages proposers to include relevant documentation in their proposals (e.g., a determination by the IRB). See Section VI.B.2.

## Fusion and Predictive Analysis (TA2):

TA2 performers will work collaboratively with TA1 and TA3 performers to provide the innovative R&D required to assemble the Enhanced Attribution architecture into a scalable experimental prototype. TA2 performers will focus on fusing ground truth information generated by TA1 performers to create an up-to-date knowledge base of each malicious cyber operator, task the different sources of information to reflect different collection priorities as a monitored malicious campaign progresses, and develop predictive profiles of malicious operators based on historical and ground truth data. Predictive profiles can leverage existing frameworks (e.g., cyber kill chain) or present novel and new frameworks.

TA2 proposers should include the following topics among those discussed in their proposal:

1. Fusing data from multiple sources requires dealing with out-of-sequence data and data that are related but whose causal order is uncertain. Proposers should describe how their solutions would effectively fuse and compose data into coherent narratives that describe the multiple concurrent workflows cyber adversaries are engaged in.

2. As data sources increase, so too does the volume of captured data. Proposers should explain how their proposed technology would handle large data volume ingestion, storage, and access.

3. Proposers should explain how their technologies would enable them to search, reason over, and identify patterns in the data, toward developing predictive activity models of individual malicious cyber operators.

4. Similarly, proposers should explain how their technologies would enable TA3 performers to search, reason over, and validate and if possible enrich their adversary models using non-sensitive sources of information.

5. The experimental prototype must be deployable to end-user facilities with limited connectivity to the public Internet. As such, proposers should explain strategies for minimizing required efforts to package and deploy the system as a self-contained unit.

## Validation and Enrichment (TA3):

TA3 performers will enrich the knowledge base with additional sources of information,

including publicly available data (e.g., WHOIS records), commercial data (e.g., threat intelligence feeds), and Government-only data, to complement TA1 data toward developing a broader picture of malicious activity and identifying weaknesses in their TTPs, tools, and infrastructure. DARPA anticipates that the ingestion of such data would be of limited scope, based on the data's relationship with the ground truth data that TA1 generates. Some examples of cyber operations information of interest include, but are not limited to:

- Network-based information (e.g., PCAP, NetFlow, firewall and IDS logs)
- Host-based information (e.g., antivirus logs, resident files, registry settings)
- Network Presence Information (e.g., WHOIS and DNS records)

TA3 proposers should include the following topics among those discussed in their proposal:

1. The goal of Enhanced Attribution is to compose an explanatory and operationally useful narrative of malicious cyber operator actions that can be publicly disclosed in order to expose the actions of individual malicious cyber operators without damaging sources and methods. Performers should discuss how their solutions would expose known but hidden structure of cyber actions leveraging information that can be publicly disclosed.

2. Often pertinent, publicly available information is transient in nature. Performers should explain how their technologies would address the transient nature of data and how their technologies would operate after the fact and with real-time data.

3. DARPA is particularly interested in meaningful metrics for evaluating the overall effectiveness of this enhanced attribution effort. Performers are encouraged to consider such metrics and to explain how they will evaluate their technologies in light of these metrics.

## Program Phases and Metrics

Throughout the Enhanced Attribution program, performers will be expected to continually refine their respective technologies and integrate their solutions into an operational prototype. During Phase 1, performers will utilize simulated threat actors where ground truth is explicitly known. During Phase 2, performers will utilize cyber operators-in-training where ground truth is explicitly known. During Phase 3, performers will utilize operators-in-action where ground truth may not be explicitly known. It is expected that additional data will become available during the course of the program. Performers should be able to either receive or bring their prototypes to such data, for the purposes of both technology refinement and evaluation. DARPA anticipates that TA3 performers, in particular, will need to use sensitive data early on in the program, due to the envisioned concept of operations for that set of technologies.

Provided below are metrics indicative of expected progress. Proposers are encouraged to provide additional metrics, as appropriate for their technical approach and methodology.

| Metric | Phase 1 | Phase 2 | Phase 3 |
|---|---|---|---|
| TA1 Profile & Activity Accuracy | 60% | 75% | 90% |
| TA2 Reconstruction Accuracy | 35% | 50% | 75% |
| TA3 Validation and Enrichment | 20% | 35% | 50% |

## Schedule and Milestones

For each year of the effort, there will be quarterly program reviews with the DARPA technical team, which include two site visits and two Principal Investigator (PI) meetings. During these reviews, DARPA will assess progress toward solution via performer briefings, technical discussions, demonstrations, and informal end-of-phase evaluations based on the metrics of each phase.

PI meetings will focus on open technical exchange that includes discussion of difficulties encountered and possible solutions. The goals of the PI meetings will be to: (a) review and share innovations/accomplishments of the program; (b) review and discuss plans and options for technology demonstrations and prototypes; (c) review and discuss results from meetings and events conducted prior to the tests and evaluations; (d) demonstrate prototypes; and (e) plan for the next six-month period.

The Government will specify the locations for the technical interchanges, PI meetings, and other events. For budgeting purposes, assume the locations of the two PI meetings held each year will be in the Washington, D.C. metro area. Actual locations will be determined on performer locations and relative cost to the government. In addition to site visits, regular meetings are encouraged to enhance communications and collaborations, as required, among the performers. Should important issues arise between program reviews, the Government team will be available to support informal interim meetings.

Proposers should propose a detailed schedule that is consistent with the maturity of their approaches and the risk reduction required for their concepts, and their program plan. These schedules will be synchronized across performers, as required, and monitored and revised as necessary, throughout the program's period of performance. A start date of November 1, 2016, should be assumed for budgeting purposes. Subject to the availability of funding, the program is intended to last for 4.5 years.

## Deliverables

Performers are responsible for providing, at a minimum, the following deliverables, as applicable:

- Slide Presentations – Annotated slide presentations will be submitted within two weeks after program kick-off meeting and after each review.

- Monthly Coordination Reports – A monthly technical coordination report describing progress made, resources expended, and any issues requiring the attention of the Government team will be provided within 10 days after the end of each month. Monthly expenditure reports and uploading of required deliverables to the DARPA Technology Financial Information Management System (TFIMS) reporting system are required by all program performers.

- System Development Plan (SDP – TA2 performers only) – An SDP will be provided within one month after the kickoff meeting for each phase, and shared with other performers for synchronization. The SDPs for each phase will be based on the performers' proposal and will be presented at the kickoff meeting for each phase. The SDP will describe the scope of the design and development effort, describe applicable hardware and/or software architecture in sufficient detail for review and planning,

reference any applicable documents, and provide a program schedule.

- Software – All computer software developed or delivered under the program must be delivered as source (including entire version control history) and as object (executable) code. Include the source listings and source code for the target computer systems. DARPA encourages delivered software under this effort ,to be completely maintainable and modifiable with no reliance on any non-delivered computer programs or documentation.

- Software Documentation – Software documentation shall be provided within one month after the end of each phase documenting source code, hardware description language specifications, system diagrams, part numbers and other data necessary to maintain and to produce copies of the software.

- Final Technical Report – The final report, due at contract completion, will concisely summarize the effort conducted and provide any lessons learned during the development of the technology.

Proposals are not limited to just these and may contain additional deliverables.

## Government-Furnished Property/Equipment/Information

Proposals should clearly state any assumptions regarding the use of proposed Government test facilities and capabilities, as well as any proposed Government Furnished Equipment (GFE) used as part of their development, test, and evaluation approach. Proposers should not make any presumptions the Government will provide any GFE and should identify the need date and the anticipated cost to purchase the equipment if not available as GFE.

## Intellectual Property

The program will emphasize creating and leveraging open source technology and architecture. Intellectual property rights asserted by proposers are strongly encouraged to be aligned with open source regimes.

A key goal of the program is to establish an open, standards-based, multi-source, plug-and-play architecture that allows for interoperability and integration. This includes the ability to easily add, remove, substitute, and modify software and hardware components. This will facilitate rapid innovation by providing a base for future users or developers of program technologies and deliverables. Therefore, it is desired that all noncommercial software (including source code), software documentation, hardware designs and documentation, and technical data generated by the program be provided as deliverables to the Government, with a minimum of Government Purpose Rights (GPR), as lesser rights may adversely impact the lifecycle costs of affected items, components, or processes. See Section VI.B.2 for more details on intellectual property.

## Security Clearance Requirements

See Section III.D.

## II. Award Information

### A. Awards

Multiple awards are anticipated. The level of funding for individual awards made under this solicitation has not been predetermined and will depend on the quality of the proposals received and the availability of funds. Awards will be made to proposers whose proposals are determined to be the most advantageous and provide the best value to the Government, all factors considered, including the potential contributions of the proposed work, overall funding strategy, and availability of funding. See Section V for further information.

The Government reserves the right to:

- select for negotiation all, some, one, or none of the proposals received in response to this solicitation;
- make awards without discussions with proposers;
- conduct discussions with proposers if it is later determined to be necessary;
- segregate portions of resulting awards into pre-priced options;
- accept proposals in their entirety or to select only portions of proposals for award;
- fund proposals in increments and/or with options for continued work at the end of one or more phases;
- request additional documentation once the award instrument has been determined (e.g., representations and certifications); and
- remove proposers from award consideration should the parties fail to reach agreement on award terms within a reasonable time or the proposer fails to provide requested additional information in a timely manner.

Proposals selected for award negotiation may result in a procurement contract or Other Transaction (OT) depending upon the nature of the work proposed, the required degree of interaction between parties, and other factors.

