# EXHIBIT 19



**DEPARTMENT OF THE AIR FORCE**
AIR FORCE RESEARCH LABORATORY (AFMC)

31OCT2016

MEMORANDUM FOR GEORGIA TECH RESEARCH CORPORATION
505 10ST NW
ATLANTA, GA 30318-5775

FROM: Air Force Research Laboratory/RIKE
26 Electronic Parkway
Rome NY 13441-4514

SUBJECT: DARPA-BAA-16-34, Proposal entitled "Rhamnousia: Attributing Cyber Actors Through Tensor Decomposition and Novel Data Acquisition" dated 07JUN2016.

1. Reference subject proposal. Your proposal has been determined to be successful and the Government contemplates entering into negotiations with your firm.

2. Attached for your review and concurrence is a proposed Cost type model contract. Any resultant contract will be materially the same, updated if necessary to reflect current clauses and negotiated terms and conditions. While any exceptions to the model contract terms and conditions will be discussed during negotiations, you are advised that the model contract contains requirements imposed by statute and regulation beyond the authority of the Contracting Officer.

3. Based upon the Government's requirements and your proposal, a Statement of Work (SOW) dated 25OCT2016, SOW AFRL/RI Supplemental Requirements dated 25OCT2016, and Exhibit A, Contract Data Requirements List (CDRL), dated 25OCT2016 have been prepared and are included in the model contract. Please confirm that the documents do not contain any proprietary information. It is the desire of the Government that the content of the final contract document will be fully releasable under the Freedom of Information Act (FOIA). If you need to update your proposal based upon the Government's Statement of Work and data requirements, please do so at this time.

4. In order to prepare for negotiations, please submit the following information as soon as possible:

   a. A FAX no., phone no. and e-mail address for each authorized negotiator for your firm.

   b. The desired estimated start date is 18NOV2016. Please confirm that your proposal will be valid until 18NOV2016.

   c. State proposed rights for all delivered computer software and technical data. Also, complete and return the attachment to the model contract entitled "Identification and Assertion of Restrictions on the Government's Use, Release, or Disclosure of Technical Data or Computer Software". Instructions are contained in DFARS 252.227-7017 located in Section K. The format to be completed is provided as Attachment No. 4 to the model contract.

   d. Complete and return the Section K - Representations, Certifications and Other Statements of Offeror, attached to the model contract. Section K includes FAR 52.204-08. Therefore, you must complete annual representations and certifications electronically via the online Representations and Certifications at https://www.sam.gov. The small business size standard that applies to this contract is 1,000 employees for NAICS code 541712.

1

(JAN 2016)

e. Below is the text of DFARS 252.204-7008. A reply to this provision is only required if additional time is needed to implement the derived security requirement identified in para (c) below, or if a deviation from security requirements in the National Institute of Standards and Technology (NIST) Special Publication (SP) 800-171 is proposed.

### DFARS 252.204-7008 COMPLIANCE WITH SAFEGUARDING COVERED DEFENSE INFORMATION CONTROLS (DEC 2015)

(a) Definitions. As used in this provision—

"Controlled technical information," "covered contractor information system," and "covered defense information" are defined in clause 252.204-7012, Safeguarding Covered Defense Information and Cyber Incident Reporting.

(b) The security requirements required by contract clause 252.204-7012, Safeguarding Covered Defense Information and Cyber Incident Reporting, shall be implemented for all covered defense information on all covered contractor information systems that support the performance of this contract.

(c) For covered contractor information systems that are not part of an Information technology (IT) service or system operated on behalf of the Government (see 252.204-7012(b)(1)(ii))—

(1) By submission of this offer, the Offeror represents that it will implement the security requirements specified by National Institute of Standards and Technology (NIST) Special Publication (SP) 800-171, "Protecting Controlled Unclassified Information in Nonfederal Information Systems and Organizations" (see http://dx.doi.org/10.6028/NIST.SP.800-171), not later than December 31, 2017.

(2)(i) If the Offeror proposes to vary from any of the security requirements specified by NIST SP 800-171 that is in effect at the time the solicitation is issued or as authorized by the Contracting Officer, the Offeror shall submit to the Contracting Officer, for consideration by the DoD Chief Information Officer (CIO), a written explanation of—

(A) Why a particular security requirement is not applicable; or

(B) How an alternative but equally effective, security measure is used to compensate for the inability to satisfy a particular requirement and achieve equivalent protection.

(ii) An authorized representative of the DoD CIO will adjudicate offeror requests to vary from NIST SP 800-171 requirements in writing prior to contract award. Any accepted variance from NIST SP 800-171 shall be incorporated into the resulting contract.

f. Below is the text of DFARS 252.227-7028. A reply to this provision is only required if the answer is affirmative.

### DFARS 252.227-7028 TECHNICAL DATA OR COMPUTER SOFTWARE PREVIOUSLY DELIVERED TO THE GOVERNMENT (JUN 1995).

The Offeror shall attach to its offer an identification of all documents or other media incorporating technical data or computer software it intends to deliver under this contract with other than unlimited or substantially similar to documents or other media that the Offeror has produced for, delivered to, or is obligated to deliver to the Government under any contract or subcontract. The attachment shall identify-

(a) The contract number under which the data or software were produced;

(b) The contract number under which, and the name and address of the organization to whom, the data or software were most recently delivered or will be delivered; and

(c) Any limitations on the Government's rights to use or disclose the data or software, including, when applicable, identification of the earliest date the limitations expire.

g. Note that DFARS 252.232-7003 is contained in the attached model contract. DoD requires all payment requests to be submitted and processed electronically. All vendors/contractors must familiarize themselves with DFAR 232.7003 and DFAR 252.232-7003 for specific procedures. The DoD preferred electronic form for transmission is Wide Area Workflow – Receipt and Acceptance (see website – https://wawf.eb.mil). Wide Area Workflow Training may be also be accessed online at https://wawf.eb.mil by selecting the "Web Based Training" link on the Wide Area Workflow homepage as outlined in DFARS 252.232-7006. Questions or comments regarding WAWF should be directed to your Administrative Contracting Officer (ACO) once you are awarded the contract. Please confirm that your company is able to submit electronic invoices as set forth in the clause.

h. Please provide an Approved Master Subcontracting Plan

i. Please provide an updated Individual Subcontracting Plan to coincide with Cost Proposal Revision received 06OCT2016. In addition, paragraph 4 of the plan, Description and Supplies, must also identify the types to be subcontracted to each small business concern. See FAR 19.704 (a)(3).

5. This letter is not an authorization to proceed on the effort described herein. Furthermore, this letter does not authorize you to incur any commitments toward the proposed effort. Only upon the Contracting Officer's execution of a formal contract will you be authorized to incur any commitments toward the program.

6. Your response should be submitted via electronic mail to Kara Jarmula at kara.jarmula@us.af.mil. Please provide a statement in your response that your submission constitutes an amendment to your initial proposal. Any delay in your response may impact the estimated start date. Please contact Kara Jarmula at 315-330-4174 if you have any questions regarding the contents of this request.

MICHELE A. MARTINELLI
Contracting Officer


Attachments:
1. Model Contract, including Section K, Certs & Reps