# EXHIBIT 20

DARPA-CG-912



MAY 1 0 2016

# SECURITY CLASSIFICATION GUIDE

**TITLE:** Enhanced Attribution (EA)

**ACTION OFFICE:** Information Innovation Office (I2O)

**DATE:**

**APPROVED BY:** _Arati Prabhakar_
Arati Prabhakar
Director



~~DISTRIBUTION STATEMENT D~~
~~Distribution limited to DoD and their contractors,~~
~~Administrative/Operational Use~~
~~Other requests for this document must be referred to:~~

**Defense Advanced Research Projects Agency**
**Security and Intelligence Directorate**
**675 North Randolph Street**
**Arlington, VA 22203-2114**

~~FOR OFFICAL USE ONLY~~

Decontrolled on 17OCT2024
By: Justin Kokernak, PSO, DARPA SID
justin.kokernak@darpa.mil
Per DODI 5200.48 and DoDI 5230.09

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

DARPA-CG-912

# TABLE OF CONTENTS

| | |
|---|---|
| References | ii |
| Section I - Overall Effort | 1 |
|    1. Identification | 1 |
|    2. Goal, Mission, and Purpose | 1 |
| Section II - General Instructions | 2 |
|    1. Purpose | 2 |
|    2. Authority | 2 |
|    3. Office of Primary Responsibility (OPR) | 2 |
|    4. Classification Recommendations | 2 |
|    5. Compilation of Information | 3 |
|    6. For Official Use Only (FOUO) Caveat | 3 |
|    7. Unclassified Technical Data | 3 |
|    8. Extraction, Reproduction, and Dissemination | 3 |
|    9. Public Release of Information | 3 |
|    10. Access by Foreign Nationals, Foreign Governments, International Organizations, and Immigrant Aliens | 4 |
|    11. Loss, Compromise, or Suspected Compromise | 4 |
|    12. Abbreviations | 4 |
|    13. Explanation of the Security Classification Guide | 4 |
| Section III - Specific Classification Guidance | 6 |
| Distribution | 8 |

~~FOR OFFICAL USE ONLY~~

i

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

DARPA-CG-912

# REFERENCES

1. Executive Order 13526, *Classified National Security Information*, December 29, 2009
2. DoD Manual 5200.01, Volumes 1-4, *Information Security Program*, February 24, 2012, (Incorporating Change 2, March 19, 2013).
3. DoD Manual 5200.45 *Instructions for Developing Security Classification Guides*, April 2, 2013.
4. DoD 5220.22-M, *National Industrial Security Program Operating Manual* (NISPOM), February 2006, (Incorporating Change 1, March 28, 2013).
5. DoD 5400.7-R, *Freedom of Information Act (FOIA) Program*, September 4, 1998, (Incorporating Change 1, April 11, 2006).
6. DoD Directive 5230.24, *Distribution Statements on Technical Documents*, August 23, 2012.
7. DoD 5230.25, *Withholding of Unclassified Technical Data from Public Disclosure*, November 6, 1984, (Incorporating Change 1, August 18, 1995).

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

# SECTION I

# OVERALL EFFORT

1. **Identification**: The DARPA study into Enhanced Attribution (EA) is an UNCLASSIFIED Information Operations program that will develop at-scale methods to enable cyber operator attribution and facilitate public disclosure without jeopardizing sources and methods.

2. **Goal, Mission, and Purpose**:
   a) The goal of the Enhanced Attribution (EA) program is to make currently opaque cyber adversary actions and individual cyber operator attribution transparent by providing high-fidelity visibility into all aspects of cyber adversary actions and to increase the Government's ability to publicly reveal the actions of individual cyber operators without damaging sources and methods.
   b) There are three technical areas associated with EA; TA1 – Behavior and Activity Tracking and Summarization, TA2 – Fusion and Predictive Analysis, and TA3 – Validation and Enrichment.
      i) TA1 – Behavior and Activity Tracking and Summarization will involve:
         (1) Techniques for tracking adversary cyber operators from various vantage points
         (2) Techniques for characterizing and collecting behavioral biometrics
         (3) Characterizing the individual behavior and cyber-relevant actions of adversaries
      ii) TA2 – Fusion and Predictive Analysis
         (1) Collecting and fusing ground truth information generated by TA1 performers
         (2) Creating an up-to-date knowledge base of the adversary
         (3) Develop predictive profiles of adversary operators based on historical and ground truth data
      iii) TA3 – Validation and Enrichment
         (1) Validate and enrich TA2 with additional sources of information

**FOR OFFICIAL USE ONLY**

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

# SECTION II

# GENERAL INSTRUCTIONS

1.  **Purpose**: The purpose of this security classification guide (CG) is to provide instructions and guidelines on the classification/declassification of information and material involved in Enhanced Attribution (EA).

