# EXHIBIT 21

**UNCLASSIFIED // FOR OFFICIAL USE ONLY**

| DEPARTMENT OF DEFENSE<br>CONTRACT SECURITY CLASSIFICATION SPECIFICATION<br>*(The requirements of the DoD Industrial Security Manual apply to all security aspects of this effort.)* | 1. CLEARANCE AND SAFEGUARDING |
|---|---|
| | a. FACILITY CLEARANCE REQUIRED<br>TOP SECRET |
| | b. LEVEL OF SAFEGUARD REQUIRED<br>SECRET |

**2. THIS SPECIFICATION IS FOR:** *(X and complete as applicable)*

| | | |
|---|---|---|
| X | a. PRIME CONTRACT NUMBER | FA8750-17-C-0016 |
| | b. SUBCONTRACT NUMBER | |
| | c. SOLICITATION OR OTHER NUMBER | DUE DATE *(YYYYMMDD)* |

**3. THIS SPECIFICATION IS:** *(X and complete as applicable)*

| | | | |
|---|---|---|---|
| X | a. ORIGINAL *(Complete date in all cases)* | | DATE *(YYYYMMDD)* 20160922 |
| | b. REVISED *(Supercedes all previous specs)* | REVISION NO. | DATE *(YYYYMMDD)* |
| | c. FINAL *(Complete Item 5 in all cases)* | | DATE *(YYYYMMDD)* |

**4. IS THIS A FOLLOW-ON CONTRACT?** YES [ ]  NO [X]  If Yes, complete the following:

Classified material received or generated under _____ *(Preceding Contract Number)* is transferred to this follow-on contract.

**5. IS THIS A FINAL DD FORM 254?** YES [ ]  NO [X]  If Yes, complete the following:

In response to the contractor's request dated _____ , retention of the classified material is authorized for the period of _____

**6. CONTRACTOR** *(Include Commercial and Government Entity (CAGE) Code)*

| a. NAME, ADDRESS, AND ZIP CODE | b. CAGE CODE | c. COGNIZANT SECURITY OFFICE *(Name, Address, and Zip Code)* |
|---|---|---|
| Georgia Tech Research Corporation<br>505 Tenth Street<br>Atlanta, GA 30332 | 1G474 | Defense Security Service Atlanta Field Office (IOFSA)<br>phone: 770-370-3740<br>Email: dss.dss-southern.dss-isfo.mbx.atlanta-field-office@mail.mil |

**7. SUBCONTRACTOR**

| a. NAME, ADDRESS, AND ZIP CODE | b. CAGE CODE | c. COGNIZANT SECURITY OFFICE *(Name, Address, and Zip Code)* |
|---|---|---|
| | | |

**8. ACTUAL PERFORMANCE**

| a. LOCATION | b. CAGE CODE | c. COGNIZANT SECURITY OFFICE *(Name, Address, and Zip Code)* |
|---|---|---|
| | | |

**9. GENERAL IDENTIFICATION OF THIS PROCUREMENT**

I2O- Enhanced Attribution (EA)

| 10. CONTRACTOR WILL REQUIRE ACCESS TO: | YES | NO | 11. IN PERFORMING THIS CONTRACT, THE CONTRACTOR WILL: | YES | NO |
|---|---|---|---|---|---|
| a. COMMUNICATIONS SECURITY (COMSEC) INFORMATION | X | | a. HAVE ACCESS TO CLASSIFIED INFORMATION ONLY AT ANOTHER CONTRACTOR'S FACILITY OR A GOVERNMENT ACTIVITY | | X |
| b. RESTRICTED DATA | | X | b. RECEIVE CLASSIFIED DOCUMENTS ONLY | | X |
| c. CRITICAL NUCLEAR WEAPON DESIGN INFORMATION | | X | c. RECEIVE AND GENERATE CLASSIFIED MATERIAL | X | |
| d. FORMERLY RESTRICTED DATA | | X | d. FABRICATE, MODIFY, OR STORE CLASSIFIED HARDWARE | | X |
| e. INTELLIGENCE INFORMATION | | | e. PERFORM SERVICES ONLY | | X |
| (1) Sensitive Compartmented Information (SCI) | X | | f. HAVE ACCESS TO U.S. CLASSIFIED INFORMATION OUTSIDE THE U.S., PUERTO RICO, U.S. POSSESSIONS AND TRUST TERRITORIES | | X |
| (2) Non-SCI | X | | g. BE AUTHORIZED TO USE THE SERVICES OF DEFENSE TECHNICAL INFORMATION CENTER (DTIC) OR OTHER SECONDARY DISTRIBUTION CENTER | | X |
| f. SPECIAL ACCESS INFORMATION | | X | h. REQUIRE A COMSEC ACCOUNT | X | |
| g. NATO INFORMATION | | X | i. HAVE TEMPEST REQUIREMENTS | | X |
| h. FOREIGN GOVERNMENT INFORMATION | | X | j. HAVE OPERATIONS SECURITY (OPSEC) REQUIREMENTS | | X |
| i. LIMITED DISSEMINATION INFORMATION | | X | k. BE AUTHORIZED TO USE THE DEFENSE COURIER SERVICE | | X |
| j. FOR OFFICIAL USE ONLY INFORMATION | X | | l. OTHER *(Specify)* | | |
| k. OTHER *(Specify)* | | X | | | X |

