# **EXHIBIT 22**

| CONTRACT DATA REQUIREMENTS LIST (1 Data Item) | | | | Form Approved OMB No. 0704-0188 | | | |
|---|---|---|---|---|---|---|---|
| Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E. | | | | | | | |
| A. CONTRACT LINE ITEM NO. CLIN 0002 | | B. EXHIBIT A | | C. CATEGORY TDP ___ TM- ___ OTHER MISC | | | |
| D. SYSTEM/ITEM RHAMNOUSIA | | E. CONTRACT/PR NO. FA8750-17-C-0016 | | F. CONTRACTOR G-7-2227 | | | |
| 1. DATA ITEM NO. A001 | 2. TITLE OF DATA ITEM RESEARCH AND DEVELOPMENT (R&D) PROJECT SUMMARY | | | 3. SUBTITLE T-FIMS PROJECT INFORMATION & DESCRIPTION | | | |
| 4. AUTHORITY (Data Acquisition Document No.) DI-MISC-81612B/T | | 5. CONTRACT REFERENCE SOW PARAGRAPH 4.7.1 | | 6. REQUIRING OFFICE AFRL/RIGB | | | |
| 7. DD250 REQ NO | 9. DIST STATEMENT REQUIRED TBD | 10. FREQUENCY SEE BLOCK 16 | 12. DATE OF FIRST SUBMISSION SEE BLOCK 16 | 14. DISTRIBUTION | | | |
| 8. APP CODE N/A | | 11. AS OF DATE 0 | 13. DATE OF SUBSEQUENT SUBMISSION SEE BLOCK 16 | a. ADDRESSEE | Draft | Final | |
| | | | | | | Reg | Repro |
| 16. REMARKS TAILORING: SUBMIT ONLY THE ITEMS IDENTIFIED FOR PROGRAMMATIC REPORTS. PARENTHETICAL NUMBERS REFER TO DI-MISC-81612B PARAGRAPH NUMBERS. CLASSIFICATION: DO NOT INPUT OR UPLOAD INFORMATION THAT IS CLASSIFIED. COORDINATE SUCH SUBMISSIONS WITH THE REQUIRING OFFICE. THE CONTRACTOR SHALL ESTABLISH/MAINTAIN "AWARDEE" TYPE USER ACCOUNTS TO ACCESS THE DARPA T-FIMS WEB SITE (http://www.tfims.darpa.mil) TO ELECTRONICALLY POPULATE REPORT DATA INTO THE DESIGNATED T-FIMS DATA FIELDS OR UPLOAD FILES. APPLICATION REQUIRES INDIVIDUAL USER ACCOUNTS AND USER ACCESS IS GRANTED ON AN AWARD BY AWARD BASIS. IMMEDIATELY NOTIFY THE T-FIMS HELP DESK BY E-MAIL (TFIMS-HELP@DARPA.MIL) OF ORGANIZATIONAL USER CHANGES. WITHIN FOURTEEN (14) DAYS OF AWARD: ESTABLISH AWARDEE TYPE USER ACCOUNTS OR GAIN ACCESS TO NEW AWARD RECORD. NEW USERS - UTILIZE THE "REQUEST AN ACCOUNT" LINK AT https://www.tfims.darpa.mil SELECT THE "AWARDEE" TYPE FOR BOTH MASTER AND SUBROLES. ENTER THE CONTRACT NUMBER. ------------ CONTINUED ON THE NEXT PAGE --------------- | | | | SEE BLOCK 16 | | | |
| | | | | 15. TOTAL | | | |
| G. PREPARED BY CINDY RUTLEDGE | | H. DATE 8 NOV 2016 | I. APPROVED BY DANIELLE GAMBINO | | J. DATE 8 NOV 2016 | | |

DD Form 1423-1, SEP 97 (EG) (Computer Generated)   PREVIOUS EDITIONS ARE OBSOLETE   Page __1__ of __15__ Pages

CONTRACT DATA REQUIREMENTS LIST, DD FORM 1423 CONTINUATION SHEET

CLIN 0002     EXHIBIT A     FA8750-17-C-0016     G-7-2227     DATA ITEM No. A001

BLOCK 16, continued,
EXISTING T-FIMS USERS MUST NOTIFY THE T-FIMS HELP DESK BY E-MAIL (TFIMS-HELP@DARPA.MIL) TO REQUEST ACCESS TO THE NEW AWARD. PROVIDE THE CONTRACT NUMBER, PERFORMING ORGANIZATION AND TITLE OF THE NEW AWARD.

POST AWARD, SUBMIT WITHIN THIRTY (30) DAYS AFTER CONTRACT AWARD.

