# EXHIBIT 23

# Williams, Ashley

| | |
|---|---|
| **From:** | JARMULA, KARA J CIV USAF AFMC AFRL/RIKE <kara.jarmula@us.af.mil> |
| **Sent:** | Monday, December 12, 2016 1:41 PM |
| **To:** | Williams, Ashley |
| **Subject:** | RE: AWARD/CONTRACT NO FA8750-17-C-0016 PCSN G72227 MIPR HR0011623749 |
| **Importance:** | High |

Hi Ashley,

Hope all is well. In regards to the Acknowledgement of Sponsorship, please follow the requirement as written. In regards to the equipment below, you must obtain Contracting Officer approval for the acquisition of the equipment, other than that of which is listed. Therefore, the adjustment of quantities for the equipment being purchased, will require CO approval. This approval can be completed via email, with no further action/modification completed. Therefore, if you would like, you may send an email to me requesting approval, and I will forward to my CO, or you may CC the Contracting Officer on your request. Her information is as follows:
Michele.Martinelli@us.af.mil

Thank you,
Kara

-----Original Message-----
From: Williams, Ashley [mailto:Ashley.Williams@osp.gatech.edu]
Sent: Tuesday, December 06, 2016 12:54 PM
To: JARMULA, KARA J CIV USAF AFMC AFRL/RIKE <kara.jarmula@us.af.mil>
Subject: RE: AWARD/CONTRACT NO FA8750-17-C-0016 PCSN G72227 MIPR HR0011623749

Good afternoon Kara,

I received an additional request for clarification on the subject contract. On page 61, Item 7 of the attached, the equipment list sites (94) 1U Servers and (4) Data Node Clusters. We believe this section should read (8) 1U Servers and (90) Data Node Clusters. Can the typo be corrected with a no-cost modification? Please let me know if more information is needed.

Thank you,

Ashley Williams, CRA
Contracting Officer/Asst. to General Manager

Georgia Tech Research Corporation
Georgia Tech Applied Research Corporation Office of Sponsored Programs
505 Tenth St., NW, Atlanta, GA 30332-0420
P: 404-385-2085; C: 404-719-7199; F: 404-385-0864 www.osp.gatech.edu

-----Original Message-----
From: Williams, Ashley
Sent: Tuesday, November 29, 2016 4:12 PM
To: 'JARMULA, KARA J CIV USAF AFMC AFRL/RIKE' <kara.jarmula@us.af.mil>
Subject: RE: AWARD/CONTRACT NO FA8750-17-C-0016 PCSN G72227 MIPR HR0011623749

1

Thanks Kara. The DD254 clarification has resolved the issue.

As a separate item, the contract includes an Acknowledgement of Support Disclaimer tailored to allow GTRC to acknowledge both AFRL and DARPA. An internal communication was published announcing the contract award and identified DARPA as its sponsor. I've been asked to seek clarification whether AFRL intends for GIT/GTRC to identify DARPA in publications as our team has received different guidance from DARPA.

Kindest regards,

Ashley Williams, CRA
Contracting Officer/Asst. to General Manager

Georgia Tech Research Corporation
Georgia Tech Applied Research Corporation Office of Sponsored Programs
505 Tenth St., NW, Atlanta, GA 30332-0420
P: 404-385-2085; C: 404-719-7199; F: 404-385-0864 www.osp.gatech.edu

-----Original Message-----
From: JARMULA, KARA J CIV USAF AFMC AFRL/RIKE [mailto:kara.jarmula@us.af.mil]
Sent: Monday, November 28, 2016 8:44 AM
To: Williams, Ashley <Ashley.Williams@osp.gatech.edu>
Subject: RE: AWARD/CONTRACT NO FA8750-17-C-0016 PCSN G72227 MIPR HR0011623749

No problem, please let me know upon the review of the team, if this resolves the issue.

Thank you,
Kara

-----Original Message-----
From: Williams, Ashley [mailto:Ashley.Williams@osp.gatech.edu]
Sent: Monday, November 28, 2016 8:41 AM
To: JARMULA, KARA J CIV USAF AFMC AFRL/RIKE <kara.jarmula@us.af.mil>
Subject: RE: AWARD/CONTRACT NO FA8750-17-C-0016 PCSN G72227 MIPR HR0011623749

Thank you for the clarification. I'll forward this information along to the team. I appreciate your help with this request.

