# EXHIBIT 26

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
|  | 1 / 5 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00001 | 07-Nov-2022 | SEE SCHEDULE |  |

| 6. ISSUED BY | CODE | HR0011 | 7. ADMINISTERED BY (If other than item 6) | CODE | N66020 |
|---|---|---|---|---|---|
| DARPA CMO<br>ATTN: MARK JONES<br>MARK.JONES@DARPA.MIL<br>675 N. RANDOLPH STREET<br>ARLINGTON VA 22203-2114 | | | OFFICE OF NAVAL RESEARCH<br>ATLANTA REGIONAL OFFICE<br>100 ALABAMA ST SW, SUITE 4R15<br>ATLANTA GA 30303-5000 | SCD: C | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| GEORGIA TECH RESEARCH CORPORATION<br>926 DALNEY ST NW<br>ATLANTA GA 30332 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO.<br>HR001123C0035 |
| CODE  1G474 | FACILITY CODE | X | 10B. DATED (SEE ITEM 13)<br>05-Oct-2022 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**
See Schedule

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>Bilateral IAW FAR 43.103(a) and mutual agreement of the parties. |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return  1  copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: jyen123127

The purpose of this administrative modification is to incorporate the Attachment 4 DD Form 254 and adds Non-Fundamental Research CLIN 0003 to the contract along with Non-Fundamental Research FAR and DFARS clauses. As such, the Attachments 1 and 1A are updated and marked P00001. See Summary of Changes.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Ashley Smith, Asst. to Vice President / Cynthia Hope, Vice President | Mark Jones / Contracting Officer<br>TEL:     EMAIL: mark.jones@darpa.mil |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| Ashley Smith / Cynthia Hope<br>(Signature of person authorized to sign) | 11/3/2022<br>4:30 PM EDT | JONES.MARK.Q.1229695599  Digitally signed by JONES.MARK.Q.1229695599<br>Date: 2022.11.07 10:20:35 -05'00'<br>(Signature of Contracting Officer) | 07-Nov-2022 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**

**SUMMARY OF CHANGES**

SECTION B - SUPPLIES OR SERVICES AND PRICES

    CLIN 0001
        The CLIN description has changed from SMOKE Phase I and II to SMOKE Phase I and II FR.
        The CLIN extended description has changed:

From:

The Contractor shall accomplish the tasks depicted in the Statement of Work, Attachment 1 to the contract, and per additional instructions in Attachment 1A. Data and deliverables/reports shall be provided in accordance with the Statement of Work and Attachment 1A.

To:

The Contractor shall accomplish the **Fundamental Research** tasks depicted in the Statement of Work, Attachment 1 to the contract, and per additional instructions in Attachment 1A. Data and deliverables/reports shall be provided in accordance with the Statement of Work and Attachment 1A.

        The estimated/max cost has decreased by $20,000.00 from $22,704,951.00 to $22,684,951.00.
        The total cost of this line item has decreased by $20,000.00 from $22,704,951.00 to $22,684,951.00.

    SUBCLIN 000102
        The CLIN description has changed from FY22 funds $553,854 to FY22 funds $543,854.

    CLIN 0002
        The CLIN description has changed from SMOKE Option 2 to SMOKE Option 2 FR.
        The CLIN extended description has changed:

From:

The Contractor shall accomplish the option tasks depicted in the Statement of Work, Attachment 1 to the contract, and per additional instructions in Attachment 1A. Data and deliverables/reports shall be provided in accordance with the Statement of Work and Attachment 1A.

To:

The Contractor shall accomplish the option **Fundamental Research** tasks depicted in the Statement of Work, Attachment 1 to the contract, and per additional instructions in Attachment 1A. Data and deliverables/reports shall be provided in accordance with the Statement of Work and Attachment 1A.

