# EXHIBIT 27

# ATTACHMENT 1A
# ADDITIONAL REQUIREMENTS

**REPORTS AND/OR OTHER DELIVERABLES**

(a)  The Contractor shall submit the following reports and other deliverables in accordance with the delivery schedule and instructions set forth herein.  Reports and other deliverables shall be provided to the individuals/offices specified, include an acknowledgment of the Government's support and a disclaimer in accordance with DFARS 252.235-7010, and be marked with an appropriate Distribution Statement. Unless specified differently by the Government after receipt of a deliverable, Distribution Statement A applies and should be annotated as follows:

"Approved for public release."

Reports and other deliverables from Cox Communications shall be marked with Distributed Statement C and should be annotated as follows:

"Distribution authorized to U.S. Government agencies and their contractors only due to the inclusion of proprietary information and to prevent Premature Dissemination of potentially critical technological Information. Other requests for this document shall be referred to DARPA Public Release Center (PRC) via email at public_release_center@darpa.mil."

| Item No. (CLIN No) | Description | Due Date (on or before) |
|---|---|---|
| **0001**[3] | **Agendas, Meeting Notes, Presentation Materials** | **Drafts provided with sufficient lead time for Government review; Final drafts NLT 7 days post meeting** |
| **0001**[3] | **Unclassified Financial Reports** | **Monthly NLT 10 days after month end** |
| **0001**[3] | **R&D Status Reports detailing progress made, tasks accomplished, major risks, planned activities, trip summaries, changes to key personnel, and any potential issues or problem areas that require attention of the Government Team** | **Quarterly NLT 10 days after quarter end** |
| 0001[3] | Fundamental Research CLIN<br>SMOKE Phase I – Computation of statistical features for modeling building new statistical version of tracking system<br>SMOKE Phase II – Expand software computation for teams, expand capabilities of tracking system | 36 months after date of award |
| 0002[1] | SMOKE Option 2 – equipment only option | 12 months after option exercise |
| 0003[3] | Non-Fundamental Research CLIN<br>SMOKE Phase I and II – Access to CUI for transitional activities on Government facilities and/or GTRI facilities. | 36 months after date of award |
| **0001**[3] | **Final Phase Reports** | **End of overall period of performance NLT 30 days after phase end** |

| 0001, 0003[3] | **Additional Classified and Unclassified Data Deliverables Technical Reports, Source Code, Libraries, Software Documentation, and Inputs to PI Presentations as required** | As required by the SOW |
|---|---|---|
| 0101[2] | Equipment Disposition List | Property Closeout |
| 0102[2] | Material Disposition List | Property Closeout |

[1]CLIN 0002 deliverables if option exercised. Unclassified deliverables will follow the submission procedures below.
[2]In accordance with FAR Clause 52.245-1 and PGI 245.402.71(3)
[3]Unclassified deliverables will follow the submission procedures below; classified deliverables will follow the submission procedures in accordance with the Attachment 4 – DD Form 254.

(b)  INSTRUCTIONS:

In order to register for access to the HR001123C0035 contract in the DARPA Vault, please email team-smoke@darpa.mil upon receipt of award. Upload all required reports electronically to the DARPA Vault tool, which can be accessed at the following web location:

https://vault.darpa.mil/

Within 24 hours of documentation upload, send an email communication to the following parties to provide notice that documentation upload has been completed:

DARPA/I2O
Attn:  Mr. John-Francis Mergen, Program Manager
675 North Randolph Street
Arlington, VA 22203-2114
Email:  john-francis.mergen@darpa.mil
(one copy each report)

DARPA/I2O
Attn:  Ms. Courtney Tomlinson, ADPM
675 North Randolph Street
Arlington, VA 22203-2114
Email:  courtney.tomlinson@darpa.mil
(one copy each report)

DARPA/Research Support Center
675 North Randolph Street
Arlington, VA 22203-2114
Email:  researchsupport@darpa.mil
(one copy of the Final Technical Report)

