# EXHIBIT 29

| **Standard Form 1034**<br>7 GAO 5000 | PUBLIC VOUCHER FOR PURCHASES AND<br>SERVICES OTHER THAN PERSONAL | | VOUCHER NO.<br>36 |
|---|---|---|---|
| US DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION | DATE VOUCHER PREPARED<br>07/28/2020 | | SCHEDULE NO. |
| AIR FORCE/AIR FORCE RESH LAB/ROME, NY | CONTRACT NUMBER AND DATE<br>FA8750-17-C-0016 | | PAID BY |
| PO BOX 369024<br>CODE F03000<br>COLUMBUS, OH 43218-9024<br>United States of America | REQUISITION NUMBER AND DATE | | |

CI-00020801

| PAYEE'S NAME AND ADDRESS | GEORGIA TECH RESEARCH CORPORATION<br>P.O. BOX 100117<br>ATLANTA GA 30384 | DATE INVOICE RECEIVED |
|---|---|---|
| | | DISCOUNT TERMS |
| | | PAYEE'S ACCOUNT NO.<br>AWD-101187 |

| SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NO. |
|---|---|---|---|

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OF SERVICE | ARTICLES OR SERVICES<br>(Enter description, item number of contract or Federal supply schedule, and other information deemed necessary) | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | | COST PER | (1) |
| | 04/01/2020<br>- 06/30/2020 | FOR DETAIL, SEE SF-1035. TOTAL AMOUNT OF CLAIM TRANSFERRED FROM PAGE 1 OF SF-1035.<br><br>I CERTIFY THAT ALL PAYMENTS ARE FOR APPROPRIATE PURPOSES AND IN ACCORDANCE WITH THE AGREEMENTS SET FORTH IN THE APPLICATION AND AWARD DOCUMENTS.<br><br>*R.G. Bingham-Roy*<br><br>Robert G. Bingham-Roy,<br>Interim Sr. Director of Grants & Contracts Accounting | | | $ 940,885.88 |
| (Use continuation sheet(s) if necessary) | | **(Payee must NOT use the space below)** | | TOTAL | $ 940,885.88 |

| **PAYMENT**<br>☐ COMPLETE<br>☐ PARTIAL<br>☐ FINAL<br>☐ PROGRESS<br>☐ ADVANCE | APPROVED FOR | EXCHANGE RATE<br>=$1.00 | DIFFERENCES | |
|---|---|---|---|---|
| | BY | | | |
| | TITLE | | Amount verified; correct for<br>(Signature or initials) | |

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

_____   _____   _____
(DATE)            (AUTHORIZED CERTIFYING OFFICER)(2)   (TITLE)

ACCOUNTING CLASSIFICATION

| P A I D  B Y | CHECK NUMBER | ON TREASURER OF THE UNITED STATES | CHECK NUMBER | ON(Name of bank) |
|---|---|---|---|---|
| | CASH       DATE<br>$ | | PAYEE(3) | |

| 1 When stated in foreign currency, insert name of currency.<br>2 If the ability to certify and authority to approve are combined in one person, one signature only is necessary, otherwise the approving officer will sign in the space provided, over his official title.<br>3 When a voucher is receipted in the name of a company or corporation, the name of the person writing the company or corporate name, as well as the capacity in which he signs, must appear. For example: "John Doe Company, per John Smith", or "Treasurer", As the case may be. | PER |
|---|---|
| | TITLE |

| Standard Form 1035<br>7 GAO 5000<br>1035-108 | PUBLIC VOUCHER FOR PURCHASES AND SERVICES OTHER THAN PERSONAL<br>CONTINUATION SHEET | | VOUCHER NO.<br>36<br>SCHEDULE NO.<br>SHEET NO.<br>1 |
|---|---|---|---|

US DEPARTMENT, BUREAU, OR ESTABLISHMENT

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES (Enter description, item number of contract or Federal supply schedule, and other information deemed necessary) | QUANTITY | UNIT PRICE / COST PER | AMOUNT |
|---|---|---|---|---|---|
| | | CONTRACT NO:   FA8750-17-C-0016 | | | |
| | | TOTAL CONTRACT VALUE | | | **18,275,306.00** |
| | | MAJOR COST ELEMENTS | | CURRENT PERIOD | CUMULATIVE |
| | | Salaries and Wages | | 161,344.91 | 2,826,091.02 |
| | | Fringe Benefits | | 36,055.58 | 867,305.92 |
| | | Tuition Remission | | 21,473.35 | 213,368.29 |
| | | Domestic Travel | | 1,228.96 | 72,783.73 |
| | | Foreign Travel | | 0.00 | 10,431.94 |
| | | Materials and Supplies | | 48,380.31 | 388,082.20 |
| | | Subcontracts | | 167,672.85 | 1,608,697.13 |
| | | Equipment | | 267,916.48 | 8,150,201.63 |
| | | Other Direct Costs | | 50,533.26 | 59,640.59 |
| | | Indirect | | 186,280.18 | 2,861,985.26 |
| | | TOTAL COSTS | | $940,885.88 | $17,058,587.71 |