IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CHRISTOPHER CRAIG and KYLE KOZA,<br>　　　Plaintiffs,<br><br>　　　*v.*<br><br>GEORGIA TECH RESEARCH CORP. and BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA (d/b/a THE GEORGIA INSTITUTE OF TECHNOLOGY),<br>　　　Defendants. | Civil Action No.<br><br>1:22-cv-02698-JPB |

**NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST**

**FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS**

The undersigned counsel, Trial Attorney Joanna G. Persio for the Civil Division, United States Department of Justice, hereby makes her appearance in the above captioned action and notifies the Court of her substitution for Jake M. Shields as counsel for the plaintiff the United States of America, in this action.

Please provide the undersigned attorney with all notices, pleadings, and Orders that are to be served in this action.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

BRIAN M. BOYNTON
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL
CIVIL DIVISION

/s/ Joanna G. Persio
JOANNA G. PERSIO
TRIAL ATTORNEY, CIVIL DIVISION
D.C. Bar No. 988614
U.S. Department of Justice
175 N Street NE, Room 10.104
Washington, D.C. 20002
Telephone: (202) 616-3677
joanna.g.persio@usdoj.gov

RYAN K. BUCHANAN
UNITED STATES ATTORNEY

ADAM D. NUGENT
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 381008
MELANIE D. HENDRY
Georgia Bar No. 867550
600 Richard B. Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
Telephone: (404) 581-6000
Facsimile: (404) 581-4667
adam.nugent@usdoj.gov
melanie.hendry@usdoj.gov

**Certificate of Compliance**

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing Notice of Substitution of Counsel has been prepared using Book Antiqua, 13 point font.

/s/Joanna G. Persio
*Trial Attorney*

**Certificate of Service**

I hereby certify that on October 28, 2024, I electronically filed the foregoing Notice of Substitution of Counsel with the Clerk of Court using the CM/ECF system, which will send Notices of Electronic Filing to all counsel of record.

/s/ JOANNA G. PERSIO
*Trial Attorney*