IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CHRISTOPHER CRAIG and KYLE KOZA,<br>    Plaintiffs,<br><br>    *v.*<br><br>GEORGIA TECH RESEARCH CORP. and BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA (d/b/a THE GEORGIA INSTITUTE OF TECHNOLOGY),<br>    Defendants. | Civil Action No.<br><br>1:22-cv-02698-JPB |

**THE UNITED STATES' UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME**

Plaintiff, the United States of America, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b) for an enlargement of time to and including December 20, 2024 in which to file and serve a response to Defendants' Motion for Judicial Notice. Dkt. No. 35. Defendants consent to the requested enlargement provided their deadline in which to file and serve a reply in support of the Motion for Judicial Notice is extended to January 21, 2025. Granting the requested enlargements would align the parties' deadlines for briefing the Motion for Judicial Notice with the briefing schedule for Defendants' Motion to Dismiss.

Dkt. No. 34. The grounds for this motion are more particularly set forth in the accompanying memorandum of law.

        Respectfully submitted,

        BRIAN M. BOYNTON
        PRINCIPAL DEPUTY ASSISTANT
        ATTORNEY GENERAL
        CIVIL DIVISION

/s/ Joanna G. Persio
    JAMIE ANN YAVELBERG
    SARA MCLEAN
    JOANNA G. PERSIO
    D.C. Bar No. 988614
    ATTORNEYS, CIVIL DIVISION
    U.S. Department of Justice
    175 N Street NE, Room 10.104
    Washington, D.C. 20002
    Telephone: (202) 616-3677
    joanna.g.persio@usdoj.gov

    RYAN K. BUCHANAN
    UNITED STATES ATTORNEY

    ADAM D. NUGENT
    Georgia Bar No. 381008
    MELANIE D. HENDRY
    Georgia Bar No. 867550
    ASSISTANT U.S. ATTORNEYS
    600 Richard B. Russell Federal Bldg.
    75 Ted Turner Drive, SW
    Atlanta, Georgia 30303

Telephone: (404) 581-6000
Facsimile: (404) 581-4667
adam.nugent@usdoj.gov
melanie.hendry@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing Motion for Enlargement of Time has been prepared using Book Antiqua, 13-point font.

/s/JOANNA G. PERSIO
*Trial Attorney*

### CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2024, I electronically filed the foregoing Motion for Enlargement of Time with the Clerk of Court using the CM/ECF system, which will send Notices of Electronic Filing to all counsel of record.

/s/JOANNA G. PERSIO
*Trial Attorney*