IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CHRISTOPHER CRAIG and KYLE KOZA,<br>     Plaintiffs,<br><br>    *v.*<br><br>GEORGIA TECH RESEARCH CORP. and BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA (d/b/a THE GEORGIA INSTITUTE OF TECHNOLOGY),<br>    Defendants. | Civil Action No.<br><br>1:22-cv-02698-JPB |

**MEMORANDUM OF LAW IN SUPPORT OF THE UNITED STATES'
UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

On August 22, 2024, the United States filed its Complaint-In-Intervention against Defendants Georgia Tech Research Corporation and the Board of Regents of the University System of Georgia, doing business as the Georgia Tech Institute of Technology. Dkt. No. 23. The Complaint-In-Intervention alleges that Defendants violated the False Claims Act, 31 U.S.C. § 1379 *et seq.*, and federal common law by failing to meet multiple cybersecurity requirements of contracts entered into with the Department of Defense.

On August 29, 2024, the Court granted the parties' Joint Motion for Order Setting Motion to Dismiss Briefing, ordering that (i) Defendants file and serve any motions to dismiss the Complaint-In-Intervention on or before October 21, 2024, (ii) the United States file and serve any briefs in response on or before December 20, 2024, and (iii) Defendants file and serve any replies in support on or before January 21, 2025. Dkt. No. 32. On October 21, 2024, Defendants filed their joint Motion to Dismiss the United States' Complaint-in-Intervention, Dkt. No. 34, and simultaneously filed a joint Motion for Judicial Notice. Dkt. No. 35. In the Motion for Judicial Notice, Defendants ask that the Court take notice of or otherwise consider thirty-four (34) exhibits when ruling on the Motion to Dismiss. *See* Dkt. No. 35 at 1. Defendants' Memorandum in Support of the Motion to Dismiss in turn cites to and relies upon these exhibits. *See, e.g.*, Dkt. No. 34-1 at 5 n. 1, 6 n. 2, 13-19, 22-26.

Although the United States' deadline to respond to the Motion to Dismiss is December 20, 2024, its current deadline by which to respond to the Motion for Judicial Notice is November 4, 2024. The United States respectfully submits that there is good cause to extend its deadline to file and serve a response to Defendants' Motion for Judicial Notice to December 20, 2024. Doing so would align the United States' deadline for responding to the Motion for Judicial Notice

with the United States' deadline for responding to the Motion to Dismiss, permitting the United States to address, and the Court to consider overlapping issues together, rather than in a piecemeal fashion, and avoiding the potential for duplicative briefing.

Counsel for the United States has conferred via email with counsel for Defendants, who advised that Defendants consent to the requested enlargement, provided the deadline for Defendants' replies in support of their Motion for Judicial Notice also be extended to align with the schedule the Court has set for briefing on the Motion to Dismiss.

For the above reasons, the United States respectfully requests an enlargement of time, through and including, December 20, 2024 to file a response to Defendants' Motion for Judicial Notice, and a corresponding enlargement of time, through and including, January 21, 2025 for Defendants' replies. For the Court's convenience, a proposed order is attached.

Respectfully submitted,

BRIAN M. BOYNTON
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL
CIVIL DIVISION

/s/ Joanna G. Persio

JAMIE ANN YAVELBERG
SARA MCLEAN
JOANNA G. PERSIO
D.C. Bar No. 988614
ATTORNEYS, CIVIL DIVISION
U.S. Department of Justice
175 N Street NE, Room 10.104
Washington, D.C. 20002
Telephone: (202) 616-3677
joanna.g.persio@usdoj.gov

RYAN K. BUCHANAN
UNITED STATES ATTORNEY

ADAM D. NUGENT
Georgia Bar No. 381008
MELANIE D. HENDRY
Georgia Bar No. 867550
ASSISTANT U.S. ATTORNEYS
600 Richard B. Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
Telephone: (404) 581-6000
Facsimile: (404) 581-4667
adam.nugent@usdoj.gov
melanie.hendry@usdoj.gov

### CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing Memorandum in Support of Motion for Enlargement of Time has been prepared using Book Antiqua, 13-point font.

/s/JOANNA G. PERSIO
*Trial Attorney*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2024, I electronically filed the foregoing Memorandum in Support of Motion for Enlargement of Time with the Clerk of Court using the CM/ECF system, which will send Notices of Electronic Filing to all counsel of record.

/s/JOANNA G. PERSIO
*Trial Attorney*