IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CHRISTOPHER CRAIG and KYLE KOZA,<br>    Plaintiff,<br><br>*v.*<br><br>GEORGIA TECH RESEARCH CORP. AND BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA (D/B/A THE GEORGIA INSTITUTE OF TECHNOLOGY),<br>    Defendants. | Civil Action No.<br><br>1:22-cv-02698-JPB |

**ORDER**

Having read and considered the United States' Unopposed Motion for Enlargement of Time to file a response to Defendants' Motion for Judicial Notice and for good cause shown, it is hereby ORDERED that the United States shall be granted an extension of time to file and serve a response to Defendants' Motion for Judicial Notice through and including December 20, 2024. It is further ORDERED that Defendants shall be granted an extension of time to file and serve a reply in support of the Motion for Judicial Notice through and including January 21, 2025.

So ordered this _____ day of _____, 2024.

_____
HON. J.P. BOULEE
UNITED STATES DISTRICT JUDGE

Presented By:

*/s/ Joanna G. Persio*
JOANNA G. PERSIO
*Trial Attorney*
D.C. Bar No. 988614