IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CHRISTOPHER CRAIG and KYLE KOZA,<br><br>        Plaintiff–Relators,<br><br>v.<br><br>GEORGIA TECH RESEARCH CORPORATION and GEORGIA INSTITUTE OF TECHNOLOGY,<br><br>        Defendants. | Civil Action No. 1:22-cv-02698-JPB |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss Relators' Retaliation Claims. The Court finds that the parties have consented to the relief set forth in this order and good cause has been shown. Accordingly, it is ORDERED that: Relators' retaliation claims ARE DISMISSED without prejudice, Relators' Motion for Permission to Serve the Original Complaint (Doc. 24) is WITHDRAWN, and the Court's Order to serve the original complaint (Doc. 33) IS VACATED.

SO ORDERED this ____ day of _____, 2024.

_____

The Honorable J. P. Boulee
United States District Judge