UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA ex
rel., et al.,

       Plaintiff-Relators,

     v.

GEORGIA TECH RESEARCH
CORPORATION, et al.,

       Defendants.

CIVIL ACTION NO.
1:22-CV-02698-JPB

## ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss Relators' Retaliation Claims [Doc. 38]. The Court finds that the parties have consented to the relief set forth in this order and that good cause has been shown. The parties' Joint Motion to Dismiss [Doc. 38] is therefore **GRANTED.**

It is **ORDERED** that Relators' retaliation claims are **DISMISSED** without prejudice, Relators' Motion for Permission to Serve the Original Complaint [Doc. 24] is **WITHDRAWN** and the Court's order to serve the original complaint [Doc. 33] is **VACATED**.

2

**SO ORDERED** this 19th day of December, 2024.

_____

J. P. BOULEE
United States District Judge