UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CHRISTOPHER CRAIG and KYLE KOZA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA TECH RESEARCH CORPORATION, et al.,<br><br>Defendants. | CIVIL ACTION NO.: 1:22-CV-02698-JPB |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [Doc. 46], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified.

1. As an initial matter, the Court observes that mediation could be successful here given the parties' indication in their Joint Preliminary Report that there is some possibility of settlement before discovery. In the event the parties are not aware, the Court offers the services of its Magistrate Judges to mediate cases at no cost. Should the parties desire to mediate, the parties shall simply file a notice to that effect.

2. In light of the complexity of this matter, the Court orders that there shall be a twelve-month fact discovery period commencing thirty days after appearance of the first defendant by answer and a four-month expert discovery period commencing upon the close of fact discovery.

3. Dispositive motions shall be filed no later than thirty days after discovery closes.

**SO ORDERED** this 27th day of February, 2025.

_____
J. P. BOULEE
United States District Judge