UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA, *ex rel.*, et al.,

        Plaintiff-Relators,

    v.

GEORGIA TECH RESEARCH
CORPORATION, et al.,

        Defendants.

CIVIL ACTION NO.
1:22-CV-02698-JPB

## **ORDER**

The Court believes that this case is suitable for mediation with a United States Magistrate Judge, which is available free of cost to the parties.  This matter is hereby **REFERRED** to Chief Magistrate Judge Russell G. Vineyard to be assigned to the appropriate United States Magistrate Judge for mediation.

Mediation shall occur before May 21, 2025.  If mediation fails, the parties shall notify the Court within one week of reaching an impasse.

**SO ORDERED** this 21st day of March, 2025.

J. P. BOULEE
United States District Judge