# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-02698-JPB
### United States of America et al v. Georgia Tech Research Corporation et al
### Honorable Linda T. Walker

Minute Sheet for proceedings held In Open Court on 05/28/2025.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 7:45 P.M.
TIME IN COURT: 9:45
OFFICE LOCATION: Atlanta
TAPE NUMBER: ZOOM
DEPUTY CLERK: Sonya Lee-Coggins

**ATTORNEY(S) PRESENT:** Julie Bracker representing Christopher Craig and Kyle Koza
Ava Conger representing Georgia Institute of Technology and the Georgia Tech Research Corporation
Douglas Gilfillan representing Georgia Institute of Technology and the Georgia Tech Research Corporation

Melanie Hendry representing United States of America
Matthew Jones representing Georgia Tech Research Corporation
Peter Kurtz representing Georgia Tech Research Corporation
Ronald Machen representing Georgia Tech Research Corporation
Jason Marcus representing Christopher Craig and representing Kyle Koza
Adam Nugent representing United States of America
Joanna Persio representing United States of America
George Varghese representing Georgia Tech Research Corporation

**OTHER(S) PRESENT:** Attorney Joanna Persio, DOJ, representing USA
Danette Gall, Corporate Rep, Georgia Tech
Steven Dallas, representing Georgia Tech

**PROCEEDING CATEGORY:** Settlement Conference;

**MINUTE TEXT:** The Parties came before the Court for a mediation and were able to amicably work out a tentative settlement subject to an agreement on a few non-monetary terms. Parties need additional time to work through the non-monetary issues and will update the Court by close of business on June 5, 2025, on their progress. The Court advised the Parties that they have the option to request further assistance from her, if needed.