IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. CHRISTOPHER CRAIG AND KYLE KOZA,<br>    PLAINTIFFS,<br><br>v.<br><br>GEORGIA TECH RESEARCH CORP. AND BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA (D/B/A THE GEORGIA INSTITUTE OF TECHNOLOGY),<br>    DEFENDANTS. | Civil Action No.<br><br>1:22-cv-02698-JPB |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the September 29, 2025 Settlement Agreement ("the Agreement"), Plaintiff the United States of America, Defendants Georgia Tech Research Corporation ("GTRC") and the Board of Regents of the University System of Georgia d/b/a the Georgia Institute of Technology ("Georgia Tech"), and Relators Christopher Craig and Kyle Koza (hereafter collectively referred to as "the Parties), through their undersigned counsel, hereby stipulate and agree to dismissal of this

Civil Action as follows, subject to the terms and conditions of the Agreement:

1. The United States' Complaint-in-Intervention (Dkt. No. 23) is dismissed with prejudice.

2. The United States' Complaint-in-Intervention superseded Relators' earlier filed Complaint (Dkt. No. 1), and as such the claims in the earlier Complaint shall also be dismissed with prejudice as to Relators.

3. The United States, GTRC, Georgia Tech, and Relators shall each bear all of their own costs and fees in connection with the litigation of this action, except for Relators' claims for expenses, attorneys' fees, or costs under 31 U.S.C. § 3730(d), which are not included in this stipulation and will be dealt with pursuant to a separate agreement.

4. This Court retains jurisdiction over any disputes that may arise regarding the Agreement or regarding Relators' claims for expenses, attorneys' fees, or costs under 31 U.S.C. § 3730(d).

Accordingly, the Parties respectfully request that the Court enter an order dismissing the United States' Complaint-in-Intervention.

Respectfully Submitted,

*Counsel for Plaintiff United States of America*

BRETT A. SHUMATE
ASSISTANT ATTORNEY GENERAL
CIVIL DIVISION

/s/   Joanna Persio
JAMIE ANN YAVELBERG
SARA MCLEAN
JOANNA PERSIO
TRIAL ATTORNEY, CIVIL DIVISION
D.C. Bar No. 988614
U.S. Department of Justice
175 N. Street NE, Rm 10.104
Washington, D.C. 20002
Telephone: (202) 616-3677
joanna.g.persio@usdoj.gov

THEODORE S. HERTZBERG
UNITED STATES ATTORNEY

/s/   Melanie D. Hendry
MELANIE D. HENDRY
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 867550
ADAM D. NUGENT
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 381008
600 Richard B. Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
Telephone: (404) 581-6000
melanie.hendry@usdoj.gov
adam.nugent@usdoj.gov

*Counsel for Defendants Georgia Tech Research Corporation and Georgia Institute of Technology*

/s/  Ronald Machen
Ronald Machen* (DC Bar No. 447889)
Matthew Jones* (DC Bar No. 502943)
Wilmer Cutler Pickering
    Hale and Dorr, LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
202-663-6000
Ronald.Machen@wilmerhale.com
Matt.Jones@wilmerhale.com

George P. Varghese* (Massachusetts Bar No. 706861)
Wilmer Cutler Pickering
    Hale and Dorr, LLP
60 State Street
Boston, MA 02109
617-526-6000
George.Varghese@wilmerhale.com
*Admitted pro hac vice

/s/  Douglas W. Gilfillan
Douglas W. Gilfillan (Georgia Bar No. 294713)
Gilfillan Law LLC
One Atlantic Center
1201 West Peachtree Street
Suite 2300
Atlanta, GA 30309
404-795-5016
Doug@gilfillanlawllc.com

/s/   Ava J. Conger
Ava J. Conger (Georgia Bar No. 676247)
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
404-815-6020
aconger@ktslaw.com

*Counsel for Relators Christopher Craig and Kyle Koza*

/s/     Julie Bracker\_\_\_
Julie Bracker (Georgia Bar No. 294713)
Jason Marcus (Georgia Bar No. 949698)
Bracker & Marcus LLC
3355 Lenox Road, Suite 660
Atlanta, GA 30326
770-988-5035
Julie@fcacounsel.com
Jason@fcacounsel.com