In all cases, the Government contracting officer shall have sole discretion to select award instrument type and to negotiate all instrument terms and conditions with selectees. Proposers are advised that regardless of the instrument type proposed, DARPA may select other award instruments, as it deems appropriate. DARPA will apply publication or other restrictions, as necessary, if it determines that the research resulting from the proposed effort will present a high likelihood of disclosing performance characteristics of military systems or manufacturing technologies that are unique and critical to defense. Any award resulting from such a determination will include a requirement for DARPA permission before publishing any information or results on the program. For more information on publication restrictions, see the section below on Fundamental Research.

### B. Fundamental Research

It is DoD policy that the publication of products of fundamental research will remain unrestricted to the maximum extent possible. National Security Decision Directive (NSDD) 189 established the national policy for controlling the flow of scientific, technical, and engineering information produced in federally funded fundamental research at colleges, universities, and laboratories. The Directive defines fundamental research as follows:

'Fundamental research' means basic and applied research in science and engineering, the results of which ordinarily are published and shared broadly within the scientific community, as distinguished from proprietary research and from industrial development, design, production, and product utilization, the results of which ordinarily are restricted for proprietary or national security reasons.

As of the date of publication of this BAA, the Government expects that program goals as described herein either cannot be met by proposers intending to perform fundamental research or the proposed research is anticipated to present a high likelihood of disclosing performance characteristics of military systems or manufacturing technologies that are unique and critical to defense. Therefore, the Government anticipates restrictions on the resultant research that will require the contractor to seek DARPA permission before publishing any information or results relative to the program.

Proposers should indicate in their proposal whether they believe the scope of the research included in their proposal is fundamental or not. While proposers should clearly explain the intended results of their research, the Government shall have sole discretion to select award instrument type and to negotiate all instrument terms and conditions with selectees. Appropriate clauses will be included in resultant awards for non-fundamental research to prescribe publication requirements and other restrictions, as appropriate.

For certain research projects, it may be possible that although the research being performed by the prime contractor is restricted research, a subawardee may be conducting fundamental research. In those cases, it is the prime contractor's responsibility to explain in its proposal why its subawardee's effort is fundamental research.

The following statement or similar provision will be incorporated into any resultant non-fundamental research procurement contract or other transaction:

> There shall be no dissemination or publication, except within and between the contractor and any subawardees, of information developed under this contract or contained in the reports to be furnished pursuant to this contract without prior written approval of DARPA's Public Release Center (DARPA/PRC). All technical reports will be given proper review by appropriate authority to determine which Distribution Statement is to be applied prior to the initial distribution of these reports by the contractor. With regard to subawardee proposals for Fundamental Research, papers resulting from unclassified fundamental research are exempt from prepublication controls and this review requirement, pursuant to DoD Instruction 5230.27 dated October 6, 1987.

> When submitting material for written approval for open publication, the contractor/awardee must submit a request for public release to the DARPA/PRC and include the following information: (1) Document Information: document title, document author, short plain-language description of technology discussed in the material (approx. 30 words), number of pages (or minutes of video) and document type (e.g., briefing, report, abstract, article, or paper); (2) Event Information: event type (conference, principal investigator meeting, article or paper), event date, desired date for DARPA's approval; (3) DARPA Sponsor: DARPA Program Manager, DARPA office, and contract number; and (4) Contractor/Awardee's Information: POC name, email and phone. Allow

four weeks for processing; due dates under four weeks require a justification. Unusual electronic file formats may require additional processing time. Requests may be sent either via email to public_release_center@darpa.mil or by mail at 675 North Randolph Street, Arlington VA 22203-2114, telephone (571) 218-4235. Refer to the following for link for information about DARPA's public release process: http://www.darpa.mil/work-with-us/contract-management/public-release."

## III.   Eligibility Information

### A. Eligible Applicants

All responsible sources capable of satisfying the Government's needs may submit a proposal that shall be considered by DARPA.

#### 1. Federally Funded Research and Development Centers (FFRDCs) and Government Entities

Federally Funded Research and Development Centers (FFRDCs) and Government entities (e.g., Government/National laboratories, military educational institutions, etc.) are subject to applicable direct competition limitations and cannot propose to this BAA in any capacity unless they meet the following conditions:  (1) FFRDCs must clearly demonstrate that the proposed work is not otherwise available from the private sector; and (2) FFRDCs must provide a letter on official letterhead from their sponsoring organization citing the specific authority establishing their eligibility to propose to Government solicitations and compete with industry, and  their compliance with the associated FFRDC sponsor agreement's terms and conditions.  This information is required for FFRDCs proposing to be prime contractors or subawardees.  Government entities must clearly demonstrate that the work is not otherwise available from the private sector and provide written documentation citing the specific statutory authority and contractual authority, if relevant, establishing their ability to propose to Government solicitations.  At the present time, DARPA does not consider 15 U.S.C. § 3710a to be sufficient legal authority to show eligibility.  While 10 U.S.C.§ 2539b may be the appropriate statutory starting point for some entities, specific supporting regulatory guidance, together with evidence of agency approval, will still be required to fully establish eligibility.  DARPA will consider FFRDC and Government entity eligibility submissions on a case-by-case basis; however, the burden to prove eligibility for all team members rests solely with the proposer.

#### 2. Foreign Participation

Non-U.S. organizations and/or individuals may participate to the extent that such participants comply with any necessary nondisclosure agreements, security regulations, export control laws, and other governing statutes applicable under the circumstances.

### B. Procurement Integrity, Standards of Conduct, Ethical Considerations, and Organizational Conflicts of Interest

Current federal employees are prohibited from participating in particular matters involving conflicting financial, employment, and representational interests (18 U.S.C. §§ 203, 205, and 208).  Once the proposals have been received, and prior to the start of proposal evaluations, the Government will assess potential conflicts of interest and will promptly notify the proposer if any appear to exist.  The Government assessment does NOT affect, offset, or mitigate the proposer's responsibility to give full notice and planned mitigation for all potential organizational conflicts, as discussed below.

Without prior approval or a waiver from the DARPA Director, in accordance with FAR 9.503, a contractor cannot simultaneously provide scientific, engineering, technical assistance (SETA) or similar support and also be a technical performer.  As part of the proposal submission, all

members of the proposed team (prime proposers, proposed subawardees, and consultants) must affirm whether they (their organizations and individual team members) are providing SETA or similar support to any DARPA technical office(s) through an active contract or subcontract. All affirmations must state which office(s) the proposer, subawardees, consultant, or individual supports and identify the prime contract number(s). All facts relevant to the existence or potential existence of organizational conflicts of interest (FAR 9.5) must be disclosed. The disclosure must include a description of the action the proposer has taken or proposes to take to avoid, neutralize, or mitigate such conflict. If in the sole opinion of the Government after full consideration of the circumstances, a proposal fails to fully disclose potential conflicts of interest and/or any identified conflict situation cannot be effectively mitigated, the proposal will be rejected without technical evaluation and withdrawn from further consideration for award.

If a prospective proposer believes a conflict of interest exists or may exist (whether organizational or otherwise) or has questions on what constitutes a conflict of interest, the proposer should send his/her contact information and a summary of the potential conflict via email to the BAA email address before time and effort are expended in preparing a proposal and mitigation plan.

## C. Cost Sharing/Matching

Cost sharing is not required; however, it will be carefully considered where there is an applicable statutory condition relating to the selected funding instrument (e.g., OTs under the authority of 10 U.S.C. § 2371).

## D. Other Eligibility Requirements

### Ability to Support Classified Testing and Evaluation

At the time of proposal submission, all proposers wishing to submit proposals under TA2 and TA3 must have some personnel with a Top Secret clearance that are eligible for SCI. It is preferable (but not required) that the Principal Investigator in each TA2 and TA3 proposal be cleared at that level.

Proposers to TA1 are not required to hold or obtain security clearances; however, it is strongly encouraged that TA1 performers have personnel with a Top Secret clearance that are eligible for SCI. It is preferable (but not required) that the Principal Investigator in each TA1 proposal be cleared at that level.

## IV. Application and Submission Information

### A. Address to Request Application Package

This document contains all information required to submit a response to this solicitation. No additional forms, kits, or other materials are needed except as referenced herein. No request for proposal (RFP) or additional solicitation regarding this opportunity will be issued, nor is additional information available except as provided at the Federal Business Opportunities website (https://www.fbo.gov), or referenced herein.

### B. Content and Form of Application Submission

#### 1. Proposals

Proposals consist of Volume 1: Technical and Management Proposal (including mandatory Appendix A, optional Appendix B, and an optional Appendix C) and Volume 2: Cost Proposal.

All pages shall be formatted for printing on 8-1/2 by 11-inch paper with 1-inch margins, single-line spacing, and a font size not smaller than 12 point. Font sizes of 8 or 10 point may be used for figures, tables, and charts. Document files must be in .pdf, .odx, .doc, .docx, .xls, or .xlsx formats. Submissions must be written in English.

Proposals not meeting the format prescribed herein may not be reviewed.

##### a. Volume 1: Technical and Management Proposal

The maximum page count for Volume 1 is 30 pages with a required minimum of 10 technical pages, including all figures, tables and charts but not including the cover sheet, table of contents, references, or appendices. A proposal that contains multiple technical areas may include 10 additional technical pages per technical area. Each technical area submission must be able to stand on its own merit and be evaluated independently. DARPA may select individual components from a proposal, and thus the technical work and cost breakdown must be clearly delineated along TA boundaries within each proposal. A submission letter is optional and is not included in the page count. Appendix A does not count against the page limit and is mandatory.