2.  **Authority**: This CG is issued under authorities contained in Executive Order 13526, Classified National Security Information; DoD Manual 5200.01, DoD Information Security Program; and DoD 5220.22-M, National Industrial Security Program Operating Manual. This CG constitutes authority and is to be cited as the basis for classification, regrading, or declassification of information involved in Enhanced Attribution (EA). The original classification authority (OCA) for this CG is the Director, Defense Advanced Research Projects Agency (DARPA).

3.  **Office of Primary Responsibility (OPR)**: All inquiries concerning content and interpretation should be addressed to:

    DARPA
    Attn: Information Innovation Office (I2O)/PSO
    675 North Randolph Street
    Arlington, VA  22203-2114

4.  **Classification Recommendations**:

    a. Questions concerning the content and interpretation of this CG should be directed through appropriate channels to the PSO. If current conditions, progress made in this effort, scientific or technological developments, advances in state of the art, or other factors indicate a need for change, justified recommendations should be made through appropriate channels to the PSO. Pending final decision, the information will be protected at either the current classification level, or the recommended classification level, whichever is higher. All users of this CG are encouraged to assist in improving its currency and adequacy. Incorrect classification should be brought to the attention of the PSO.

    b. Changes to this CG will be made by the issuance of a numbered change letter with corrected pages to all holders for insertion in place of superseded pages. Upon receipt of a letter change, the appropriate changes will be made, superseded pages destroyed, and the change promulgation letter inserted as the first page of the CG.

~~**FOR OFFICIAL USE ONLY**~~

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

  c. All information or material that is classified solely using this CG shall cite the DARPA CG as the authority for classification and shall reflect such on the "Derived from" line. When citing this CG, the appropriate entry is:

> **Classified by:** *(name, position/title of the DERIVATIVE classifier, and if not evident, the office of origin)*
> **Derived from:** DARPA-CG-912, dtd
> **Declassify on:** *(insert DATE or EVENT)*
> **NOTE**: All declassification actions must be pre-approved by DARPA SAPCO

  d. Information or material that is classified using this CG and other security classification guidance shall cite "Multiple Sources" on the "Derived from" line and record the sources, as appropriate on the record copy.

**5.** **Compilation of Information**:  In some circumstances, classification may be required if the compilation of unclassified items of information provide an inference that warrants classification.  Similarly, a higher classification may be assigned to a compilation of information if the compilation provides an added factor that warrants higher classification than that of its component parts.  Classification on this basis will be used sparingly, and complete justification of this classification method will be stated on the title or first page of the document.

**6.** **For Official Use Only (FOUO) Caveat**:  FOUO is a handling instruction for Unclassified Information and is not a security classification.  FOUO information may be exempt from mandatory release to the public under one of nine exemption categories only if, by its disclosure, a foreseeable harm would occur.  Users follow DoD Manual 5200.01, Volumes 2&4, Information Security Program, for guidance on marking, handling, protection and the use of exemption categories for FOUO information.

**7.** **Unclassified Technical Data**:  Users of this CG will ensure that all unclassified technical documents having military or space application and technical documents that cannot be exported lawfully without approval, authorization, or license under U.S. export control laws that is in the possession or under the control of DARPA are protected from public disclosure in accordance with DoD Directive 5230.25, "Withholding of Unclassified Technical Data from Public Disclosure."  Users will ensure that technical documents meeting the standards noted above are properly marked and safeguarded in accordance with DoD Directive 5230.24, "Distribution Statements on Technical Documents."

**8.** **Extraction, Reproduction, and Dissemination**:  Authority for extraction, reproduction, and dissemination of this CG is granted to DoD and DoD contractors involved Enhanced Attribution (EA) program.  All other requests for dissemination of this CG shall be referred to the OPR.

**9.** **Public Release of Information**:  The fact that this CG shows certain details of unclassified information does not authorize automatic public release.  Proposed public

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

DARPA-CG-912

disclosures of unclassified information regarding all DARPA efforts shall be processed in accordance with (IAW) the current DD Form 254.

**10.     Access by Foreign Nationals, Foreign Governments, International Organizations, and Immigrant Aliens**: Access to Classified Information and Controlled Unclassified Information (CUI):

Foreign National (alien lawfully admitted, also viewed as a U.S. person) may have access to classified information with advance approval under a Limited Access Authorization (LAA). May also have access to CUI provided there is not a contract restriction and access is related to a DoD mission or contract performance.

Foreign Government, International Organization, and Foreign Person's require advance approval from DARPA, Foreign Disclosure Office in accordance with the National Disclosure Policy-1 (NDP-1), delegated disclosure authority, DoD Directives, and service regulations.

**11.     Loss, Compromise, or Suspected Compromise**: The loss, compromise, or suspected compromise of classified Enhanced Attribution (EA) information or material shall be reported to the PSO and the Director, Special Access Program Office (SAPCO), DARPA, within 24 hours of the incident.