DD Form 254, DEC 1999

**UNCLASSIFIED // FOR OFFICIAL USE ONLY**

Designed using Adobe, DARPA/SSO

Attachment No. 1
Page 1 of 3

**UNCLASSIFIED // FOR OFFICIAL USE ONLY**

| | |
|---|---|
| **12. PUBLIC RELEASE.** Any information *(classified or unclassified)* pertaining to this contract shall not be released for public dissemination except as provided by the Industrial Security Manual or unless it has been approved for public release by appropriate U.S. Government authority. Proposed public releases shall be submitted for approval prior to release   ☐ Direct   ☒ Through *(Specify)* | |

No information, except as provided in applicable U.S. Statutes, which is classified or unclassified pertaining to this contract shall be released for public dissemination without prior written approval of DARPA.

to the Directorate for Freedom of Information and Security Review, Office of the Assistant Secretary of Defense (Public Affairs)* for review.
*In the case of non-DoD User Agencies, requests for disclosure shall be submitted to that agency.

**13. SECURITY GUIDANCE.** The security classification guidance needed for this classified effort is identified below. If any difficulty is encountered in applying this guidance or if any other contributing factor indicates a need for changes in this guidance, the contractor is authorized and encouraged to provide recommended changes; to challenge guidance or the classification assigned to any information or material furnished or generated under this contract; and to submit any questions for interpretation of this guidance to the official identified below. Pending final decision, the information involved shall be handeled and protected at the highest level of classification assigned or recommended. *(Fill in as appropriate for the classified effort. Attach, or forward under separate correspondence, any documents/guides/extracts referenced herein. Add additional pages as needed to provide complete guidance.)*

8a: The contractor is authorized to work at the following facility up to the TS/SCI level. (ref. DoDM5220.22-M (2-100a))

Central Intelligence Agency
1000 Colonial Farms Road
McLean, VA 22101

DARPA
675 North Randolph Street
Arlington, VA 22203

Federal Bureau of Investigation
935 Pennsylvania Ave Northwest
Washington, DC 20535

National Security Agency
9800 Savage Road
Ft. Meade, MD 20755

8a: The contractor is authorized to safeguard at the following facility up o the SECRET level.

Georgia Tech Research Corporation
505 Tenth Street                       1G474
Atlanta, GA 30332

Defense Security Service Atlanta Field Office (IOFSA)
phone: 770-370-3740
Email: dss.dss-southern.dss-isfo.mbx.atlanta-field-office@mail.mil

All Contractors performing on this contract shall abide by all current and applicable successor governmental guidance. Please contact your FSO, PSO or PSR if any questions arise pertaining to the availability of these guidance documents.

I2O POCs: Mr. Angelos Keromytis ; PSO - Gregory Woosley / 571-218-4538 ; PSR - Alicia Hiraldo / 703-526-2211

*****************See Continuation Sheet************************

**14. ADDITIONAL SECURITY REQUIREMENTS.** Requirements, in addition to ISM requirements, are established for this contract. ☒ Yes ☐ No
*(If Yes, identify the pertinent contractual clauses in the contract document itself, or provide an appropriate statement which identifies the additional requirements. Provide a copy of the requirement to the cognizant security office. Use item 13 if additional space is needed.)*

Program information shall be protected in accordance with DARPA CG-912; and any subsequent revisions which will be provided by I2O PSO or PSR. SCI program information shall be protected in accordance with the agencies classification guidance.

**15. INSPECTIONS.** Elements of this contract are outside the inspection responsibility of the cognizant security office. ☒ Yes ☐ No
*(If Yes, explain and identify specific areas or elements carved out and the activity responsible for inspections. Use Item 13 if additional space is needed.)*

DIA is responsible for inspection of all SCI materials under this contract.