- INPUT AWARD POINT OF CONTACTS, UTILIZE THE POC MANAGEMENT MENU ITEM INPUT AND MAINTAIN FOR THE PERIOD OF PERFORMANCE AND PERFORMING ORGANIZATION CONTACTS. (DID PARA 1.1.2)
- INPUT AND SUBMIT THE PROGRAMMATIC SECTION OF THE QUARTERLY USING THE SUBMIT REPORTS MENU, SUBMIT QUARTERLY REPORT/ENTER PROGRAMMATIC DATA. INPUT A DETAILED NARRATIVE FOR EACH REQUIRED DATA ELEMENT. (DID PARA 1.2.2.1, 1.2.2.2, 1.2.2.3, 1.2.2.5 AND 1.2.2.6).
- UPLOAD THE PROJECT SCHEDULE AND MILESTONE DESCRIPTION. USING FILE STORAGE MENU ITEM/UPLOAD NEW FILE / SELECT SCHEDULE-GRAPHIC TYPE OF FILE (DID PARA 1.2.2.4)
- UPLOAD A PROJECT QUAD CHART. USING FILE STORAGE MENU ITEM/UPLOAD NEW FILE/ SELECT QUAD CHART TYPE OF FILE. (DID PARA 1.2.2.7)

PROGRAMMATIC ANNUAL UPDATES:

FOR AWARDS WITH A PERFORMANCE PERIOD THAT SPANS MULTIPLE CALENDAR YEARS, UPDATE THE PROGRAMMATIC INFORMATION SECTION EACH CALENDAR YEAR WITHIN THE REPORTING PERIOD APR-JUN OF THE CALENDAR YEAR. (REPORT DUE 15 JUL)

IN ADDITION, SUBMIT ALL REQUIRED REPORTING INFORMATION TO:
- THE AFRL CONTRACT ISSUING OFFICE VIA E-MAIL. REFERENCE SF 26, BLOCK 5.
- THE ADMINISTRATIVE CONTRACTING OFFICER (ACO), COORDINATE THE DELIVERY MEDIA.REFERENCE SF 26, BLOCK 6.

| CONTRACT DATA REQUIREMENTS LIST (1 Data Item) | | | | Form Approved OMB No. 0704-0188 | |
|---|---|---|---|---|---|

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY |
|---|---|---|
| CLIN 0002 | A | TDP ___ TM- ___ OTHER MISC |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| RHAMNOUSIA | FA8750-17-C-0016 | G-7-2227 |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A002 | RESEARCH AND DEVELOPMENT (R&D) PROJECT SUMMARY | T-FIMS EXPENDITURE OF FUNDS REPORTING |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| DI-MISC-81612B/T | SOW PARAGRAPH 4.7.2 | AFRL/RIGB |

| 7. DD250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| NO | | AS REQUIRED | SEE BLOCK 16 | | b. COPIES | | |
| 8. APP CODE | TBD | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | 0 | AS REQUIRED | | | Reg | Repro |

16. REMARKS

TAILORING: SUBMIT ONLY THE ITEMS IDENTIFIED FOR PROGRAMMATIC REPORTS. PARENTHETICAL NUMBERS REFER TO DI-MISC-81612B PARAGRAPH NUMBERS.

CLASSIFICATION: DO NOT INPUT OR UPLOAD INFORMATION THAT IS CLASSIFIED. COORDINATE SUCH SUBMISSIONS WITH THE REQUIRING OFFICE.

**MONTHLY** (FOR EACH MONTH IN THE TECHNICAL PERFORMANCE PERIOD) DUE FIFTEEN (15) DAYS AFTER THE END OF THE REPORTED MONTH.
INCURRED EXPENSES FOR THE REPORTED MONTH:
USING THE SUBMIT REPORT MENU ITEM/SUBMIT ENTER INCURRED REPORT (FOR REPORTED MONTH) ENTER THE AMOUNT OF EXPENDITURE FOR THE SPECIFIC MONTH. (DID PARA 2.1)
AWARDS STARTING IN THE LAST MONTH OF A CALENDAR QUARTER (MAR/JUN/SEP/DEC) WILL REPORT THAT MONTH'S EXPENDITURES BY EITHER INCLUDING AMOUNT WITH THE NEXT MONTH'S EXPENDITURES OR USING "ENTER A LEGACY INCURRED REPORT" INTERFACE IN SUBMITS REPORTS.

**UPON SUBMISSION OF AND INVOICE FOR PAYMENT:**
ENTER THE INVOICE DATA ELEMENTS
USING THE SUBMIT REPORT MENU ITEM/ ENTER AN INVOICE. ENTER INVOICE NUMBER, PERIOD COVERED, INVOICED AMOUNT AND DATE SUBMITTED FOR PAYMENT (DID PARA 2.2)

**QUARTERLY:**
PROJECTED/PLANNED INCURRED EXPENDITURES
WITHIN THE FUNDING SECTION OF THE QUARTERLY REPORT SUBMIT THE PROJECTED/PLANNED INCURRED EXPENDITURES FOR THE NEXT THREE QUARTERS OR EXHAUSTION OF OBLIGATED FUNDS (DID PARA 2.4)
FINANCIAL ISSUES OR CONCERNS (DID PARA 2.6)
SUBMIT ISSUES OR CONCERNS WITHIN THE FUNDING SECTION OF THE QUARTERLY REPORT.