Kindest regards,

Ashley Williams

-----Original Message-----
From: JARMULA, KARA J CIV USAF AFMC AFRL/RIKE [mailto:kara.jarmula@us.af.mil]
Sent: Monday, November 28, 2016 7:42 AM
To: Williams, Ashley <Ashley.Williams@osp.gatech.edu>
Subject: RE: AWARD/CONTRACT NO FA8750-17-C-0016 PCSN G72227 MIPR HR0011623749
Importance: High

Good Morning Ashley,

I have followed up with DARPA regarding your concern and requesting a revised DD 254 to be included in a subsequent modification. After reviewing the DD 254, DARPA has pointed out that Block 12 of the current DD 254 states ""No

information, **except as provided in applicable U.S. Statutes**, which is classified or unclassified pertaining to this contract shall be released for public dissemination without prior written approval of DARPA."

**Fundamental Research is the exception (IAW NSSD 189, the National policy) hence there are no prepublication review requirements **

Therefore, a revised DD 254 is not necessary.

Please review the information provided, and if the issue is resolved.

Thank you,
Kara

-----Original Message-----
From: Williams, Ashley [mailto:Ashley.Williams@osp.gatech.edu]
Sent: Friday, November 18, 2016 11:12 AM
To: JARMULA, KARA J CIV USAF AFMC AFRL/RIKE <kara.jarmula@us.af.mil>
Cc: 'onr_atlanta@onr.navy.mil' <onr_atlanta@onr.navy.mil>
Subject: RE: AWARD/CONTRACT NO FA8750-17-C-0016 PCSN G72227 MIPR HR0011623749

Good morning Kara,

Thank you for the signed contract. In following up with previous correspondences, Georgia Tech Research Corporation respectfully requests clarification to the contract DD 254 making it clear that Manos's part of the work effort is fundamental research and excluded from publication restrictions. As we understand AFRL is working with DARPA to resolve, in the interim, can you provide us with a letter or email showing AFRL's intent to clarify these terms via future contract modification?

We certainly appreciate your consideration and award. If you have any questions, feel free to contact me via phone or email.

Kindest regards,

Ashley Williams, CRA
Contracting Officer
Georgia Institute of Technology
Office of Sponsored Programs
505 Tenth St., NW, Atlanta, GA 30332-0420
P: 404-385-2085; F: 404-385-0864
www.osp.gatech.edu

-----Original Message-----
From: JARMULA, KARA J CIV USAF AFMC AFRL/RIKE [mailto:kara.jarmula@us.af.mil]
Sent: Thursday, November 17, 2016 5:01 PM
To: Sibble, Dan <Dan.Sibble@osp.gatech.edu>; Williams, Ashley <Ashley.Williams@osp.gatech.edu>
Cc: AMODIO, DEBRA A CIV USAF AFMC AFRL/RIKE <debra.amodio@us.af.mil>; MARTINELLI, MICHELE A CIV USAF AFMC AFRL/RIKE <michele.martinelli@us.af.mil>; VANDERJAGT, SHELLY A GS-07 USAF AFMC AFRL/RIKE <shelly.vanderjagt@us.af.mil>; AFRL/RIFDC Office <afrl.rifdc@us.af.mil>; AFRL/RIGM Office <afrl.rigm@us.af.mil>; GAMBINO, DANIELLE M CIV USAF AFMC AFRL/RIGB <danielle.gambino@us.af.mil>; darpa-och@darpa.mil; AFRL/RIB DARPA <AFRL.rib.darpa@us.af.mil>; CONNIFF, KELLY L DO-02 USAF AFMC AFRL/RIKA <kelly.conniff@us.af.mil>; ANGELOS.KEROMYTIS@DARPA.MIL; KELLY.MCLAUGHLIN.CTR@DARPA.MIL; MOULTON, BARBARA J DO-03 USAF AFMC

AFRL/RIF <barbara.moulton@us.af.mil>; tanya.tanner@darpa.mil; jonathan.nesburg.ctr@darpa.mil; DECKER, JUDITH A GS-09 USAF AFMC AFRL/RIJ <judith.decker@us.af.mil>; JOYCE.THURMOND@SBA.GOV
Subject: AWARD/CONTRACT NO FA8750-17-C-0016 PCSN G72227 MIPR HR0011623749
Importance: High

Good morning,

Subject document has been awarded and will be posted on the EDA web site within the next twenty four hours.

The Contractor is: GEORGIA TECH RESEARCH CORPORATION CAGE Code: 1G474

Attached is an electronic copy of the following documents applicable to subject document:

    Contract FA8750-17-C-0016

Thank you,
Kara

Kara Jarmula
Contract Specialist
AFRL/RIKE
26 Electronic Parkway
Rome, NY 13441-4514
Comm: 315-330-4174
Email: kara.jarmula@us.af.mil