    CLIN 0003 is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 1 | Lot | | $20,000.00 |

SMOKE Phase I and II Non-FR
COST
The Contractor shall accomplish the Non-Fundamental Research tasks depicted in the Statement of Work, Attachment 1 to the contract, and per additional instructions in Attachment 1A. Data and deliverables/reports shall be provided in accordance with the Statement of Work and Attachment 1A.
FOB: Destination
PSC CD: AC12

| | ESTIMATED COST | $20,000.00 |
|---|---|---|

SUBCLIN 000301 is added as follows:

| ITEM NO | | AMOUNT |
|---|---|---|
| 000301 | FY22 funds $10,000 | $0.00 |
| | PR No. HR0011261160 | |
| | ACRN AA | $10,000.00 |
| | CIN: HR00112611600001 | |

The following have been modified:

SECTION B INSTRUCTIONS

Incremental Funding

This contract shall be subject to incremental funding with $1,115,548 presently made available for performance under this contract. It is estimated that the funds presently available are sufficient to permit the Contractor's performance through January 2023. Except in accordance with the Section I clause FAR 52.232-22 "Limitation of Funds," no legal liability of the part of the Government for payment of any money in excess of $1,115,548 shall arise unless and until additional funds are made available by the Contracting Officer through a modification to this contract.

Disclosure of Information / Public Release or Dissemination of Information

NOTE:  For Non-Fundamental Research CLINs, in lieu of requesting the Contracting Officer's written approval as stated in paragraph (a) of DFARS 252.204-7000 "Disclosure of Information", first submit any requests to the Program Security Officer (PSO) as instructed in Attachment 4 DD Form 254. After the PSO confirms there is no classified information within the request, follow the procedures in Attachment 1A Additional Requirements under Public Release or Dissemination of Information.

For other CLINs, in lieu of requesting the Contracting Officer's written approval as stated in paragraph (a) of DFARS 252.204-7000 "Disclosure of Information", follow the procedures in Attachment 1A Additional Requirements under Public Release or Dissemination of Information.

SECTION F - DELIVERIES OR PERFORMANCE

The following Delivery Schedule for CLIN 0003 has been added:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|
| 05-OCT-2025 | 1 | NAVAL INFORMATION WARFARE CENTER PACIFIC<br>ROBERT WENDLAND<br>53560 HULL STREET<br>SAN DIEGO CA 92152-5001<br>(619) 553-5913<br>FOB:  Destination | N66001 |

SECTION G - CONTRACT ADMINISTRATION DATA

Accounting and Appropriation

Summary for the Payment Office

SUBCLIN 000102:

AA: ^^^097^2022^2023^^0400^000^^255^D^20602303E00^^^^^1300^00008522^012199^DARPA^I2O - INFORMATIO^CSMKMM^2022.IT-03.CORE.^255.00 R&D Cont^^^ (CIN HR00112611600001) was decreased by $10,000.00 from $553,854.00 to $543,854.00

SUBCLIN 000301:
Funding on SUBCLIN 000301 is initiated as follows:

ACRN: AA

CIN: HR00112611600001

Acctng Data:
^^^097^2022^2023^^0400^000^^255^D^20602303E00^^^^^1300^00008522^012199^DARPA^I2O - INFORMATIO^CSMKMM^2022.IT-03.CORE.^255.00 R&D Cont^^^

Increase: $10,000.00

Total: $10,000.00

SECTION I - CONTRACT CLAUSES

The following have been added by reference:

| | | |
|---|---|---|
| 52.204-2 Alt I | Security Requirements (MAR 2021) - Alternate I | APR 1984 |
| 52.227-10 | Filing Of Patent Applications--Classified Subject Matter | DEC 2007 |
| 252.223-7004 | Drug Free Work Force | SEP 1988 |

The following text has been added:

<u>NON-FUNDAMENTAL RESEARCH</u>

The following FAR and DFARS clauses above apply to the Non-Fundamental Research and Controlled Unclassified Information (CUI) portion of this effort.

FAR 52.204-2 Alt I
FAR 52.227-10
DFARS 252.204-7012
DFARS 252.204-7020
DFARS 252.223-7004

(End of clause)


SECTION J - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

The following have been modified:

List of Attachments

| Attachments | Description | Incorporated |
|---|---|---|
| Attachment 1 | Statement of Work | **P00001** |
| Attachment 1A | Additional Requirements | **P00001** |
| Attachment 2 | COR Appointment Memo | BASE |
| Attachment 3 | SMOKE CUI Guide | BASE |
| **Attachment 4** | **DD Form 254** | **P00001** |


(End of Summary of Changes)