DARPA/CMO
Attn:  Mr. Mark Q. Jones, Contracting Officer
675 North Randolph Street
Arlington, VA 22203-2114
Email:  mark.jones@darpa.mil
(one copy each report)

Contracting Officer's Representative (COR)
Attn:  Mr. Robert W. Wendland
53560 Hull Street,
San Diego, CA 92152-5001
Email:  robert.w.wendland.civ@us.navy.mil
(one copy each report)

Defense Technical Information Center
See DFARS 252.235-7011

DARPA/CMO Closeout
Email:  CMO_closeout@darpa.mil
(one electronic copy of the Final Report only, if unclassified, and all Interim and Final Report of Inventions and Subcontracts [i.e. DD Form 882])

In the event the Vault is temporarily unavailable for document upload, report deliverables can be submitted to the points of contact using only one of the following listed submissions mechanisms:

(i)     Email an as encrypted attachment using Encryption Wizard (EW);
(ii)    Email as a password protected PDF attachment (password sent via a separate email);
(iii)   Email with no encryption or password protection if deemed appropriate; or
(iv)    Regular mail on CD.

(c) Additional Distribution for Technical Reports/Final Report

In addition to submitting Technical Reports per the procedures in paragraph (b), send copies of any Technical Data deliverables and the Final Report to the Defense Technical Information Center (DTIC).  Follow the format and submission instructions per DFARS 252.235-7011.  NOTE:  DTIC can accept submissions classified up to SECRET.  Any deliverables with higher classification shall not be submitted to DTIC.

(d) FORMATS (If Applicable):

R&D Status Report:

The R&D Status Report, not to exceed five pages in length, shall contain the following: (i) for first report only; the date work actually started; (ii) Description of progress during the reporting period, supported by reasons for any change in approach reported previously; (iii) Planned activities and milestones for the next reporting period; (iv) Description of any major items of experimental or special equipment purchased or constructed during the reporting period; (v) Notification of any changes in key personnel associated with the contract during the reporting period; (vi) Summary of substantive information derived from noteworthy trips, meetings, and special conferences held in connection with the contract during the reporting period, (vii) Summary of all problems or areas of concern; (viii) Related accomplishments since last report, (ix) Other items of interest that the contractor may wish to bring to the attention of the government if/as required.

Payable Milestone Report:

The Payable Milestone Report shall substantiate contractor activities in support of accomplishment of the stated milestone.  It shall contain the following: (i) Milestone Objective; (ii) Technical Problems/Challenges; (iii) General Methodology (i.e. literature review, laboratory experiments, surveys, etc.); (iv) Technical Results; (v) Important Findings and Conclusions; (vi) Significant Hardware Development; (vii) Special Comments; (viii) Implications for Further Research; (ix) Other items of interest that the contractor may wish to bring to the attention of the government if/as required.

Financial Status Report:

Except for fixed price type contracts, the Financial Status Report will detail costs incurred in support of the contracted work, to include total costs incurred to-date, costs incurred since the last reporting cycle, and costs projected to be incurred in total for accomplishment of work activities (i.e. the negotiated contract value, excluding any unexercised options).  The report will include information depicting actual costs incurred in comparison to planned expenditures.  If the effort has been incrementally funded, the report will include a statement that sufficient funding remains for accomplishment of scheduled work activities planned for the upcoming reporting cycle, or articulate that funds will be required, and specify the amount requested, in order to support ongoing work activities.  If the contractor has incurred greater than, +/- 10 percent in actual costs, in comparison to planned expenditures, for accomplishment of work activities during a reporting cycle, the contractor shall provide rationale explaining the variance.  The contractor shall not change the current negotiated total contract value (excluding unexercised options) as a result of any cost overruns/underruns, unless the contracting officer modifies the contract to reflect a different value based on scope changes as agreed to between the parties.