Appendix B does not count against the page limit and is optional. Additional information not explicitly called for here must not be submitted with the proposal, but may be included in the bibliography in Appendix B. Such materials will be considered for the reviewers' convenience only and not evaluated as part of the proposal.

Appendix C does count against the page limit, and is optional. Appendix C must arrive at DARPA via appropriate channels by the proposal due date.

Volume 1 must include the following components:

- **i. Cover Sheet**: Include the following information.
    - – Label: "Proposal: Volume 1"
    - – BAA number (DARPA-BAA-16-34)
    - – Technical area(s): note here whether or not Appendix C is part of the

     proposal
- Proposal title
- Lead organization (prime contractor) name
- Type of organization, selected from the following categories: Large Business, Small Disadvantaged Business, Other Small Business, HBCU, MI, Other Educational, or Other Nonprofit
- Technical point of contact (POC) including name, mailing address, telephone, and email
- Administrative POC including name, mailing address, telephone number, and email address
- Award instrument requested:  procurement contract (specify type) or OT.[1]
- Total amount of the proposed effort.
- Place(s) and period(s) of performance
- Other team member (subcontractors and consultants) information (for each, include Technical POC name, organization, type of organization, mailing address, telephone number, and email address)
- Proposal validity period (minimum 120 days)
- Data Universal Numbering System (DUNS) number[2]
- Taxpayer identification number[3]
- Commercial and Government Entity (CAGE) code[4]
- Proposer's reference number (if any)

## ii. Table of Contents

**iii. Executive Summary:**  Provide a synopsis of the proposed project, including answers to the following questions:

- What is the proposed work attempting to accomplish or do?
- How is it done today, and what are the limitations?
- Who or what will be affected and what will be the impact if the work is successful?
- How much will it cost, and how long will it take?

The executive summary should include a description of the key technical challenges, a concise review of the technologies proposed to overcome these challenges and achieve the project's goal, and a clear statement of the novelty and uniqueness of the proposed work.

**iv. Innovative Claims and Deliverables:**  Describe the innovative aspects of the project in the context of existing capabilities and approaches, clearly delineating the uniqueness

---

[1] Information on award instruments can be found at http://www.darpa.mil/work-with-us/contract-management.

[2] The DUNS number is used as the Government's contractor identification code for all procurement-related activities.  Go to http://fedgov.dnb.com/webform/index.jsp to request a DUNS number (may take at least one business day).  See Section VI.B.8 for further information.

[3] See http://www.irs.gov/businesses/small/international/article/0,,id=96696,00.html for information on requesting a TIN.  Note, requests may take from 1 business day to 1 month depending on the method (online, fax, mail).

[4] A CAGE Code identifies companies doing or wishing to do business with the Federal Government.  See Section VI.B.8 for further information.

and benefits of this project in the context of the state of the art, alternative approaches, and other projects from the past and present. Describe how the proposed project is revolutionary and how it significantly rises above the current state of the art.

Describe the deliverables associated with the proposed project and any plans to commercialize the technology, transition it to a customer, or further the work. Discuss the mitigation of any issues related to sustainment of the technology over its entire lifecycle, assuming the technology transition plan is successful.

**v. Technical Plan:** Outline and address technical challenges inherent in the approach and possible solutions for overcoming potential problems. Demonstrate a deep understanding of the technical challenges and present a credible (even if risky) plan to achieve the project's goal. Discuss mitigation of technical risk. Provide appropriate measurable milestones (quantitative if possible) at intermediate stages of the project to demonstrate progress, and a plan for achieving the milestones.

**vi. Management Plan:** Provide a summary of expertise of the proposed team, including any subcontractors/consultants and key personnel who will be executing the work. Resumes count against the proposal page limit so proposers may wish to include them in Appendix B. Identify a principal investigator (PI) for the project. Provide a clear description of the team's organization including an organization chart that includes, as applicable, the relationship of team members; unique capabilities of team members; task responsibilities of team members; teaming strategy among the team members; and key personnel with the amount of effort to be expended by each person during the project. Provide a detailed plan for coordination including explicit guidelines for interaction among collaborators/subcontractors of the proposed project. Include risk management approaches. Describe any formal teaming agreements that are required to execute this project. List Government-furnished materials or data assumed to be available.

**vii. Personnel, Qualifications, and Commitments:** List key personnel (no more than one page per person), showing a concise summary of their qualifications, discussion of previous accomplishments, and work in this or closely related research areas. Indicate the level of effort in terms of hours to be expended by each person during each contract phase and other (current and proposed) major sources of support for them and/or commitments of their efforts. DARPA expects all key personnel associated with a proposal to make substantial time commitment to the proposed activity and the proposal will be evaluated accordingly. It is DARPA's intention to put key personnel conditions into the awards, so proposers should not propose personnel that are not anticipated to execute the award.

Include a table of key individual time commitments as follows:

| Key Individual | Project | Status (Current, Pending, Proposed) | Hours on Project | | |
|---|---|---|---|---|---|
| | | | Phase 1 | Phase 2 | Phase 3 |
| Name 1 | **Enhanced Attribution** | Proposed | x | x | x |
| | Project Name 1 | Current | x | x | n/a |
| | Project Name 2 | Pending | n/a | x | x |
| Name 2 | **Enhanced Attribution** | Proposed | x | x | x |

| | Project Name 3 | Proposed | x | x | x |
|---|---|---|---|---|---|

**viii. Capabilities:** Describe organizational experience in relevant subject area(s), existing intellectual property, or specialized facilities. Discuss any work in closely related research areas and previous accomplishments.

**ix. Statement of Work (SOW):** The SOW must provide a detailed task breakdown, citing specific tasks and their connection to the interim milestones and metrics, as applicable. If proposing more than one TA, separately identify the tasks per each TA. Each phase of the project should be separately defined. The SOW must not include proprietary information. For each defined task/subtask, provide:

- A general description of the objective.
- A detailed description of the approach to be taken to accomplish each defined task/subtask.
- Identification of the primary organization responsible for task execution (prime contractor, subcontractor(s), consultant(s)), by name.
- A measurable milestone, (e.g., a deliverable, demonstration, or other event/activity that marks task completion).
- A definition of all deliverables (e.g., data, reports, software) to be provided to the Government in support of the proposed tasks/subtasks.
- Identify any tasks/subtasks (by the prime or subcontractor) that will be accomplished at a university.

**x. Schedule and Milestones:** Provide a detailed schedule showing tasks (task name, duration, work breakdown structure element as applicable, performing organization), milestones, and the interrelationships among tasks. The task structure must be consistent with that in the SOW. Measurable milestones should be clearly articulated and defined in time relative to the start of the project.

**xi. Level of Effort Summary by Task:** Provide a one-page table summarizing estimated level of effort per task (in hours) broken out by senior, mid-level and junior personnel, in the format shown below in Figure 2. If proposing more than one TA, provide a separate table for each TA. Also include dollar-denominated estimates of travel, materials and equipment. For this table, consider materials to include the cost of any data sets or software licenses proposed. For convenience, an Excel template is available for download along with the BAA.

| SOW Task | | Duration (months) | Labor Hours | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Senior | Mid | Junior | Total | SubC | Conslt | Total |
| 1.1.0 | <Phase 1 Task 1 name> | 7 | 240 | 680 | 24 | 944 | - | 200 | 944 |
| 1.1.1 | <Subtask 1.1.1 name> | 4 | 80 | 280 | - | 360 | - | 200 | 360 |
| 1.1.2 | <Subtask 1.1.2 name> | 3 | 160 | 400 | 24 | 584 | - | - | 584 |
| 1.2.0 | <Phase 1 Task 2 name> | 6 | 108 | 400 | 1,800 | 2,308 | 1,400 | - | 3,708 |
| 1.2.1 | <Subtask 1.2.1 name> | 3 | 48 | 320 | 1,600 | 1,968 | 600 | - | 2,568 |
| 1.2.2 | <Subtask 1.2.2 name> | 3 | 60 | 80 | 200 | 340 | 800 | - | 1,140 |
| ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ |
| | **Phase 1 Total Hours** | 16 | 348 | 1,080 | 1,824 | 3,252 | 1,400 | 200 | 4,652 |
| **Phase 1 Costs** | Travel | $ 44,000 | | | | | $12,000 | $2,000 | $ 58,000 |
| | Materials & Equipment | $ 8,000 | | | | | $ - | $ - | $ 8,000 |
| 2.1.0 | <Phase 2 Task 1 name> | 8 | 176 | 560 | 64 | 800 | 100 | 100 | 900 |
| 2.1.1 | <Subtask 2.1.1 name> | 7 | 96 | 240 | 24 | 360 | 100 | 100 | 460 |
| 2.1.2 | <Subtask 2.1.2 name> | 4 | 80 | 320 | 40 | 440 | - | - | 440 |
| 2.2.0 | <Phase 2 Task 2 name> | 6 | 180 | 520 | 1,800 | 2,500 | 1,240 | - | 3,740 |
| 2.2.1 | <Subtask 2.2.1 name> | 4 | 140 | 400 | 1,200 | 1,740 | 400 | - | 2,140 |
| 2.2.2 | <Subtask 2.2.2 name> | 4 | 40 | 120 | 600 | 760 | 840 | - | 1,600 |
| ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ |
| | **Phase 2 Total Hours** | 16 | 356 | 1,080 | 1,864 | 3,300 | 1,340 | 100 | 4,640 |
| **Phase 2 Costs** | Travel | $ 48,000 | | | | | $13,000 | $2,400 | $ 63,400 |
| | Materials & Equipment | $ - | | | | | $ - | $ - | $ - |
| 3.1.0 | <Phase 3 Task 1 name> | 9 | 120 | 400 | 120 | 640 | 100 | 100 | 740 |
| 3.1.1 | <Subtask 3.1.1 name> | 3 | 40 | 200 | 40 | 280 | 100 | 100 | 380 |
| 3.1.2 | <Subtask 3.1.2 name> | 6 | 80 | 200 | 80 | 360 | - | - | 360 |
| 3.2.0 | <Phase 3 Task 2 name> | 6 | 160 | 800 | 1,800 | 2,760 | 1,200 | - | 3,960 |
| 3.2.1 | <Subtask 3.2.1 name> | 4 | 80 | 400 | 1,000 | 1,480 | 600 | - | 2,080 |
| 3.2.2 | <Subtask 3.2.2 name> | 3 | 80 | 400 | 800 | 1,280 | 600 | - | 1,880 |
| ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ |
| | **Phase 3 Total Hours** | 16 | 280 | 1,200 | 1,920 | 3,400 | 1,300 | 100 | 4,700 |
| **Phase 3 Costs** | Travel | $ 49,000 | | | | | $12,000 | $2,000 | $ 63,000 |
| | Materials & Equipment | $ - | | | | | $ - | $ - | $ - |
| | **Project Total Hours** | 48 | 984 | 3,360 | 5,608 | 9,952 | 4,040 | 400 | 13,992 |
| **Project Costs** | Travel | $141,000 | | | | | $37,000 | $6,400 | $ 184,400 |
| | Materials & Equipment | $ 8,000 | | | | | $ - | $ - | $ 8,000 |