**12.     Abbreviations**:

| | |
|---|---|
| CG | Security Classification Guide/Classification Guide |
| DARPA | Defense Advanced Research Projects Agency |
| DoD | Department of Defense |
| EA | Enhanced Attribution |
| FOUO | For Official Use Only |
| OCA | Original Classification Authority |
| OPR | Office of Primary Responsibility |
| PSO | Program Security Officer |
| SID | Security and Intelligence Directorate (DARPA) |

**13.     Explanation of the CG:**

   a.     The "CLASS" entry identifies the range of classification level assigned to information set forth in the "ELEMENT" column. Details revealed will indicate which level is applied to individual items. The highest level of classification consistent with protection of the information is always applied. Authorized abbreviated classification markings for Enhanced Attribution (EA) information are: C = CONFIDENTIAL, S = SECRET, TS = TOP SECRET, and U = UNCLASSIFIED. Additional protective markings are indicated in the "REMARKS" column and include: CNWDI = Critical Nuclear Weapons Design Information, CRYPTO=Cryptography, FOUO = For Official Use Only, FRD = Formerly Restricted Data, RD = Restricted Data and CUI = Controlled Unclassified Information.

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

  b.  The "REASON" entry provides an explanation why the topic is classified. Information shall not be considered for classification unless its unauthorized disclosure could reasonably be expected to cause identifiable or describable damage to the national security in accordance with EO 13526, Part 1, Section 1.4:

    (1.) 1.4(a): military plans, weapons systems, or operations;
    (2.) 1.4(b): foreign government information;
    (3.) 1.4(c): Intelligence activities (including covert action), intelligence sources or methods, or cryptology;
    (4.) 1.4(d): foreign relations or foreign activities of the United States, including confidential sources;
    (5.) 1.4(e): scientific, technological, or economic matters relating to the national security;
    (6.) 1.4(f): U.S. Government programs for safeguarding nuclear materials or facilities;
    (7.) 1.4(g): vulnerabilities or capabilities of systems, installations, infrastructures, projects, plans, or protection services relating to national security;
    (8.) 1.4(h): the development, production or use of weapons of mass destruction.

  c.  The "DECLASS" entry specifies how long the classification shall remain in effect. The OCA must set a date or event for declassification, if such an event or time can be predetermined at the time the original classification decision is made. When a specific date or event cannot be established, it shall be marked for declassification 25 years from the date of the original classification decision.

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

# SECTION III

# SPECIFIC CLASSIFICATION GUIDANCE

| ELEMENT | CLASS & REASON | DECLASS | REMARKS |
|---|---|---|---|
| General/Programmatic/Funding | | | |
| EA goal, vision, purpose, concepts, or objectives. | U | | |
| EA program title. | U | | |
| EA program funding (Planning, Programming, Budgeting, and Execution). | U | | |
| Listing of EA contractors and/or subcontractors. | U | | |
| EA statement of work and contracts. | U | | |
| EA program status (Milestones and Schedules). | U | | |
| Association of contractors and/or subcontractors (potential or selected) with the contract agent. | U//FOUO | | FOUO (FOIA exemptions 2, 3, & 4 apply). |
| Association of contractors and/or subcontractors (potential or selected) with DARPA. | U//FOUO | | FOUO (FOIA exemptions 2, 3, & 4 apply). |
| Association of contractors and/or subcontractors (potential or selected) with Other Government Agencies. | U-TS//SCI 1.4(e) | | Association may be classified after consultation with respective OGA. |
| EA Technical Areas (TA) and their descriptions (as defined in this document). | U | | |
| Program performer Measures of Performance with regard to Technical Areas. | U | | |
| Simulated or synthesized data used for testing the EA capabilities. | U | | |
| Actual, simulated, or synthesized data used for testing the EA capabilities. | U-TS//SCI 1.4(e) | | May be classified IAW source data's SCG. |

~~FOR OFFICIAL USE ONLY~~

6

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

| ELEMENT | CLASS & REASON | DECLASS | REMARKS |
|---|---|---|---|
| Deployment and integration of EA to transition partner facilities for EA transition purposes. | U-TS//SCI 1.4(e) | | May be classified IAW transition partner SCG. |
| Technical details of specific, exploitable, persistent vulnerabilities of system under development. | U//FOUO | | If the vulnerabilities are foreseen to be irreparable and would allow an adversary to develop countermeasures, exploit, or otherwise compromise the system, then the GPM and PSO shall assess the potential damage to national security, other DoD classification guidance, and prepare to recommend to the respective OCA an increased level of protection. |
| No Further Entries ||||

FOR OFFICIAL USE ONLY

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

DARPA-CG-912

## DISTRIBUTION

|  | No. of Copies |
|---|---|
| DTIC<br>8725 John J. Kingman Road, Suite 944<br>Fort Belvoir, VA  22060-6218 | 2 |
| Directorate for Freedom of Information and Security Review<br>The Pentagon, 2C757<br>1155 Defense Pentagon<br>Washington, DC  20301-1155 | 1 |
| DARPA SID | 1 |

~~FOR OFFICIAL USE ONLY~~

8

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.