**16. CERTIFICATION AND SIGNATURE.** Security requirements stated herein are complete and adequate for safeguarding the classified information to be released or generated under this classified effort. All questions shall be referred to the official named below.

| a. TYPED NAME OF CERTIFYING OFFICIAL | b. TITLE | c. TELEPHONE *(Include Area Code)* |
|---|---|---|
| Timothy Wood | Chief, Industrial and Information Security | 703-526-1057 |

| d. ADDRESS *(Include Zip Code)* | 17. REQUIRED DISTRIBUTION |
|---|---|
| Defense Advanced Research Projects Agency (DARPA)<br>675 North Randolph Street<br>Arlington, VA 22203 | ☒ a. CONTRACTOR<br>☐ b. SUBCONTRACTOR<br>☒ c. COGNIZANT SECURITY OFFICE FOR PRIME AND SUBCONTRACTOR<br>☐ d. U.S. ACTIVITY RESPONSIBLE FOR OVERSEAS SECURITY ADMINISTRATION<br>☒ e. ADMINISTRATIVE CONTRACTING OFFICER<br>☒ f. OTHERS AS NECESSARY |
| e. SIGNATURE | |

DD Form 254 (Back), DEC 1999      Designed using Adobe, DARPA/SSO

**UNCLASSIFIED // FOR OFFICIAL USE ONLY**

**UNCLASSIFIED // FOR OFFICIAL USE ONLY**

| CONTINUATION SHEET FOR DD 254, CONTRACT SECURITY CLASSIFICATION SPECIFICATION |
|---|
| CONTRACT NUMBER<br>FA8750-17-C-0016 |

10a:  Classified COMSEC information/material will be protected IAW DoD 5220.22-M. Access to classified COMSEC information requires a final U.S. Government clearance at the appropriate level. In accordance with DoD5220.22-M (9-407), further disclosure of COMSEC information by a contractor, to include subcontracting, requires prior written approval of the DARPA, Contracting Officer for Security Matters. (ref. DoD 5220.22-M (Ch 9, Sec 4))

10e(1):  SCI Access required. The Director, DIA and Director, DARPA, have exclusive security responsibility for SCI released to the contractor or developed under this contract. Before releasing or providing SCI to contractor personnel, the GCA shall ensure that they are appropriately cleared in accordance with ICD 704, and they agree to follow controls and procedures for the protection, handling, and accountability of SCI. All activities involving SCI (including discussions) shall be conducted in sensitive compartmented information facilities (SCIFs). Physical security standards for SCIFs are contained in ICD 705 must be adhered to. In accordance with DoD5220.22-M (9-304), written concurrence of the DARPA, Contracting Officer for Security Matters is required prior to subcontracting. (ref. DoDM5220.22-M (Ch 9, Sec 3))

10e(2):  Access to Intelligence information is required for performance. The Director, DARPA, has exclusive security responsibility for Non-SCI released to the contractor or developed under this contract. In accordance with DoD5220.22-M (9-304), written concurrence of the DARPA, Contracting Officer for Security Matters is required prior to subcontracting. (ref. DoDM5220.22-M (Ch 9, Sec 3))

10j:  For Official Use Only (FOUO) Information generated and/or provided under this contract shall be safeguarded and marked as specified in DoD Manual 5200.01 Volume 4, DoD Information Security Program.

11c:  The contractor requires access to classified source data up to and including Secret in support of the work effort. Classified material generated in support of this contract shall be classified in accordance with the source material used or DARPA security classification guidance, which will be provided by the DARPA Program Security Officer or the Program Security Representative. Automated information systems must be certified and accredited by the cognizant security agency prior to processing classified information for a DARPA program. All personnel performing Information Assurance (IA)/cybersecurity related duties on DARPA accredited classified information systems shall meet the requirements set forth in DoD Directive 8140.01, "Cyberspace Workforce Management,"." All classified information received or generated under this contract is the property of the U.S. Government. At the termination or expiration of this contract, DARPA will be contacted for proper disposition instructions. SAP information systems will require an authorization-to-operate using the Risk Management Framework (RMF) process outlined in the "Joint SAP Implementation Guide (JSIG) Version 4.1, dated April 1, 2016" (or successor document).

All Contractors performing on this contract shall abide by the Open Skies Treaty or other U.S. on-site treaty compliance obligations. In doing so, the Contractor may be required to create and execute treaty compliance plans. These plans must be approved by the cognizant Program Security Officer.

Reports of loss, compromise or suspected compromise shall be provided to the appropriate DARPA Program Security Officer (PSO) within 24 hours of the incident, in addition to the reporting requirements to DSS outlined in the NISPOM.

All of the above security requirements, where applicable, will flow down to any subcontractors and consultants supporting this contract. Copies of all subcontractor DD 254's should be emailed to the DARPA Classification Management Office, sid-clasmgmt@darpa.mil.

**UNCLASSIFIED // FOR OFFICIAL USE ONLY**