---------- CONTINUED ON THE NEXT PAGE ---------------

SEE BLOCK 16

15. TOTAL

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|

CONTRACT DATA REQUIREMENTS LIST, DD FORM 1423 CONTINUATION SHEET

| CLIN 0002 | EXHIBIT A | FA8750-17-C-0016 | G-7-7227 | DATA ITEM No. A002 |

BLOCK 16, continued,
IN THE SECOND CALENDAR QUARTERLY REPORT (REPORTING COVERING APR-JUN) SUBMIT WITHIN THE FUNDING SECTION OF THE QUARTERLY REPORT:
> ANTICIPATED DATE WHEN TOTAL INCURRED FUNDS WILL EQUAL 75% OF OBLIGATED FUNDS (DID PARA 2.3)
> ANTICIPATED DATE WHEN TOTAL INCURRED FUNDS WILL EQUAL 100% OF OBLIGATED FUNDS (DID PARA 2.3)
> AMOUNT OF NEXT FISCAL YEAR FUNDS REQUIRED FROM DATE OF 100%EXHAUSTION OF OBLIGATED FUNDS TO THE END OF CONTRACT OR 31 DEC OF NEXT CALENDAR YEAR (DID PARA 2.5)

**ANNUALLY:**
SUBMIT EXHAUSTION OF OBLIGATED FUNDS, DATES, AND AMOUNT REQUIRED FOR THE NEXT FISCAL YEAR INCREMENTAL FUNDING.

IN ADDITION, SUBMIT ALL REQUIRED REPORTING INFORMATION TO:
- THE AFRL CONTRACT ISSUING OFFICE VIA E-MAIL. REFERENCE SF 26, BLOCK 5.
- THE ADMINISTRATIVE CONTRACTING OFFICER (ACO), COORDINATE THE DELIVERY MEDIA.REFERENCE SF 26, BLOCK 6.

| CONTRACT DATA REQUIREMENTS LIST (1 Data Item) | | | | | | Form Approved OMB No. 0704-0188 | | |
|---|---|---|---|---|---|---|---|---|

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY |
|---|---|---|
| CLIN 0002 | A | TDP ___ TM- ___ OTHER MISC |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| RHAMNOUSIA | FA8750-17-C-0016 | G-7-2227 |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A003 | RESEARCH AND DEVELOPMENT (R&D) PROJECT SUMMARY | T-FIMS TECHNICAL PROGRESS REPORTING |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| DI-MISC-81612B/T | SOW PARAGRAPH 4.4.4, 4.7.1 & 4.7.3.1 | AFRL/RIGB |

| 7. DD250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| NO | TBD | SEE BLOCK 16 | SEE BLOCK 16 | | b. COPIES | | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | 0 | AS REQUIRED | | | Reg | Repro |

16. REMARKS

TAILORING: SUBMIT ONLY THE ITEMS IDENTIFIED FOR TECHNICAL REPORTS. PARENTHETICAL NUMBERS REFER TO DI-MISC-81612B PARAGRAPH NUMBERS.

CLASSIFICATION: DO NOT INPUT OR UPLOAD INFORMATION THAT IS CLASSIFIED. COORDINATE SUCH SUBMISSIONS WITH THE REQUIRING OFFICE.

MONTHLY (FOR EACH MONTH IN THE TECHNICAL PERFORMANCE PERIOD) DUE ON THE TENTH (10TH) DAY OF EACH MONTH.

USING THE FILE STORAGE MENU LINK / UPLOAD NEW FILE / MONTHLY TECHNICAL STATUS TYPE, TO UPLOAD ELECTRONIC DOCUMENT TO T-FIMS.

MONTHLY TECH STATUS (INPUT NARRATIVES)

COMPLETE ALL SUB-SECTIONS OF THE REPORT.

- TECHNICAL INFORMATION (DID PARA 3.1.1 – 3.1.4)
- DELIVERABLES (DID PARA 3.1.5)
- PUBLICATIONS (DID PARA 3.1.7)
- MEETINGS (DID PARA 3.1.8)
- ISSUES OR CONCERNS (DID PARA 3.1.9)
- OBJECTIVES NEXT REPORTING PERIOD (DID PARA 3.2)
- UPLOAD ELECTRONIC COPIES OF REPORTED PUBLICATION AND PRESENTATIONS TO FILE STORAGE.

IN ADDITION, SUBMIT ALL REQUIRED REPORTING INFORMATION TO:

- THE AFRL CONTRACT ISSUING OFFICE VIA E-MAIL. REFERENCE SF 26, BLOCK 5.
- THE ADMINISTRATIVE CONTRACTING OFFICER (ACO), COORDINATE THE DELIVERY MEDIA. REFERENCE SF 26, BLOCK 6.

Block 14 distribution: SEE BLOCK 16

15. TOTAL

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
|  |  |  |  |

# CONTRACT DATA REQUIREMENTS LIST
## (1 Data Item)

*Form Approved*
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY |
|---|---|---|
| CLIN 0002 | A | TDP____ TM-____ OTHER MGMT |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| RHAMNOUSIA | FA8750-17-C-0016 | G-7-2227 |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A004 | CONTRACT FUNDS STATUS REPORT (CFSR) | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| DI-MGMT-81468 | SOW PARAGRAPH 4.7.2 | AFRL/RIGB |

| 7. DD250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| NO | TBD | SEE BLOCK 16 | SEE BLOCK 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION |
|---|---|---|---|
| N/A | | 0 | SEE BLOCK 16 |

### Distribution

| a. ADDRESSEE | Draft | Final Reg | Final Repro |
|---|---|---|---|
| AFRL/RIGB | | 1 | |
| AFRL/RIFD | | 1 | |
| SEE BLOCK 16 | | | |

**16. REMARKS**

CLASSIFICATION: DO NOT INPUT OR UPLOAD INFORMATION THAT IS CLASSIFIED. COORDINATE SUCH SUBMISSIONS WITH THE REQUIRING OFFICE.