Final Report:

The Final Report shall document the totality of the contractor's efforts in accomplishing the work.  If the Government chooses to exercise the option(s) under this contract, the due date for the final report is extended accordingly.  The Final Report shall address the following: (i) Task Objectives; (ii) Technical Problems/Challenges; (iii) General Methodology (i.e., literature review, laboratory experiments, surveys, etc.); (iv) Technical Results; (v) Important Findings and Conclusions; (vi) Significant Hardware Development; (vii) Special Comments; (viii) Implications for Further Research; (ix) Other items of interest that the contractor may wish to bring to the attention of the government if/as required.

Other Deliverables:

Other deliverable reports may be submitted in Government approved Contractor format.

## INSPECTION AND ACCEPTANCE AT DESTINATION

Supplies/services will be inspected/accepted at destination by the Contracting Officer's Representative (COR) identified in the Report Distribution List.  Use of the DD250 is required for the submission of the Final Report and all Technical Data and software deliverables only.  The DD250 must be submitted in WAWF, with the COR as the Service Acceptor (DoDAAC is N66001).

## TYPE OF CONTRACT

This is a cost reimbursement type contract.

**CONTROLLED UNCLASSIFIED INFORMATION**

[X]  This contract involves Controlled Unclassified Information (CUI). Contractor agrees to protect all CUI in accordance with the CUI Guide incorporated into this contract. If this contract involves both classified information and CUI, Contractor agrees to protect all CUI in accordance with the Security Classification Guide.

[  ]  This contract does not involve Controlled Unclassified Information (CUI). Contractor agrees to promptly notify the Government in writing if there is any CUI involved in this contract.

**KEY PERSONNEL**

The personnel listed below are considered essential to the work being performed.  Prior to substituting, removing, replacing, or otherwise diverting the activity of any of the key individuals specified below, the contractor shall notify the DARPA Contracting Officer in writing at least fifteen (15) calendar days in advance, unless compelling circumstances exist otherwise, and include information supporting the need for change.  The proposed substitution of personnel must meet or exceed the qualifications of the candidate identified herein, as determined and agreed to by the Contracting Officer.:

| Name | Role | Organization |
|---|---|---|
| Manos Antonakakis | PI | GTRC |
| Angelos Keromytis | Co-PI | GTRC |
| Doug Blough | Co-PI | GTRC |
| Roberto Perdisci | Professor | UGA |
| Matt Carothers | SME | Cox Communications |

**SMALL BUSINESS SUBCONTRACTING PLAN AND GOALS**

The Contractor's Small Business Subcontracting Plan, dated July 21, 2022, is incorporated herein and made a part of this contract by reference.

**TRAVEL**

(a) University Performers:  Reimbursement for travel-related expenses shall be as stipulated in 2 CFR 200, subpart E and appendix III, as prescribed by FAR 31.303.

(b) Non-Profit Performers:  Reimbursement for travel-related expenses shall be as stipulated in 2 CFR 200, subpart E and appendix IV, as prescribed by FAR 31.703.

(c) Non-University/For-Profit Performers and Nonprofit Organizations exempted from the OMB Uniform Guidance at 2 CFR 200, appendix VIII:  Reimbursement for travel-related expenses shall be as stipulated in FAR 31.205-46 and DFARS 252.231-7000.

(d) In connection with direct charge to the contract of travel-related expenses, the Contractor shall hold travel to the minimum required to meet the objectives of the contract.

**PUBLIC RELEASE OR DISSEMINATION OF INFORMATION**

(a) At this time, DARPA expects the work performed by the <u>Georgia Tech Research Corporation</u> and it's subcontractor, <u>the University of Georgia</u>, under this contract to be fundamental research and it is, therefore, not subject to publication restrictions. Papers resulting from unclassified contracted fundamental research are exempt from prepublication controls and requirements, pursuant to DoD Instruction 5230.27, dated November 18, 2016.

(b) Should the character of the research change during contract performance so that the research is no longer considered fundamental, the contract will be modified to impose the restrictions on public release and dissemination of information that apply to those research efforts that are not considered fundamental research.