**Figure 1: Example level-of-effort summary table. Numbers illustrate roll-ups and subtotals. The SubC column captures all subcontractor hours and the Conslt column captures all consultant hours.**

    **xii. Appendix A:** This section is mandatory and must include all of the following components. If a particular subsection is not applicable, state "NONE".

        **(1). Team Member Identification:** Provide a list of all team members including the prime, subcontractor(s), and consultant(s), as applicable. Identify specifically whether any are a non-US organization or individual, FFRDC and/or Government entity. Use the following format for this list:

| Individual Name | Role (Prime, | Organization | Non-US? | FFRDC or |
|---|---|---|---|---|

| | **Subcontractor or Consultant)** | | **Org** | **Ind.** | **Govt?** |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**(2). Government or FFRDC Team Member Proof of Eligibility to Propose**: If none of the team member organizations (prime or subcontractor) are a Government entity or FFRDC, state "NONE".

If any of the team member organizations are a Government entity or FFRDC, provide documentation (per Section III.A.1) citing the specific authority that establishes the applicable team member's eligibility to propose to Government solicitations to include: 1) statutory authority; 2) contractual authority; 3) supporting regulatory guidance; and 4) evidence of agency approval for applicable team member participation.

**(3). Government or FFRDC Team Member Statement of Unique Capability:** If none of the team member organizations (prime or subcontractor) are a Government entity or FFRDC, state "NONE".

If any of the team member organizations are a Government entity or FFRDC, provide a statement (per Section III.A.1) that demonstrates the work to be performed by the Government entity or FFRDC team member is not otherwise available from the private sector.

**(4). Organizational Conflict of Interest Affirmations and Disclosure:** If none of the proposed team members is currently providing SETA or similar support as described in Section III.B, state "NONE".

If any of the proposed team members (individual or organization) is currently performing SETA or similar support, furnish the following information:

| **Prime Contract Number** | **DARPA Technical Office supported** | **A description of the action the proposer has taken or proposes to take to avoid, neutralize, or mitigate the conflict** |
|---|---|---|
| | | |
| | | |

**(5). Intellectual Property (IP):** If no IP restrictions are intended, state "NONE". The Government will assume unlimited rights to all IP not explicitly identified as having less than unlimited rights in the proposal.

For all technical data or computer software that will be furnished to the Government with other than unlimited rights, provide (per Section VI.B.1) a list describing all proprietary claims to results, prototypes, deliverables or systems supporting and/or necessary for the use of the research, results, prototypes and/or deliverables. Provide documentation proving ownership or possession of

appropriate licensing rights to all patented inventions (or inventions for which a patent application has been filed) to be used for the proposed project. Use the following format for these lists:

| NONCOMMERCIAL | | | | |
|---|---|---|---|---|
| Technical Data and/or Computer Software To be Furnished With Restrictions | Summary of Intended Use in the Conduct of the Research | Basis for Assertion | Asserted Rights Category | Name of Person Asserting Restrictions |
| (List) | (Narrative) | (List) | (List) | (List) |
| (List) | (Narrative) | (List) | (List) | (List) |

| COMMERCIAL | | | | |
|---|---|---|---|---|
| Technical Data and/or Computer Software To be Furnished With Restrictions | Summary of Intended Use in the Conduct of the Research | Basis for Assertion | Asserted Rights Category | Name of Person Asserting Restrictions |
| (List) | (Narrative) | (List) | (List) | (List) |
| (List) | (Narrative) | (List) | (List) | (List) |

(6). **Human Subjects Research (HSR):** If HSR is not a factor in the proposal, state "NONE".

If the proposed work will involve human subjects, provide evidence of or a plan for review by an institutional review board (IRB). For further information on this subject, see Section VI.B.2.

(7). **Animal Use:** If animal use is not a factor in the proposal, state "NONE".

If the proposed research will involve animal use, provide a brief description of the plan for Institutional Animal Care and Use Committee (IACUC) review and approval. For further information on this subject, see Section VI.B.3.

(8). **Representations Regarding Unpaid Delinquent Tax Liability or a Felony Conviction under Any Federal Law:** Per Section VI.B.10, complete the following statements.

(1) The proposer is [  ] is not [  ] a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability,

(2) The proposer is [  ] is not [  ] a corporation that was convicted of a felony criminal violation under a Federal law within the preceding 24 months.

(9). **Cost Accounting Standards (CAS) Notices and Certification:** Per Section VI.B.11, any proposer who submits a proposal which, if accepted, will result in a CAS-compliant contract, must include a Disclosure Statement as required by 48 CFR 9903.202. The disclosure forms may be found at

http://www.whitehouse.gov/omb/procurement_casb.

If this section is not applicable, state "NONE".

**xiii. Appendix B:** If desired, include a brief bibliography to relevant papers, reports, or resumes. Do not include technical papers. This section is optional, and the materials will not be evaluated as part of the proposal review.

**xiv. Appendix C:** If highly relevant Technical and Management Volume information is classified, proposers may submit a description thereof in a separate Appendix C through appropriate channels. Note that Appendix C counts against the Technical Volume page limit. Proposers should note on their cover page whether or not an Appendix C is part of the proposal. Appendix C must be received by the proposal due date and time of **June 7, 2016, at 12:00 noon** (ET) or it will not be reviewed. See Section IV.B.2.b.

### b. Volume 2 - Cost Proposal

This volume is mandatory and must include all the listed components. No page limit is specified for this volume.

The cost proposal should include a working spreadsheet file (.xls or equivalent format) that provides formula traceability among all components of the cost proposal. The spreadsheet file should be included as a separate component of the full proposal package. Costs must be traceable between the prime and subcontractors/consultants, as well as between the cost proposal and the SOW.

Pre-award costs will not be reimbursed unless a pre-award cost agreement is negotiated prior to award.

**i. Cover Sheet:** Include the same information as the cover sheet for Volume 1, but with the label "Proposal: Volume 2."

**ii. Cost Summary Tables:** Provide a single-page summary table, per TA proposed, broken down by fiscal year listing cost totals for labor, materials, other direct charges (ODCs), indirect costs (overhead, fringe, general and administrative (G&A)), and any proposed fee for the project. Include costs for each task in each fiscal year of the project by prime and major subcontractors, total cost and proposed cost share, if applicable. Provide a second table containing the same information broken down by project phase.

**iii. Cost Details:** For each task, provide the following cost details by month. Include supporting documentation describing the method used to estimate costs. Identify any cost sharing.

> **(1) Direct Labor:** Provide labor categories, rates and hours. Justify rates by providing examples of equivalent rates for equivalent talent, past commercial or Government rates or Defense Contract Audit Agency (DCAA) approved rates.

> **(2) Indirect Costs**: Identify all indirect cost rates (such as fringe benefits, labor

overhead, material overhead, G&A, etc.) and the basis for each.

**(3) Materials:** Provide an itemized list of all proposed materials, equipment, and supplies for each year including quantities, unit prices, proposed vendors (if known), and the basis of estimate (e.g., quotes, prior purchases, catalog price lists, etc.). For proposed equipment/information technology (as defined in FAR 2.101) purchases equal to or greater than $50,000, include a letter justifying the purchase. Include any requests for Government-furnished equipment or information with cost estimates (if applicable) and delivery dates.

**(4) Travel:** Provide a breakout of travel costs including the purpose and number of trips, origin and destination(s), duration, and travelers per trip.

**(5) Subcontractor/Consultant Costs:** Provide above info for each proposed subcontractor/consultant. Subcontractor cost proposals must include interdivisional work transfer agreements or similar arrangements. If the proposer has conducted a cost or price analysis to determine reasonableness, submit a copy of this along with the subcontractor proposal.