CONTRACTOR FORMAT IS ACCEPTABLE PROVIDING ALL THE ELEMENTS REQUIRED ARE INCLUDED AND ADDRESSED. PREFER ELECTRONIC DELIVERY IN MICROSOFT OFFICE SUITE COMPATIBLE FORMAT, RICH TEXT FORMAT (RTF), OR PORTABLE DOCUMENT FORMAT (PDF).

THE CONTRACTOR SHALL ACCESS THE DARPA T-FIMS WEB SITE (HTTPS://WWW.DARPA.MIL/TFIMS) AND UTILIZE THE TFIMS FILE STORAGE/"FINANCIAL REPORT" TO SUBMIT THE FILES WITHIN TEN (10) CALENDAR DAYS AFTER THE END OF THE REPORTING PERIOD.

MONTHLY SUBMISSION. COMPILE AND SUBMIT BLOCK 12 INFORMATION OF DD FORM 1586, "OPEN COMMITMENTS" (7.5.1) AND "ACCRUED EXPENDITURES" (7.5.2) MONTHLY AS FOLLOWS: ACTUAL TO DATE FOR THE CURRENT MONTH, INDIVIDUAL PROJECTIONS FOR THE REMAINING MONTHS IN THE CURRENT QUARTER, AND A PROJECTION FOR EACH REMAINING FISCAL QUARTER OF THE CONTRACT. ALL OF THE ABOVE ARE CUMULATIVE FIGURES. ANY ADDITIONAL PROJECTIONS MAY BE ADDED BY THE CONTRACTOR SO LONG AS THE ELEMENTS ARE CLEARLY IDENTIFIED.

QUARTERLY SUBMISSION. ACCOMPLISH COMPLETE CONTRACT LINE ITEM OR APPROPRIATION REPORTING IN TOTAL, FOLLOWING THE SAMPLE FORMAT, ON A QUARTERLY CALENDAR BASIS, AND ALSO BY SEPARATE CONTRACT LINE ITEM WHEN AN INDIVIDUAL CONTRACT LINE ITEM IS VALUED OVER $1,500,000.

THIS DATA ITEM RELATES TO A002; DO NOT DUPLICATE REPORTING REQUIREMENTS ESTABLISHED THEREIN.

PARENTHETICAL NUMBERS REFER TO DI-MGMT-81468 WHERE A DEFINITION IS SUPPLIED.

**15. TOTAL: 2**

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|

| CONTRACT DATA REQUIREMENTS LIST (1 Data Item) || Form Approved OMB No. 0704-0188 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY |
|---|---|---|
| CLIN 0002 | A | TDP ____ TM- ____ OTHER ADMN |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| RHAMNOUSIA | FA8750-17-C-0016 | G-7-2227 |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A005 | PRESENTATION MATERIAL | T-FIMS |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| DI-ADMN-81373 | SOW PARAGRAPH 4.7.3 | AFRL/RIGB |

| 7. DD250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |||
|---|---|---|---|---|---|---|
| NO | TBD | SEE BLOCK 16 | SEE BLOCK 16 | | b. COPIES ||
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| | | SEE BLOCK 16 | SEE BLOCK 16 | | | Reg / Repro |

16. REMARKS

CONTRACTOR FORMAT IS ACCEPTABLE. PREFER ELECTRONIC DELIVERY IN MICROSOFT OFFICE SUITE COMPATIBLE FORMAT OR RTF.

CLASSIFICATION: DO NOT INPUT OR UPLOAD INFORMATION THAT IS CLASSIFIED. COORDINATE SUCH SUBMISSIONS WITH THE REQUIRING OFFICE.

THE CONTRACTOR SHALL SUBMIT DRAFT PRESENTATION MATERIAL WITHIN THREE (3) DAYS PRIOR TO EACH PRESENTATION USING THE PRESENTATION MATERIAL FOLDER WITHIN THE T-FIMS FILE STORAGE AREA.

SLIDE PRESENTATIONS WILL BE SUBMITTED WITHIN TWO WEEKS AFTER PROGRAM KICK-OFF MEETING AND AFTER EACH REVIEW.

COORDINATE THE NUMBER OF COPIES AND DELIVERY MEDIA REQUIRED FOR EACH PRESENTATION WITH THE REQUIRING OFFICE.

SEE BLOCK 16

15. TOTAL

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|

DD Form 1423-1, SEP 97 (EG) (Computer Generated)   PREVIOUS EDITIONS ARE OBSOLETE   Page 7 of 15 Pages

| CONTRACT DATA REQUIREMENTS LIST<br>(1 Data Item) || Form Approved<br>OMB No. 0704-0188 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO.<br>CLIN 0002 | B. EXHIBIT<br>A | C. CATEGORY<br>TDP _____ TM- _____ OTHER ADMN |
|---|---|---|
| D. SYSTEM/ITEM<br>RHAMNOUSIA | E. CONTRACT/PR NO.<br>FA8750-17-C-0016 | F. CONTRACTOR<br>G-7-2227 |