(c) At this time, DARPA expects the GTRC's non-fundamental research tasks and the subcontractor, <u>Cox Communications</u>, work performed under this contract, will NOT be fundamental research, and it is, therefore, subject to the following publication restrictions:

There shall be no dissemination or publication, except within and between the Contractor and any subcontractors, of information developed under this contract or contained in the reports to be furnished pursuant to this contract without prior written approval, which will be communicated to the Contractor by email through the DARPA Public Release Center (PRC) at PRC@darpa.mil. All technical reports will be given proper review by appropriate authority to determine which Distribution Statement is to be applied prior to the initial distribution of these reports by the Contractor. These restrictions must be flowed down to all subcontractors. Any publications shall incorporate an Acknowledgement of Support and Disclaimer in accordance with DFARS 252.235-7010.

(d) When submitting material for written approval for open publication as described in subparagraph (a) above, the Contractor must submit a request for public release request to the PRC and include the following information: 1) Document Information: document title, document author, short plain-language description of technology discussed in the material (approx. 30 words), number of pages (or minutes of video) and document type (briefing, report, abstract, article, or paper); 2) Event Information: event type (conference, principle investigator meeting, article or paper), event date, desired date for DARPA's approval; 3) DARPA Sponsor: DARPA Program Manager, DARPA office, and contract number; and 4) Contractor's Information: POC name, e-mail and phone. Allow four weeks for processing; due dates under four weeks require a justification. Unusual electronic file formats may require additional processing time. Requests can be sent either via e-mail to PRC@darpa.mil or via hard copy to 675 North Randolph Street, Arlington VA 22203-2114, telephone (571) 218-4235. Refer to http://www.darpa.mil/work-with-us/contract-management/public-release/ for information about DARPA's public release process.

*NOTE*:  *In lieu of requesting the Contracting Officer's written approval as stated in paragraph (a) of DFARS 252.204-7000 "Disclosure of Information", follow the above procedures.*

**TITLE TO EQUIPMENT (NONPROFIT INSTITUTIONS OF HIGHER EDUCATION AND NONPOFIT ORGANIZATIONS)**

In accordance with FAR 35.014, "Government property and title", the following is applicable:

(a) Title to all equipment costing less than $5,000 purchased with funds available for research under this contract shall vest in the acquiring institution of higher education and/or nonprofit

 organization performer(s) upon acquisition without further obligation to the Government. The equipment shall be used for the conduct of basic or applied scientific research.

(b) Title to all equipment costing $5,000 or more purchased with funds available for research under this contract shall vest as follows:

Title is vested with the institution of higher education and/or nonprofit organization upon acquisition without further obligation to the Government.  The equipment shall be used for the conduct of basic or applied scientific research.

**IDENTIFICATION OF COVERED DEFENSE INFORMATION**

 Per DFARS PGI 204.73 "Safeguarding Covered Defense Information and Cyber Incident Reporting," dated 28 December 2017, and in association with DFARS Clause 252.204-7012 (OCT 2016), "Safeguarding Covered Defense Information and Cyber Incident Reporting," listed below is the covered defense information and/or operationally critical support pertaining to this contract:

(a) Covered Defense Information Provided by the Government

 See Attachment 3 SMOKE CUI Guide

(b) Covered Defense Information Developed/Delivered by the Contractor

 None anticipated, but if included, any non-fundamental, unclassified covered technical information found in technical reports under Reports and/or Other Deliverables.

(c) Per DFARS Clause 252.204-7012 (OCT 2016)(b)(2)(i), the Contractor is authorized to utilize NIST SP 800-171, Revision 1 (December 2016).