The proposer is responsible for the compilation and submission of all subcontractor/consultant cost proposals. Proposal submissions will not be considered complete until the Government has received all subcontractor/consultant cost proposals.

Proprietary subcontractor/consultant cost proposals may be included as part of Volume 2 or emailed separately to enhanced-attribution@darpa.mil. Email messages must include "Subcontractor Cost Proposal" in the subject line and identify the principal investigator, prime proposer organization and proposal title in the body of the message.

**(6) ODCs:** Provide an itemized breakout and explanation of all other anticipated direct costs.

**iv. Proposals Requesting a Procurement Contract:** Provide the following information where applicable.

**(1) Proposals for $750,000 or more**: Provide "certified cost or pricing data" (as defined in FAR 2.101) or a request for exception in accordance with FAR 15.403.

**(2) Proposals for $700,000 or more:** Pursuant to Section 8(d) of the Small Business Act (15 U.S.C. § 637(d)), it is Government policy to enable small business and small disadvantaged business concerns to be considered fairly as subcontractors to organizations performing work as prime contractors or subcontractors under Government contracts, and to ensure that prime contractors and subcontractors carry out this policy. In accordance with FAR 19.702(a)(1) and 19.702(b), prepare a subcontractor plan, if applicable. The plan format is outlined in FAR 19.704.

**(2) Proposers without an adequate cost accounting system:** If requesting a cost-type contract, provide the DCAA Pre-award Accounting System Adequacy Checklist to facilitate DCAA's completion of an SF 1408. Proposers without an accounting system considered adequate for determining accurate costs must complete an SF 1408 if a cost type contract is to be negotiated. To facilitate this process, proposers should complete the SF 1408 found at http://www.gsa.gov/portal/forms/download/115778 and submit the completed form with the proposal. To complete the form, check the boxes on the second page, then provide a narrative explanation of your accounting system to supplement the checklist on page one.

**v. Proposals Requesting an Other Transaction for Prototypes (845 OT) Agreement:** Proposers must indicate whether they qualify as a nontraditional Defense contractor[5], have teamed with a nontraditional Defense contractor, or are providing a one-third cost share for this effort. Provide information to support the claims.

Provide a detailed list of milestones including: description, completion criteria, due date, and payment/funding schedule (to include, if cost share is proposed, contractor and Government share amounts). Milestones must relate directly to accomplishment of technical metrics as defined in the solicitation and/or the proposal. While agreement type (fixed price or expenditure based) will be subject to negotiation, the use of fixed price milestones with a payment/funding schedule is preferred. Proprietary information must not be included as part of the milestones.

## 2. Proprietary and Classified Information

DARPA policy is to treat all submissions as source selection information (see FAR 2.101 and 3.104) and to disclose the contents only for the purpose of evaluation. Restrictive notices notwithstanding, during the evaluation process, submissions may be handled by support contractors for administrative purposes and/or to assist with technical evaluation. All DARPA support contractors performing this role are expressly prohibited from performing DARPA-sponsored technical research and are bound by appropriate nondisclosure agreements.

### a. Proprietary Information

Proposers are responsible for clearly identifying proprietary information. Submissions containing proprietary information must have the cover page and each page containing such information clearly marked.

---

[5] For definitions and information on 845 OT agreements see
http://www.darpa.mil/Opportunities/Contract_Management/Other_Transactions_and_Technology_Investment_Agreements.aspx and "Other Transactions (OT) Guide For Prototype Projects," dated January 2001 (as amended) at http://www.acq.osd.mil/dpap/Docs/otguide.doc.

### b. Classified Information

The ONLY classified submission materials that DARPA will accept under this solicitation is an optional Appendix C, for proposers to present classified qualifications. Please note that Appendix C counts as part of the Technical Volume page limit. See Section IV.E.2 for further instructions regarding classified Appendix C submissions.

Classified submissions must be appropriately and conspicuously marked with the proposed or actual classification level and declassification date. Use classification and marking guidance provided by the DoD Information Security Manual (DoDM 5200.1, Volumes 1-4) and the National Industrial Security Program Operating Manual (DoDM 5220.22-M). Classified submissions must indicate the classification level of not only the submitted materials, but also the anticipated classification level of the award document. Please contact Enhanced Attribution program staff at enhanced-attribution@darpa.mil if you have any questions.

If a proposer believes a submission contains classified information (as defined by Executive Order 13526), but requires DARPA to make a final classification determination, the information must be marked and protected as though classified at the appropriate classification level (as defined by Executive Order 13526). Submissions requesting DARPA to make a final classification determination shall be marked as follows:

"CLASSIFICATION DETERMINATION PENDING.  Protect as though classified
_____ [insert the recommended classification level, e.g., Confidential, Secret, or Top Secret]."

Proposers submitting a classified Appendix C or requiring access to classified information during the lifecycle of the project shall ensure all industrial, personnel, and information system processing security requirements (e.g., facility clearance, personnel security clearance, certification and accreditation) are in place and at the appropriate level, and any foreign ownership control and influence issues are mitigated prior to submission or access. Proposers must have existing, approved capabilities (personnel and facilities) prior to award to perform research and development at the classification level proposed. Additional information on these subjects is at http://www.dss.mil.

Appendix C submissions will not be returned. The original of each classified submission received will be retained at DARPA, and all other copies destroyed. A destruction certificate will be provided if a formal request is received by DARPA within 5 days of notification of non-selection.

If a determination is made that the award instrument may result in access to classified information, a DD Form 254, "DoD Contract Security Classification Specification," will be issued by DARPA and attached as part of the award. A DD Form 254 will not be provided to proposers at the time of submission. For reference, the DD Form 254 template is available at http://www.dtic.mil/dtic/pdf/formsNguides/dd0254.pdf.

### C. Submission Dates and Times

Proposers are warned that submission deadlines as outlined herein are strictly enforced. Note: some proposal requirements may take from 1 business day to 1 month to complete. See the

proposal checklist in Section VIII.D for further information.

When utilizing the DARPA BAA Submission Website, as described below in Section IV.E.1 below, a control number will be provided at the conclusion of the submission process. This control number should be used in all further correspondence regarding your proposal submission.

Failure to comply with the submission procedures outlined herein may result in the submission not being evaluated.

### Proposals

The proposal package -- full proposal (Volume 1 and 2) and, as applicable, proprietary subcontractor cost proposals, classified appendices to unclassified proposals -- must be submitted per the instructions outlined herein and received by DARPA no later than **June 7, 2016 at 12:00 noon (ET)**.

Submissions received after this date and time will not be reviewed. Proposers are warned that submission deadlines as outlined herein are strictly enforced. DO NOT WAIT UNTIL THE LAST MINUTE TO FINALIZE YOUR SUBMISSION.

### D. Funding Restrictions

Not applicable.

### E. Other Submission Requirements

#### 1. Unclassified Submission Instructions

Proposers must submit all parts of their submission package using the same method; submissions cannot be sent in part by one method and in part by another method nor should duplicate submissions be sent by multiple methods. Email submissions will not be accepted.

##### Proposals Requesting a Procurement Contract or Other Transaction

DARPA/I2O will employ an electronic upload submission system (https://baa.darpa.mil/) for UNCLASSIFIED proposals requesting award of a procurement contract or Other Transaction under this solicitation.

First time users of the DARPA BAA Submission Website must complete a two-step account creation process at https://baa.darpa.mil/. The first step consists of registering for an Extranet account by going to the above URL and selecting the "Account Request" link. Upon completion of the online form, proposers will receive two separate emails; one will contain a user name and the second will provide a temporary password. Once both emails have been received, proposers must go back to the submission website and log in using that user name and password. After accessing the Extranet, proposers must create a user account for the DARPA BAA Submission Website by selecting the "Register Your Organization" link at the top of the page. The DARPA BAA Submission Website will display a list of solicitations open for submissions. Once a proposer's user account is created, they may view instructions on uploading their proposal.

Proposers who already have an account on the DARPA BAA Submission Website may

simply log in at https://baa.darpa.mil/, select this solicitation from the list of open DARPA solicitations and proceed with their proposal submission. Note: Proposers who have created a DARPA BAA Submission Website account to submit to another DARPA Technical Office's solicitations do not need to create a new account to submit to this solicitation.

All submissions submitted electronically through DARPA's BAA website must be uploaded as zip files (.zip or .zipx extension). The final zip file should contain only the files requested herein and must not exceed 50 MB in size. Only one zip file will be accepted per submission. Note: Submissions not uploaded as zip files will be rejected by DARPA.

Please note that all submissions MUST be finalized, meaning that no further editing will be possible, when submitting through the DARPA BAA Submission Website in order for DARPA to be able to review your submission. If a submission is not finalized, the submission will not be deemed acceptable and will not be reviewed.

Website technical support may be reached at Action@darpa.mil and is typically available during regular business hours (9:00 AM – 5:00 PM ET, Monday-Friday). Questions regarding submission contents, format, deadlines, etc. should be emailed to enhanced-attribution@darpa.mil.

*Since proposers may encounter heavy traffic on the web server, they should not wait until the day proposals are due to request an account and/or upload the submission.*

Proposers are warned that submission deadlines as outlined herein are strictly enforced. DO NOT WAIT UNTIL THE LAST MINUTE TO FINALIZE YOUR SUBMISSION.