| 1. DATA ITEM NO.<br>A006 | 2. TITLE OF DATA ITEM<br>CONFERENCE AGENDA | 3. SUBTITLE |
|---|---|---|
| 4. AUTHORITY (Data Acquisition Document No.)<br>DI-ADMN-81249A | 5. CONTRACT REFERENCE<br>SOW PARAGRAPH 4.7.3.1 | 6. REQUIRING OFFICE<br>AFRL/RIGB |

| 7. DD250 REQ<br>NO | 9. DIST STATEMENT REQUIRED<br>TBD | 10. FREQUENCY<br>SEE BLOCK 16 | 12. DATE OF FIRST SUBMISSION<br>SEE BLOCK 16 | 14. DISTRIBUTION |||
|---|---|---|---|---|---|---|
| 8. APP CODE<br>N | | 11. AS OF DATE<br>SEE BLOCK 16 | 13. DATE OF SUBSEQUENT SUBMISSION<br>SEE BLOCK 16 | a. ADDRESSEE | b. COPIES |||
| | | | | | Draft | Final Reg | Final Repro |

16. REMARKS

CONTRACTOR FORMAT IS ACCEPTABLE. PREFER ELECTRONIC DELIVERY IN MICROSOFT OFFICE SUITE COMPATIBLE FORMAT OR RTF.

THE CONTRACTOR SHALL PREPARE AND SUBMIT AN AGENDA FIVE (5) DAYS PRIOR TO EACH PRESENTATION AND REVIEW USING THE UPLOAD FUNCTION TO A FOLDER WITHIN THE T-FIMS FILE STORAGE AREA AS APPROPRIATE.

| Addressee | Draft | Reg | Repro |
|---|---|---|---|
| AFRL/RIGB | 0 | 1 | 0 |
| 15. TOTAL | | 1 | |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|

DD Form 1423-1, SEP 97 (EG) (Computer Generated)   PREVIOUS EDITIONS ARE OBSOLETE          Page __8__ of _____ Pages

# CONTRACT DATA REQUIREMENTS LIST
## (1 Data Item)

*Form Approved*
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY |
|---|---|---|
| CLIN 0002 | A | TDP ____ TM- ____ OTHER MISC |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| RHAMNOUSIA | FA8750-17-C-0016 | G-7-2227 |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A007 | TECHNICAL INFORMATION REPORT | PHASE REPORT |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| DI-MISC-80652 | SOW PARAGRAPH 4.7.4 | AFRL/RIGB |

| 7. DD250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| NO | TBD | SEE BLOCK 16 | SEE BLOCK 16 | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE / b. COPIES (Draft / Final Reg / Repro) |
| A | | SEE BLOCK 16 | SEE BLOCK 16 | SEE BLOCK 16 |

**16. REMARKS**

CONTRACTOR FORMAT IS ACCEPTABLE. PREFER ELECTRONIC DELIVERY IN MICROSOFT OFFICE SUITE COMPATIBLE FORMAT OR RTF.

CLASSIFICATION: DO NOT INPUT OR UPLOAD INFORMATION THAT IS CLASSIFIED. COORDINATE SUCH SUBMISSIONS WITH THE REQUIRING OFFICE.

THE CONTRACTOR SHALL SUBMIT FOR TA1 AND TA3 AT MIDPOINT AND AT THE COMPLETION OF EACH PHASE.

UTILIZE THE DARPA T-FIMS https://www.tfims.darpa.mil/tfims REPORTING SYSTEM FILE STORAGE FEATURE TO POST CONTRACTOR FORMAT FILES USING THE MISCELLANEOUS FILE TYPE.

THE GOVERNMENT WILL RETURN COMMENTS WITHIN THIRTY (30) DAYS AFTER RECEIPT.

PROVIDE FINAL REPORT WITHIN FIFTEEN (15) DAYS AFTER RECEIPT OF GOVERNMENT COMMENTS.

IN ADDITION, SUBMIT ALL REQUIRED REPORTING INFORMATION TO:

THE AFRL CONTRACT ISSUING OFFICE VIA E-MAIL. REFERENCE SF 26, BLOCK 5. THE ADMINISTRATIVE CONTRACTING OFFICER (ACO), COORDINATE THE DELIVERY MEDIA. REFERENCE SF 26, BLOCK 6.

PROVIDE UPDATES AND SUPPLEMENTS TO THIS DOCUMENT, AS APPROPRIATE, DURING THE PERIOD OF PERFORMANCE. IDENTIFY CHANGES FROM PREVIOUS VERSIONS. PERMANENT CHANGE PAGES SHALL CONFORM TO THE REQUIREMENTS, QUALITY, STYLE AND FORMAT OF THE BASIC DOCUMENTATION.

(Distribution: 1 copy, Final Reg)

15. TOTAL

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|

| CONTRACT DATA REQUIREMENTS LIST (1 Data Item) || Form Approved OMB No. 0704-0188 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY |
|---|---|---|
| CLIN 0002 | A | TDP ___ TM- ___ OTHER MISC |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| RHAMNOUSIA | FA8750-17-C-0016 | G-7-2227 |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A008 | TECHNICAL INFORMATION REPORT | SOFTWARE DOCUMENTATION (DESIGN/ USER DOCUMENTATION) |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| DI-MISC-80652 | SOW PARAGRAPH 4.8.1.5 | AFRL/RIGB |

| 7. DD250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| NO |  | SEE BLOCK 16 | SEE BLOCK 16 |  | b. COPIES | |
| 8. APP CODE | TBD | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| A |  | SEE BLOCK 16 | SEE BLOCK 16 |  |  | Reg / Repro |

16. REMARKS

SEE BLOCK 16

CONTRACTOR FORMAT IS ACCEPTABLE. PREFER ELECTRONIC DELIVERY IN MICROSOFT OFFICE SUITE COMPATIBLE FORMAT OR RTF.