**ASSOCIATE CONTRACTORS AGREEMENT**

(a) It is recognized that success of the SMOKE research effort depends in part upon the open exchange of information between the various Associate Contractors involved in the effort.  This requirement is intended to ensure that there will be appropriate coordination and integration of work by the Associate Contractors to achieve complete compatibility and to prevent unnecessary duplication of effort.  By executing this contract, the Contractor assumes the responsibilities of an Associate Contractor.  For the purpose of this requirement, the term Contractor includes subsidiaries, affiliates, and organizations under the control of the contractor (e.g. subcontractors).

(b) Work under this contract may involve access to proprietary or confidential data from an Associate Contractor.  To the extent that such data is received by the Contractor from any Associate Contractor for the performance of this contract, the Contractor hereby agrees that any proprietary information received shall remain the property of the Associate Contractor and shall be used solely for the purpose of the SMOKE research effort.  Only that information which is received from another contractor in writing and which is clearly identified as proprietary or confidential shall be protected in accordance with this requirement.  The obligation to retain such information in confidence will be satisfied if the Contractor receiving such information utilizes the same controls as it employs to avoid disclosure, publication, or dissemination of its own proprietary information.  The receiving Contractor agrees to hold such information in confidence as provided herein so long as such information is of a proprietary/confidential or limited rights nature.

(c) The Contractor hereby agrees to closely cooperate as an Associate Contractor with the other Associate Contractors on this research effort. This involves as a minimum:

(1) maintenance of a close liaison and working relationship;

(2) maintenance of a free and open information network with all Government-identified associate Contractors;

(3) delineation of detailed interface responsibilities;

(4) entering into a written agreement with the other Associate Contractors setting forth the substance and procedures relating to the foregoing, and promptly providing the Contracting Officer with a copy of same; and,

(5) receipt of proprietary information from the Associate Contractor and transmittal of Contractor proprietary information to the Associate Contractors subject to any applicable proprietary information exchange agreements between associate contractors when, in either case, those actions are necessary for the performance of either.

(d) In the event that the Contractor and the Associate Contractor are unable to agree upon any such interface matter of substance, or if the technical data identified is not provided as scheduled, the Contractor shall promptly notify the DARPA I2O Program Manager. The Government will determine the appropriate corrective action and will issue guidance to the affected Contractor.

(e) The Contractor agrees to insert in all subcontracts which require access to proprietary information belonging to the Associate Contractor, a requirement which shall conform substantially to the language of this requirement, including this paragraph (e).

(f) Associate Contractors for the SMOKE research effort include:

| Technical Area | Contractor Name and Point of Contact (POC) |
|---|---|
| TA1 | **BlackHorse Solutions, Inc. a Parsons Company**<br>13461 Sunrise Valley Drive, Suite 400<br>Herndon, VA 20171<br><br>**Admin POC:**  Janine Good<br>**Phone:**  202-277-0931<br>**Email:**  janine.good@blackhorsesolutions.com<br><br>SMOKE Award Number:  HR001122C0150 |
| TA1 | **Cynnovative, LLC**<br>4075 Wilson Boulevard, Suite 800<br>Arlington, VA 22203<br><br>**Admin POC:**  Matt Puglisi<br>**Phone:**  410-533-3817<br>**Email:**  matt.puglisi@cynnovative.com<br><br>SMOKE Award Number: HR001122C0151 |
| TA2 | **Georgia Tech Research Corporation**<br>Georgia Institute of Technology, Office of Sponsored Programs |

|     | |
| --- | --- |
|     | 926 Dalney Street NW<br>Atlanta, GA 30332-0415<br><br>**Admin POC:**  Ashley Smith<br>**Phone:**  404-308-0372<br>**Email**: ashley.smith@osp.gatech.edu<br><br>SMOKE Award Number: HR001123C0035 |
| **TA2** | **Punch Cyber Analytics Group**<br>11150 Sunset Hills Road, Suite 310<br>Reston, VA 20190<br><br>**Admin POC:**  Chris McIlroy<br>**Phone:** 202-460-0844<br>**Email:**  chris@punchcyber.com<br><br>SMOKE Award Number: HR001122C0153 |