## 2. Classified Submission Instructions

Classified materials must be submitted in accordance with the guidelines outlined herein and must not be submitted electronically by any means, including the electronic web-based system, as described above. Classified submissions must be transmitted per the classification guidance provided by the DoD Information Security Manual (DoDM 5200.1, Volumes 1-4) and the National Industrial Security Program Operating Manual (DoDM 5220.22-M). If submissions contain information previously classified by another OCA, proposers must also follow any applicable Security Classification Guidelines when transmitting their documents. Applicable classification guide(s) must be included to ensure the submission is protected at the appropriate classification level.

### a. Confidential and Collateral Secret Information

Classified information at the Confidential or Secret level must be submitted by one of the following methods:

- Hand carried by an appropriately cleared and authorized courier to DARPA. Prior to traveling, the courier must contact the DARPA Classified Document Registry (CDR) at 703-526-4052 to coordinate arrival and delivery.

    or

&ndash; Mailed by U.S. Postal Service Registered Mail or Express Mail.

All classified information will be enclosed in opaque inner and outer covers and double wrapped. The inner envelope must be sealed and plainly marked with the assigned classification and addresses of both sender and addressee. The inner envelope must be addressed to:

Defense Advanced Research Projects Agency
ATTN: I2O BAA Coordinator
Reference: DARPA-BAA-16-34
675 North Randolph Street
Arlington, VA 22203-2114

The outer envelope must be sealed without identification as to the classification of its contents and addressed to:

Defense Advanced Research Projects Agency
Security and Intelligence Directorate, Attn: CDR
675 North Randolph Street
Arlington, VA 22203-2114

### b. Top Secret (TS) Information

TS information must be hand carried, by appropriately cleared and authorized courier(s), to DARPA. Prior to traveling, the courier(s) must contact the DARPA CDR at 703-526-4052 for instructions.

### c. Special Access Program (SAP) Information

SAP information must be transmitted by approved methods only. Prior to submission, contact the DARPA Special Access Program Control Office at 703-526-4052 for instructions.

### d. Sensitive Compartmented Information (SCI)

SCI must be transmitted by approved methods only. Prior to submission, contact the DARPA Special Security Office at 703-526-4052 for instructions.

## V.   Application Review Information

### A.  Evaluation Criteria

Proposals will be evaluated using the following criteria listed in descending order of importance: Overall Scientific and Technical Merit; Potential Contribution and Relevance to the DARPA Mission; and Cost Realism.

- *Overall Scientific and Technical Merit*:
  The proposed technical approach is feasible, achievable, complete and supported by a proposed technical team that has the expertise and experience to accomplish the proposed tasks.

  The task descriptions and associated technical elements are complete and in a logical sequence, with all proposed deliverables clearly defined such that a viable attempt to achieve project goals is likely as a result of award.  The proposal identifies major technical risks and clearly defines feasible mitigation efforts.

- *Potential Contribution and Relevance to the DARPA Mission:*

  The potential contributions of the proposed effort are relevant to the national technology base. Specifically, DARPA's mission is to maintain the technological superiority of the U.S. military and prevent technological surprise from harming our national security by sponsoring revolutionary, high-payoff research that bridges the gap between fundamental discoveries and their application.

- This includes considering the extent to which any proposed intellectual property restrictions will potentially impact the Government's ability to transition the technology.

- *Cost Realism:*

  The proposed costs are realistic for the technical and management approach and accurately reflect the technical goals and objectives of the solicitation.  The proposed costs are consistent with the proposer's Statement of Work and reflect a sufficient understanding of the costs and level of effort needed to successfully accomplish the proposed technical approach. The costs for the prime proposer and proposed subawardees are substantiated by the details provided in the proposal (e.g., the type and number of labor hours proposed per task, the types and quantities of materials, equipment and fabrication costs, travel and any other applicable costs).

### B.  Review and Selection Process

The review process identifies proposals that meet the evaluation criteria described above and are, therefore, selectable for negotiation of awards by the Government.  DARPA policy is to ensure impartial, equitable, comprehensive proposal evaluations and to select proposals that meet DARPA technical, policy, and programmatic goals.  If necessary, panels of experts in the appropriate areas will be convened.  As described in Section IV, proposals must be deemed conforming to the solicitation to receive a full technical review against the evaluation criteria; proposals deemed non-conforming will be removed from consideration.

DARPA will conduct a scientific/technical review of each conforming proposal. Proposals will not be evaluated against each other since they are not submitted in accordance with a common work statement. DARPA's intent is to review proposals as soon as possible after they arrive; however, proposals may be reviewed periodically for administrative reasons.

Selections may be made at any time during the period of solicitation. Pursuant to FAR 35.016, the primary basis for selecting proposals for award negotiation shall be technical, importance to agency programs, and fund availability. Proposals that are determined selectable will not necessarily receive awards.

For evaluation purposes, a proposal is defined to be the document and supporting materials as described in Section IV.B. Subject to the restrictions set forth in FAR 37.203(d), input on technical aspects of the proposals may be solicited by DARPA from non-Government consultants/experts who are strictly bound by the appropriate non-disclosure requirements. No submissions, classified or unclassified, will be returned.

## VI.  Award Administration Information

### A. Selection Notices

After proposal evaluations are complete, proposers will be notified as to whether their proposal was selected for award negotiation as a result of the review process. Notification will be sent by email to the technical and administrative POCs identified on the proposal cover sheet. If a proposal has been selected for award negotiation, the Government will initiate those negotiations following the notification.

### B. Administrative and National Policy Requirements

#### 1.  Intellectual Property

Proposers should note that the Government does not own the intellectual property of technical data/computer software developed under Government contracts; it acquires the right to use the technical data/computer software. Regardless of the scope of the Government's rights, performers may freely use their same data/software for their own commercial purposes (unless restricted by U.S. export control laws or security classification). Therefore, technical data and computer software developed under this solicitation will remain the property of the performers, though DARPA desires to have a minimum of Government Purpose Rights (GPR) to software developed through DARPA sponsorship.

If proposers desire to use proprietary software or technical data or both as the basis of their proposed approach, in whole or in part, they should: (1) clearly identify such software/data and its proposed particular use(s); (2) explain how the Government will be able to reach its program goals (including transition) within the proprietary model offered; and (3) provide possible nonproprietary alternatives in any area that might present transition difficulties or increased risk or cost to the Government under the proposed proprietary solution.

Proposers expecting to use, but not to deliver, commercial open source tools or other materials in implementing their approach may be required to indemnify the Government against legal liability arising from such use.

All references to "Unlimited Rights" or "Government Purpose Rights" are intended to refer to the definitions of those terms as set forth in the Defense Federal Acquisition Regulation Supplement (DFARS) Part 227.

##### a.  Intellectual Property Representations

All proposers must provide a good faith representation of either ownership or possession of appropriate licensing rights to all other intellectual property to be used for the proposed project. Proposers must provide a short summary for each item asserted with less than unlimited rights that describes the nature of the restriction and the intended use of the intellectual property in the conduct of the proposed research.

### b. Patents

All proposers must include documentation proving ownership or possession of appropriate licensing rights to all patented inventions to be used for the proposed project. If a patent application has been filed for an invention, but it includes proprietary information and is not publicly available, a proposer must provide documentation that includes: the patent number, inventor name(s), assignee names (if any), filing date, filing date of any related provisional application, and summary of the patent title, with either: (1) a representation of invention ownership, or (2) proof of possession of appropriate licensing rights in the invention (i.e., an agreement from the owner of the patent granting license to the proposer).

### c. Procurement Contracts

– **Noncommercial Items (Technical Data and Computer Software):** Proposers requesting a procurement contract must list all noncommercial technical data and computer software that it plans to generate, develop, and/or deliver, in which the Government will acquire less than unlimited rights and to assert specific restrictions on those deliverables. In the event a proposer does not submit the list, the Government will assume that it has unlimited rights to all noncommercial technical data and computer software generated, developed, and/or delivered, unless it is substantiated that development of the noncommercial technical data and computer software occurred with mixed funding. If mixed funding is anticipated in the development of noncommercial technical data and computer software generated, developed, and/or delivered, proposers should identify the data and software in question as subject to GPR. In accordance with DFARS 252.227-7013, "Rights in Technical Data - Noncommercial Items," and DFARS 252.227-7014, "Rights in Noncommercial Computer Software and Noncommercial Computer Software Documentation," the Government will automatically assume that any such GPR restriction is limited to a period of 5 years, at which time the Government will acquire unlimited rights unless the parties agree otherwise. The Government may use the list during the evaluation process to evaluate the impact of any identified restrictions and may request additional information from the proposer, as may be necessary, to evaluate the proposer's assertions. Failure to provide full information may result in a determination that the proposal is not compliant with the solicitation. A template for complying with this request is provided in Section IV.B.1.a.xii.(5).

– **Commercial Items (Technical Data and Computer Software):** Proposers requesting a procurement contract must list all commercial technical data and commercial computer software that may be included in any noncommercial deliverables contemplated under the research project, and assert any applicable restrictions on the Government's use of such commercial technical data and/or computer software. In the event a proposer does not submit the list, the Government will assume there are no restrictions on the Government's use of such commercial items. The Government may use the list during the evaluation process to evaluate the impact of any identified restrictions and may request additional information from the proposer to evaluate the proposer's assertions. Failure to provide full information may result in a determination that the proposal is not compliant with the solicitation. A template for complying with this request

is provided in Section IV.B.1.a.xii.(5).