CLASSIFICATION: DO NOT INPUT OR UPLOAD INFORMATION THAT IS CLASSIFIED.

COORDINATE SUBMISSIONS WITH THE REQUIRING OFFICE AT THE END OF EACH PHASE AND COMPLETION.

UTILIZE THE DARPA T-FIMS https://www.tfims.darpa.mil/tfims REPORTING SYSTEM FILE STORAGE FEATURE TO POST CONTRACTOR FORMAT FILES USING THE MISCELLANEOUS FILE TYPE.

THE GOVERNMENT WILL RETURN COMMENTS WITHIN THIRTY (30) DAYS AFTER RECEIPT.

PROVIDE FINAL REPORT WITHIN FIFTEEN (15) DAYS AFTER RECEIPT OF GOVERNMENT COMMENTS.

PROVIDE UPDATES AND SUPPLEMENTS TO THIS DOCUMENT, AS APPROPRIATE, DURING THE PERIOD OF PERFORMANCE. IDENTIFY CHANGES FROM PREVIOUS VERSIONS. PERMANENT CHANGE PAGES SHALL CONFORM TO THE REQUIREMENTS, QUALITY, STYLE AND FORMAT OF THE BASIC DOCUMENTATION.

15. TOTAL

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|

| CONTRACT DATA REQUIREMENTS LIST<br>(1 Data Item) || Form Approved<br>OMB No. 0704-0188 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO.<br>CLIN 0002 | B. EXHIBIT<br>A | C. CATEGORY<br>TDP ____ TM- ____ OTHER IPSC |
|---|---|---|
| D. SYSTEM/ITEM<br>RHAMNOUSIA | E. CONTRACT/PR NO.<br>FA8750-17-C-0016 | F. CONTRACTOR<br>G-7-2227 |

| 1. DATA ITEM NO.<br>A009 | 2. TITLE OF DATA ITEM<br>SOFTWARE PRODUCT SPECIFICATION (SPS) | 3. SUBTITLE<br>EXECUTABLE SOFTWARE, SOURCE FILES AND PACKAGING REQUIREMENTS ||
|---|---|---|---|
| 4. AUTHORITY (Data Acquisition Document No.)<br>DI-IPSC-81441A/T | 5. CONTRACT REFERENCE<br>SOW PARAGRAPH 4.8.1.2 | 6. REQUIRING OFFICE<br>AFRL/RIGB ||

| 7. DD250 REQ<br>NO | 9. DIST STATEMENT REQUIRED<br>TBD | 10. FREQUENCY<br>SEE BLOCK 16 | 12. DATE OF FIRST SUBMISSION<br>SEE BLOCK 16 | 14. DISTRIBUTION |||
|---|---|---|---|---|---|---|
| 8. APP CODE<br>A | | 11. AS OF DATE<br>SEE BLOCK 16 | 13. DATE OF SUBSEQUENT SUBMISSION<br>SEE BLOCK 16 | a. ADDRESSEE | Draft | Final |
| | | | | | | Reg | Repro |

| 16. REMARKS | a. ADDRESSEE | Draft | Reg | Repro |
|---|---|---|---|---|
| BLOCK 2 AND 4, REFERENCE DD FORM 1664 OR FACSIMILE. TAILORING: ONLY PARAGRAPHS 3.1, 3.2 AND 3.3 APPLY. IN THE EVENT THE SOFTWARE PRODUCED HEREIN IS NOT A COMPUTER SOFTWARE CONFIGURATION ITEM (CSCI), DISREGARD CSCI REQUIREMENTS. | COTR | | | 1 |
| | SEE BLOCK 16 | | | |
| CONTRACTOR FORMAT IS ACCEPTABLE. PREFER ELECTRONIC DELIVERY, AS COORDINATED WITH THE COTR. | | | | |
| THE CONTRACTOR SHALL SUBMIT EXECUTABLE SOFTWARE, COMMENTED SOURCE CODE FILES AND PACKAGING REQUIREMENTS AT THE END OF EACH PHASE AND THE COMPLETION OF CLIN 0001. COORDINATE THE DELIVERY MEDIA WITH THE REQUIRING OFFICE. | | | | |
| | 15. TOTAL | | | 1 |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|