### d. Other Types of Awards

Proposers responding to this solicitation requesting an award instrument other than a procurement contract shall follow the applicable rules and regulations governing those award instruments, but in all cases should appropriately identify any potential restrictions on the Government's use of any intellectual property contemplated under those award instruments in question. This includes both noncommercial items and commercial items. The Government may use the list as part of the evaluation process to assess the impact of any identified restrictions, and may request additional information from the proposer, to evaluate the proposer's assertions. Failure to provide full information may result in a determination that the proposal is not compliant with the solicitation. A template for complying with this request is provided in Section IV.B.1.a.xii.(5).

### 2. Human Subjects Research

All research selected for funding involving human subjects, to include use of human biological specimens and human data, must comply with the federal regulations for human subjects protection. Further, research involving human subjects that is conducted or supported by the DoD must comply with 32 CFR 219, Protection of Human Subjects (and DoD Instruction 3216.02, Protection of Human Subjects and Adherence to Ethical Standards in DoD-Supported Research (http://www.dtic.mil/whs/directives/corres/pdf/321602p.pdf).

Institutions awarded funding for research involving human subjects must provide documentation of a current Assurance of Compliance with Federal regulations for human subjects protection, such as a Department of Health and Human Services, Office of Human Research Protection Federal Wide Assurance (http://www.hhs.gov/ohrp). All institutions engaged in human subjects research, to include subawardees, must also hold a valid Assurance. In addition, all personnel involved in human subjects research must provide documentation of completion of human subjects research training.

For all proposed research that will involve human subjects in the first year or phase of the project, the institution must provide evidence of or a plan for review by an Institutional Review Board (IRB) upon final proposal submission to DARPA as part of their proposal, prior to being selected for funding. The IRB conducting the review must be the IRB identified on the institution's Assurance of Compliance with human subjects protection regulations. The protocol, separate from the proposal, must include a detailed description of the research plan, study population, risks and benefits of study participation, recruitment and consent process, data collection, and data analysis. It is recommended that you consult the designated IRB for guidance on writing the protocol. The informed consent document must comply with federal regulations (32 CFR 219.116). A valid Assurance of Compliance with human subjects protection regulations along with evidence of completion of appropriate human subjects research training by all investigators and personnel involved with human subjects research should accompany the protocol for review by the IRB.

In addition to a local IRB approval, a headquarters-level human subjects administrative review and approval is required for all research conducted or supported by the DoD. The Army, Navy, or Air Force office responsible for managing the award can provide guidance and information about their component's headquarters-level review process. Note that

confirmation of a current Assurance of Compliance with human subjects protection regulations and appropriate human subjects research training is required before headquarters-level approval can be issued.

The time required to complete the IRB review/approval process varies depending on the complexity of the research and the level of risk involved with the study. The IRB approval process can last between one and three months, followed by a DoD review that could last between three and six months. Ample time should be allotted to complete the approval process. DoD/DARPA funding cannot be used towards human subjects research until ALL approvals are granted.

## 3. Animal Use

Award recipients performing research, experimentation, or testing involving the use of animals shall comply with the rules on animal acquisition, transport, care, handling, and use as outlined in: (i) 9 CFR parts 1-4, Department of Agriculture rules that implement the Animal Welfare Act of 1966, as amended, (7 U.S.C. § 2131-2159); (ii) National Institutes of Health Publication No. 86-23, "Guide for the Care and Use of Laboratory Animals" (8th Edition); and (iii) DoD Instruction 3216.01, "Use of Animals in DoD Programs."

For projects anticipating animal use, proposals should briefly describe plans for Institutional Animal Care and Use Committee (IACUC) review and approval. Animal studies in the program will be expected to comply with the Public Health Service (PHS) Policy on Humane Care and Use of Laboratory Animals, available at http://grants.nih.gov/grants/olaw/olaw.htm.

All award recipients must receive approval by a DoD-certified veterinarian, in addition to an IACUC approval. No animal studies may be conducted using DoD/DARPA funding until the United States Army Medical Research and Materiel Command (USAMRMC) Animal Care and Use Review Office (ACURO) or other appropriate DoD veterinary office(s) grant approval. As a part of this secondary review process, the award recipient will be required to complete and submit an ACURO Animal Use Appendix, which may be found at https://mrmc-www.army.mil/index.cfm?pageid=Research_Protections.acuro&rn=1.

## 4. Export Control

Per DFARS 225.7901-4, all procurement contracts, other transactions and other awards, as deemed appropriate, resultant from this solicitation will include the DFARS Export Control clause (252.225-7048).

## 5. Electronic and Information Technology

All electronic and information technology acquired through this solicitation must satisfy the accessibility requirements of Section 508 of the Rehabilitation Act (29 U.S.C. § 794d) and FAR 39.2. Each project involving the creation or inclusion of electronic and information technology must ensure that: (1) Federal employees with disabilities will have access to and use of information that is comparable to the access and use by Federal employees who are not

individuals with disabilities; and (2) members of the public with disabilities seeking information or services from DARPA will have access to and use of information and data that is comparable to the access and use of information and data by members of the public who are not individuals with disabilities.

## 6. Employment Eligibility Verification

As per FAR 22.1802, recipients of FAR-based procurement contracts must enroll as federal contractors in E-verify and use the system to verify employment eligibility of all employees assigned to the award. All resultant contracts from this solicitation will include FAR 52.222-54, "Employment Eligibility Verification." This clause will not be included in grants, cooperative agreements, or Other Transactions.

## 7. System for Award Management (SAM) and Universal Identifier Requirements

Unless the proposer is exempt from this requirement, as per FAR 4.1102 or 2 CFR 25.110 as applicable, all proposers must be registered in the System for Award Management (SAM) and have a valid Data Universal Numbering System (DUNS) number prior to submitting a proposal. All proposers must maintain an active registration in SAM with current information at all times during which they have an active Federal award or proposal under consideration by DARPA. All proposers must provide the DUNS number in each proposal they submit.

Information on SAM registration is available at www.sam.gov.

Note that new registrations can take an average of 7-10 business days to process in SAM. SAM registration requires the following information:

- DUNS number
- TIN
- CAGE Code. If a proposer does not already have a CAGE code, one will be assigned during SAM registration.
- Electronic Funds Transfer information (e.g., proposer's bank account number, routing number, and bank phone or fax number).

## 8. Reporting Executive Compensation and First-Tier Subcontract Awards

FAR clause 52.204-10, "Reporting Executive Compensation and First-Tier Subcontract Awards," will be used in all procurement contracts valued at $25,000 or more. A similar award term will be used in all grants and cooperative agreements.

## 9. Updates of Information Regarding Responsibility Matters

Per FAR 9.104-7(c), FAR clause 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters, will be included in all contracts valued at $500,000 or more where the contractor has current active Federal contracts and grants with total value greater than $10,000,000.

### 10. Representations by Corporations Regarding an Unpaid Delinquent Tax Liability or a Felony Conviction under any Federal Law

The following representation will be included in all awards:

(a) In accordance with section 101(a) of the Continuing Appropriations Act, 2016 (Pub. L. 114-53) and any subsequent FY 2016 appropriations act that extends to FY 2016 funds the same restrictions as are contained in sections 744 and 745 of division E, title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235), none of the funds made available by this or any other Act may be used to enter into a contract with any corporation that —

    (1) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless the agency has considered suspension or debarment of the corporation and made a determination that this further action is not necessary to protect the interests of the Government; or

    (2) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless the agency has considered suspension or debarment of the corporation and made a determination that this action is not necessary to protect the interests of the Government.

(b) The Offeror represents that –

    (1) It is [ ] is not [ ] a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability,

    (2) It is [ ] is not [ ] a corporation that was convicted of a felony criminal violation under a Federal law within the preceding 24 months.

Each proposer must complete and return the representations outlined in IV.B.1.a.xii.(8) with their proposal submission.

### 11. Cost Accounting Standards (CAS) Notices and Certification

As per FAR 52.230-2, any procurement contract in excess of the referenced threshold resulting from this solicitation will be subject to the requirements of the Cost Accounting Standards Board (48 CFR 99), except those contracts which are exempt as specified in 48 CFR 9903.201-1. Any proposer submitting a proposal which, if accepted, will result in a CAS compliant contract, must submit representations and a Disclosure Statement as required by 48 CFR 9903.202 detailed in FAR 52.230-2. The disclosure forms may be found at http://www.whitehouse.gov/omb/procurement_casb.

### 12. Controlled Unclassified Information (CUI) on Non-DoD Information Systems

Controlled Unclassified Information (CUI) refers to unclassified information that does not meet the standards for National Security Classification but is pertinent to the national interests of the United States or to the important interests of entities outside the Federal Government and under law or policy requires protection from unauthorized disclosure, special handling safeguards, or prescribed limits on exchange or dissemination. All non-DoD entities doing business with DARPA are expected to adhere to the following procedural safeguards, in addition to any other relevant Federal or DoD specific procedures, for submission of any proposals to DARPA and any potential business with DARPA:

- Do not process DARPA CUI on publicly available computers or post DARPA CUI to publicly available webpages or websites that have access limited only by domain or Internet protocol restriction.
- Ensure that all DARPA CUI is protected by a physical or electronic barrier when not under direct individual control of an authorized user and limit the transfer of DARPA CUI to subawardees or teaming partners with a need to know and commitment to this level of protection.
- Ensure that DARPA CUI on mobile computing devices is identified and encrypted and all communications on mobile devices or through wireless connections are protected and encrypted.
- Overwrite media that has been used to process DARPA CUI before external release or disposal.