DD Form 1423-1, SEP 97 (EG) (Computer Generated)    PREVIOUS EDITIONS ARE OBSOLETE    Page 12 of 15 Pages

| CONTRACT DATA REQUIREMENTS LIST<br>(1 Data Item) || Form Approved<br>OMB No. 0704-0188 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO.<br>CLIN 0002 | B. EXHIBIT<br>A | C. CATEGORY<br>TDP _____ TM- TMSS OTHER _____ |
|---|---|---|
| D. SYSTEM/ITEM<br>RHAMNOUSIA | E. CONTRACT/PR NO.<br>FA8750-17-C-0016 | F. CONTRACTOR<br>G-7-2227 |

| 1. DATA ITEM NO.<br>A010 | 2. TITLE OF DATA ITEM<br>COMMERCIAL OFF-THE-SHELF (COTS) MANUAL AND ASSOCIATED SUPPLEMENTAL DATA | 3. SUBTITLE |
|---|---|---|
| 4. AUTHORITY (Data Acquisition Document No.)<br>DI-TMSS-80527C | 5. CONTRACT REFERENCE<br>SOW PARAGRAPH 4.8.1.6 | 6. REQUIRING OFFICE<br>AFRL/RIGB |

| 7. DD250 REQ<br>NO | 9. DIST STATEMENT REQUIRED<br>TBD | 10. FREQUENCY<br>AS REQUIRED | 12. DATE OF FIRST SUBMISSION<br>SEE BLOCK 16 | 14. DISTRIBUTION |
|---|---|---|---|---|
| 8. APP CODE<br>N/A | | 11. AS OF DATE<br>0 | 13. DATE OF SUBSEQUENT SUBMISSION<br>N/A | |

| 14. DISTRIBUTION | | | |
|---|---|---|---|
| a. ADDRESSEE | Draft | Final Reg | Final Repro |
| COTR | | 1 | |
| SEE BLOCK 16 | | | |
| 15. TOTAL | | 1 | |

16. REMARKS

UTILIZE MIL-PRF-32216 FOR GUIDANCE AS COORDINATED WITH THE REQUIRING OFFICE.

THE CONTRACTOR SHALL SUBMIT ORIGINAL MEDIA COTS MANUALS AND SUPPLEMENTAL DATA CONCURRENT WITH EACH DELIVERY OF ASSOCIATED SOFTWARE OR HARDWARE AS APPLICABLE.

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|

DD Form 1423-1, SEP 97 (EG) (Computer Generated)   PREVIOUS EDITIONS ARE OBSOLETE   Page 13 of 15 Pages

| CONTRACT DATA REQUIREMENTS LIST<br>(1 Data Item) || Form Approved<br>OMB No. 0704-0188 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO.<br>CLIN 0002 | B. EXHIBIT<br>A | C. CATEGORY<br>TDP ___ TM- ___ OTHER MISC |
|---|---|---|
| D. SYSTEM/ITEM<br>RHAMNOUSIA | E. CONTRACT/PR NO.<br>FA8750-17-C-0016 | F. CONTRACTOR<br>G-7-2227 |
| 1. DATA ITEM NO.<br>A011 | 2. TITLE OF DATA ITEM<br>SCIENTIFIC AND TECHNICAL REPORTS | 3. SUBTITLE<br>DARPA FINAL REPORT |
| 4. AUTHORITY (Data Acquisition Document No.)<br>DI-MISC-80711A/T | 5. CONTRACT REFERENCE<br>SOW PARAGRAPH 4.7.5 | 6. REQUIRING OFFICE<br>AFRL/RIGB |

| 7. DD250 REQ<br>DD | 9. DIST STATEMENT REQUIRED<br>TBD | 10. FREQUENCY<br>ONE/R | 12. DATE OF FIRST SUBMISSION<br>SEE BLK 16 | 14. DISTRIBUTION |||
|---|---|---|---|---|---|---|
| 8. APP CODE<br>A | | 11. AS OF DATE<br>SEE BLK 16 | 13. DATE OF SUBSEQUENT SUBMISSION<br>SEE BLK 16 | a. ADDRESSEE | Draft | Final Reg / Repro |

16. REMARKS                                                                                       SEE BLOCK 16

NOTE: THE CONTRACTOR SHALL NOT DELIVER ANY TECHNICAL DATA WITH RESTRICTIVE MARKINGS UNLESS THE TECHNICAL DATA ARE LISTED ON AN ATTACHMENT TO THIS CONTRACT ENTITLED "IDENTIFICATION AND ASSERTION OF RESTRICTIONS ON THE GOVERNMENT'S USE, RELEASE OR DISCLOSURE OF TECHNICAL DATA OR COMPUTER SOFTWARE." UNLESS WAIVED BY THE AFRL TECHNICAL DIRECTOR, IF THE FINAL REPORT CONTAINS DATA THAT IS DELIVERED WITH LESS-THAN-UNLIMITED RIGHTS (e.g. LIMITED RIGHTS, GOVERNMENT PURPOSE RIGHTS, SPECIFICALLY NEGOTIATED LICENSE RIGHTS), THE DATA WITH LESS-THAN-UNLIMITED RIGHTS SHALL BE DELIVERED IN AN APPROPRIATELY MARKED APPENDIX TO THE FINAL REPORT. THEREFORE, THE FINAL REPORT WITHOUT THE APPENDIX SHALL BE CONSIDERED TO BE DELIVERED WITH UNLIMITED RIGHTS.BLOCK 4: DID-MISC-80711A/T AND REFERENCE

- ANSI/NISO Z39.18-2005 BASED AFRL FORMAT GUIDELINES
- STANDARD FORM 298
- AFRL TECHNICAL QUALITY CHECKLIST AFRL FORM 25

(AVAILABLE AT https://www.fbo.gov/spg/USAF/AFMC/AFRLrrs/Reference-Number-FTRguidelines/listing.html)

BLOCK 9: DISTRIBUTION STATEMENT F: FURTHER DISSEMINATION ONLY AS DIRECTED BY AFRL/RIGB, ROME, NY 13441

NOTE: THIS DISTRIBUTION STATEMENT IS PRELIMINARY ONLY. FINAL DISTRIBUTION STATEMENT SHALL BE DETERMINED BY THE GOVERNMENT DURING THE REVIEW PROCESS.