## 13. Safeguarding of Covered Defense Information and Cyber Incident Reporting

Per DFARS 204.7304, DFARS 252.204-7012, "Safeguarding of Covered Defense Information and Cyber Incident Reporting," applies to this solicitation and all FAR-based awards resulting from this solicitation.

## 14. Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements

(a)  In accordance with section 101(a) of the Continuing Appropriations Act, 2016 (Pub. L. 114-53) and any subsequent FY 2016 appropriations act that extends to FY 2016 funds the same restrictions as are contained in section 743 of division E, title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235), none of the funds appropriated (or otherwise made available) by this or any other Act may be used for a contract with an entity that requires employees or subcontractors of such entity seeking to report fraud, waste, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or contactors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(b)  The prohibition in paragraph (a) of this provision does not contravene requirements applicable to Standard Form 312, Form 4414, or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(c) *Representation.* By submission of its offer, the Offeror represents that it does not require employees or subcontractors of such entity seeking to report fraud, waste, or abuse to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or contactors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

## C. Reporting

### 1. Technical and Financial Reports

The number and types of technical and financial reports required under the contracted project will be specified in the award document, and will include, as a minimum, monthly financial status reports and a yearly status summary. A final report that summarizes the project and tasks will be required at the conclusion of the performance period for the award. The reports shall be prepared and submitted in accordance with the procedures contained in the award document.

### 2. Representations and Certifications

In accordance with FAR 4.1201, prospective proposers shall complete electronic annual representations and certifications at http://www.sam.gov.

### 3. Wide Area Work Flow (WAWF)

Unless using another means of invoicing, performers will be required to submit invoices for payment directly at https://wawf.eb.mil. If applicable, WAWF registration is required prior to any award under this solicitation.

### 4. i-Edison

Award documents will contain a requirement for patent reports and notifications to be submitted electronically through the i-Edison Federal patent reporting system at http://s-edison.info.nih.gov/iEdison.

## VII.    Agency Contacts

DARPA will use email for all technical and administrative correspondence regarding this solicitation.

– **Technical POC:** Dr. Angelos Keromytis, Program Manager, DARPA/I2O

– **Email:** enhanced-attribution@darpa.mil

– **Mailing address**:
    DARPA/I2O
    ATTN: DARPA-BAA-16-34
    675 North Randolph Street
    Arlington, VA 22203-2114

– **I2O Solicitation Website:**

http://www.darpa.mil/Opportunities/Solicitations/I2O_Solicitations.aspx

## VIII.    Other Information

### A. Frequently Asked Questions (FAQs)

Administrative, technical, and contractual questions should be sent via email to enhanced-attribution@darpa.mil. All questions must be in English and must include the name, email address, and the telephone number of a point of contact.

DARPA will attempt to answer questions in a timely manner; however, questions submitted within 7 days of closing may not be answered. If applicable, DARPA will post FAQs to http://www.darpa.mil/Opportunities/Solicitations/I2O_Solicitations.aspx.

### B. Proposers Day

The Proposers Day will be held on April 25, 2016, in Arlington, VA.

For further information regarding the Enhanced Attribution Proposers Day, please see DARPA-SN-16-31, which is the Special Notice announcing the event, https://www.fbo.gov/index?s=opportunity&mode=form&id=aa2c790165190c39630be06c7eeae2f7&tab=core&_cview=0.

### C. Submission Checklist

The following items apply prior to proposal submission. Note: some items may take up to 1 month to complete.

| ✓ | Item | BAA Section | Applicability | Comment |
|---|------|-------------|---------------|---------|
| | Obtain DUNS number | IV.B.1.a.i | Required of all proposers | The DUNS Number is the Federal Government's contractor identification code for all procurement-related activities. See http://fedgov.dnb.com/webform/index.jsp to request a DUNS number. Note: requests may take at least one business day. |
| | Obtain Taxpayer Identification Number (TIN) | IV.B.1.a.i | Required of all proposers | A TIN is used by the Internal Revenue Service in the administration of tax laws. See http://www.irs.gov/businesses/small/international/article/0,,id=96696,00.html for information on requesting a TIN. Note: requests may take from 1 business day to 1 month depending on the method (online, fax, mail). |
| | Register in the System for Award Management (SAM) | VI.B.7 | Required of all proposers | The SAM combines Federal procurement systems and the Catalog of Federal Domestic Assistance into one system. See www.sam.gov for information and registration. Note: new registrations can take an average of 7-10 business days. SAM registration requires the following information: <br>-DUNS number <br>-TIN <br>-CAGE Code. A CAGE Code identifies companies doing or wishing to do business with the Federal Government. If a proposer does not already have a CAGE code, one will be assigned during SAM registration. <br>-Electronic Funds Transfer information (e.g., proposer's bank account number, routing number, and bank phone or fax number). |
| | Register in E-Verify | VI.B.6 | Required for proposers requesting procurement | E-Verify is a web-based system that allows businesses to determine the eligibility of their employees to work in the United States. See http://www.uscis.gov/e-verify for information and registration. |

| | | | contracts | |
|---|---|---|---|---|
| | Ensure representations and certifications are up to date | VI.C.2 | Required of all proposers | Federal provisions require entities to represent/certify to a variety of statements ranging from environmental rules compliance to entity size representation. See http://www.sam.gov for information. |
| | Ensure eligibility of all team members | III | Required of all proposers | Verify eligibility, as applicable, for in accordance with requirements outlined in Section 3. |

The following items apply as part of the submission package:

| ✓ | Item | BAA Section | Applicability | Comment |
|---|---|---|---|---|
| | Volume 1 (Technical and Management Proposal) | IV.B.1 | Required of all proposers | Conform to stated page limits and formatting requirements.  Include all requested information. |
| | Appendix A | IV.B.1.a.xii | Required of all proposers | -Team member identification<br>- Government/FFRDC team member proof of eligibility<br>- Organizational conflict of interest affirmations<br>- Intellectual property assertions<br>- Human subjects research<br>- Animal use<br>- Unpaid delinquent tax liability/felony conviction representations<br>-CASB disclosure, if applicable |
| | Volume 2 (Cost Proposal) | IV.B.1.b | Required of all proposers | - Cover Sheet<br>- Cost summary<br>- Detailed cost information including justifications for direct labor, indirect costs/rates, materials/equipment, subcontractors/consultants, travel, ODCs<br>- Cost spreadsheet file (.xls or equivalent format)<br>- If applicable, list of milestones for 845 OTs<br>- Subcontractor plan, if applicable<br>Subcontractor cost proposals<br>- Itemized list of material and equipment items to be purchased with vendor quotes or engineering estimates for material and equipment more than $50,000<br>- Travel purpose, departure/arrival destinations, and sample airfare |

## D.  Associate Contractor Agreement Clause (ACA)

This same or similar clause will be included in contract awards against DARPA-BAA-16-34. Awards other than FAR based contracts will contain similar agreement language:

(a) It is recognized that success of the Enhanced Attribution research effort depends in part upon the open exchange of information between the various Associate Contractors involved in the effort.  This clause is intended to insure that there will be appropriate coordination and integration of work by the Associate Contractors to achieve complete compatibility and to prevent unnecessary duplication of effort.  By executing this contract, the Contractor assumes the responsibilities of an Associate Contractor.  For the purpose of this clause, the term Contractor includes subsidiaries, affiliates, and organizations under the control of the contractor (e.g. subcontractors).

(b) Work under this contract may involve access to proprietary or confidential data from an Associate Contractor.  To the extent that such data is received by the Contractor from any Associate Contractor

for the performance of this contract, the Contractor hereby agrees that any proprietary information received shall remain the property of the Associate Contractor and shall be used solely for the purpose of the Enhanced Attribution research effort. Only that information which is received from another contractor in writing and which is clearly identified as proprietary or confidential shall be protected in accordance with this provision. The obligation to retain such information in confidence will be satisfied if the Contractor receiving such information utilizes the same controls as it employs to avoid disclosure, publication, or dissemination of its own proprietary information. The receiving Contractor agrees to hold such information in confidence as provided herein so long as such information is of a proprietary/confidential or limited rights nature.

(c) The Contractor hereby agrees to closely cooperate as an Associate Contractor with the other Associate Contractors on this research effort. This involves as a minimum:

    (1) maintenance of a close liaison and working relationship;

    (2) maintenance of a free and open information network with all Government-identified associate Contractors;

    (3) delineation of detailed interface responsibilities;

    (4) entering into a written agreement with the other Associate Contractors setting forth the substance and procedures relating to the foregoing, and promptly providing the Agreements Officer/Procuring Contracting Officer with a copy of same; and,

    (5) receipt of proprietary information from the Associate Contractor and transmittal of Contractor proprietary information to the Associate Contractors subject to any applicable proprietary information exchange agreements between associate contractors when, in either case, those actions are necessary for the performance of either.

(d) In the event that the Contractor and the Associate Contractor are unable to agree upon any such interface matter of substance, or if the technical data identified is not provided as scheduled, the Contractor shall promptly notify the DARPA Enhanced Attribution Program Manager. The Government will determine the appropriate corrective action and will issue guidance to the affected Contractor.

(e) The Contractor agrees to insert in all subcontracts hereunder which require access to proprietary information belonging to the Associate Contractor, a provision which shall conform substantially to the language of this clause, including this paragraph (e).

(f) Associate Contractors for the Enhanced Attribution research effort include:

    Contractor                            Technical Area