(IF APPLICABLE) "WARNING - THIS DOCUMENT CONTAINS TECHNICAL DATA WHOSE EXPORT IS RESTRICTED BY THE ARMS EXPORT CONTROL ACT (TITLE 22, USC, SEC 2751 ET SEQ) OR THE EXPORT ADMINISTRATION ACT OF 1979, AS AMENDED, TITLE 50, USC,APP 2401 ET SEQ. VIOLATIONS OF THESE EXPORT LAWS ARE SUBJECT TO SEVERE CRIMINAL PENALTIES. DISSEMINATE IAW THE PROVISIONS OF DOD DIRECTIVE 5230.25"

BLOCK 11: COMPLETION OF TECHNICAL EFFORT, SEE SECTION F CLIN 0001.

(CONTINUED)

15. TOTAL

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|

| CONTRACT DATA REQUIREMENTS LIST (1 Data Item) | | | Form Approved OMB No. 0704-0188 |
|---|---|---|---|

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY |
|---|---|---|
| CLIN 0002 | A | TDP ____ TM- ____ OTHER MISC |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| RHAMNOUSIA | FA8750-17-C-0016 | G-7-2227 |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A011 C0NT'D | SCIENTIFIC AND TECHNICAL REPORTS | DARPA FINAL REPORT |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| DI-MISC-80711A/T | SOW PARAGRAPH 4.7.5 | AFRL/RIGB |

| 7. DD250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| DD | TBD | ONE/R | SEE BLOCK 16 | |
| 8. APP CODE A | | 11. AS OF DATE SEE BLOCK 16 | 13. DATE OF SUBSEQUENT SUBMISSION SEE BLOCK 16 | a. ADDRESSEE / Draft / Final (Reg, Repro) b. COPIES |

**16. REMARKS**

BLOCK 12, 13 & 14 CONTRACTOR SHALL DELIVER THE UNCLASSIFIED FINAL REPORT WITH SF 298 AND THE COMPLETED TECHNICAL QUALITY CHECKLIST (AFRL FORM 25) WITHIN FIFTEEN (15) CALENDAR DAYS AFTER THE COMPLETION OF THE TECHNICAL EFFORT. ELECTRONIC DELIVERY VIA UPLOAD UNCLASSIFIED REPORTS (.DOC, .PDF, .RTF) TO THE T-FIMS STORAGE AREA (PROJECT CLOSE-OUT-FINAL REPORT). PROVIDE A COPY TO AFRL/RIOSI(STINFO) ON CDR/DVD. THE GOVERNMENT WILL REVIEW, EDIT, AND RETURN FOR CORRECTIONS IF NEEDED WITHIN THIRTY (30) DAYS. THE CONTRACTOR SHALL INCORPORATE ALL REQUIRED CHANGES AND RESUBMIT THE FINAL REPORT, SF 298, AND AFRL FORM 25 TO T-FIMS AND AFRL/RIOSI(STINFO) WITHIN FIFTEEN (15) DAYS.

REPRODUCTION AND DISTRIBUTION CONTROL OF THIS DOCUMENT IS THE RESPONSIBILITY OF THE PROCURING ACTIVITY. SUBMISSION OF THE FINAL UPDATED REPORT SATISFIES THE REQUIREMENT AT DFARS 252.235-7011 TO SUBMIT FINAL REPORTS TO DTIC.

NOTE: FOR CLASSIFIED (UP TO AND INCLUDING SECRET): SUBMIT ONE (1) HARDCOPY AND ONE (1) CDR/DVD, MARKED APPROPRIATELY AND DELIVERED VIA AN APPROVED MAILING SERVICE FOR CLASSIFIED TO EACH OF THE FOLLOWING:

DEFENSE ADVANCED RESEARCH PROJECTS AGENCY/I2O
ATTN: ANGELOS KEROMTIS
675 NORTH RANDOLPH STREET
ARLINGTON, VA 22203-2114
AND
AFRL/RIOSI
26 ELECTRONIC PARKWAY
ROME, NEW YORK 13441-4514

ALL OTHER FTR CDRL CONDITIONS APPLY.

INCLUDE ON THE COVER PAGE OF THIS REPORT:

"THE VIEWS AND CONCLUSIONS CONTAINED IN THIS DOCUMENT ARE THOSE OF THE AUTHORS AND SHOULD NOT BE INTERPRETED AS REPRESENTING THE OFFICAL POLICIES, EITHER EXPRESSED OR IMPLIED, OF THE DEFENSE ADVANCED RESEARCH PROJECTS AGENCY OR THE US GOVERNMENT."

15. TOTAL

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|

DD Form 1423-1, SEP 97 (EG) (Computer Generated)   PREVIOUS EDITIONS ARE OBSOLETE   Page 15 of 15 Pages